UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　　　v.<br><br>**SYSCO CORPORATION**,<br><br>and<br><br>**USF HOLDING CORP.**,<br><br>and<br><br>**US FOODS, INC.**,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 15-cv-00256 (APM) |

**PLAINTIFF FEDERAL TRADE COMMISSION'S UNOPPOSED MOTION FOR PROTECTIVE ORDER GOVERNING CONFIDENTIAL MATERIAL, INCLUDING MEMORANDUM IN SUPPORT**

Plaintiff, the Federal Trade Commission (the "Commission"), by its designated attorneys, has filed this action seeking a temporary restraining order and a preliminary injunction enjoining the merger of Defendants Sysco Corporation ("Sysco") and USF Holding Corp. ("US Foods") pursuant to Section 13(b) of the Federal Trade Commission Act, 15 U.S.C. § 53(b) and Section 16 of the Clayton Act, 15 U.S.C. § 26. By this motion, the Commission seeks an order, pursuant to Rule 26(c), Fed. R. Civ. P., to limit the disclosure of the discovery taken during the Plaintiffs' investigations and to be taken in this litigation because the discovery contains confidential commercial information both of Defendants and of third parties.

In the course of their investigations, Plaintiffs obtained discovery from Defendants and third parties that is relevant to the Complaint and the Memorandum in Support of Plaintiff Federal Trade Commission's Motion for Temporary Restraining Order and Preliminary Injunction, but which contains competitively sensitive information. This competitively sensitive information includes trade secrets and other confidential research, development, and commercial or financial information, as such terms are used in Rule 26(c)(1)(G), Fed. R. Civ. P., and Section 6(f) of the Federal Trade Commission Act, 15 U.S.C. § 46(f). The proposed protective order will allow Plaintiffs to share this discovery with outside counsel for Defendants but will protect this information against unwarranted disclosure either to Defendants or to the public.

Rule 26(c) of the Federal Rules of Civil Procedure grants the Court the discretion to issue such protective orders. That rule provides, in pertinent part:

> A party or any person from whom discovery is sought may move for a protective order in the court where the action is pending . . . The court may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense, including one or more of the following . . .
> * * * *
> . . . requiring that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a specified way . . .

Fed. R. Civ. P. 26(c)(1)(G).

For the Court's information, the Commission already has initiated a parallel administrative proceeding under 15 U.S.C. § 45(b), challenging this merger, with the plenary trial scheduled to commence on July 21, 2015. The protective order the Commission proposes here is substantively identical to the protective order that is typically entered in the administrative litigation of merger cases pursuant to 16 C.F.R. §3.31 Appendix A.

In accordance with Local Rule 7(m), counsel for the Commission discussed this motion with counsel for the Defendants. The Defendants do not oppose this motion and reserve the right to ask the court to modify the order to permit certain of their employees access to Confidential Material (as defined in the proposed order).

A proposed order is attached.

Dated: February 20, 2015                                  Respectfully submitted,


                                                By:    /s/ Stephen Weissman

                                                       Stephen Weissman, D.C. Bar No. 451063
                                                       Deputy Director
                                                       Bureau of Competition
                                                       Federal Trade Commission
                                                       600 Pennsylvania Avenue, N.W.
                                                       Washington, DC 20580
                                                       202-326-2030
                                                       SWeissman@ftc.gov

                                                       Counsel for Plaintiff Federal Trade
                                                       Commission

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 20th day of February, 2015, I served the foregoing on the

following counsel via electronic mail:

Tracy W. Wertz
Chief Deputy Attorney General
Commonwealth of Pennsylvania
Pennsylvania Office of Attorney General
Antitrust Section
14th Floor, Strawberry Square
Harrisburg, PA 17120
717-787-4530
twertz@attorneygeneral.gov

Counsel for Plaintiff Commonwealth of Pennsylvania

Sarah Oxenham Allen
Assistant Attorney General
Consumer Protection Section
Office of the Attorney General
900 East Main Street
Richmond, VA 23219
804-786-6557
SOAllen@oag.state.va.us

Counsel for Plaintiff Commonwealth of Virginia

Nicholas A. Bush
Assistant Attorney General
441 4th Street, N.W., Suite 600 South
Washington, D.C. 20001
202-442-9841
nicholas.bush@dc.gov

Counsel for Plaintiff District of Columbia

Abiel Garcia
Deputy Attorney General
Office of the Attorney General of California
300 South Spring Street, Suite 1700
Los Angeles, CA 90013
213-897-2691
abiel.garcia@doj.ca.gov

Counsel for Plaintiff State of California

Robert W. Pratt
Office of Illinois Attorney General
100 West Randolph Street
Chicago, IL 60601
312-814-3722
rpratt@atg.state.il.us

Counsel for Plaintiff State of Illinois

Layne M. Lindebak
Assistant Attorney General
Iowa Department of Justice
Hoover Office Building, Second Floor
1305 East Walnut Street
Des Moines, IA 50309
515-281-7054
Layne.Lindebak@iowa.gov

Counsel for Plaintiff State of Iowa

Gary Honick
Assistant Attorney General
Office of the Maryland Attorney General
Antitrust Division
200 St. Paul Place, 19th Floor
Baltimore, MD 21202
410-576-6470
ghonick@oag.state.md.us

Counsel for Plaintiff State of Maryland

Benjamin Velzen
Assistant Attorney General
445 Minnesota Street, Suite 1400
St. Paul, MN 55101
651-757-1235
benjamin.velzen@ag.state.mn.us

Counsel for Plaintiff State of Minnesota

Collin Kessner
Assistant Attorney General
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, NE 68509-8920
402-471-2683
collin.kessner@nebraska.gov

Counsel for Plaintiff State of Nebraska

Kimberly R. Parks
Antitrust Division
150 E. Gay Street, 23rd Floor
Columbus, OH 43215
(614) 466-4328
Kimberly.Parks@ohioattorneygeneral.gov

Counsel for Plaintiff State of Ohio

Victor J. Domen, Jr.
Senior Antitrust Counsel
Office of the Attorney General and Reporter
500 Charlotte Avenue
Nashville, TN 37202
(615) 253-3327

Counsel for Plaintiff State of Tennessee

Richard Parker
Edward Hassi
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
202-383-5380
rparker@omm.com

Marc Wolinsky
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, New York 10019
212-403-1226
MWolinsky@wlrk.com

Counsel for Defendant Sysco Corporation

Joseph F. Tringali
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY, 10017
212-455-3840
jtringali@stblaw.com

Counsel for Defendants USF Holding Corp. and US Foods, Inc.

                                  /s/ Alexis Gilman
                                  Alexis Gilman
                                  Attorney for Plaintiff Federal Trade Commission