UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------- x
                                                                           :

**FEDERAL TRADE COMMISSION**, *et al.*,   :

           Plaintiffs,               :

      v.                             :      Civil Action No. 1:15-cv-00256

**SYSCO CORPORATION**,              :

and                               :

**USF HOLDING CORP.**,                :

and                               :

**US FOODS, INC.**                    :

           Defendants.             :
------------------------------------------------------------- x

## CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned counsel of record for US Foods Holding Corp. and US Foods, Inc. (collectively, "US Foods") certify that to the best of my knowledge and belief, US Foods has no parent companies, subsidiaries, or affiliates that have any outstanding securities in the hands of the public. This representation is made in order that judges of this court may determine the need for recusal.

Dated: March 5, 2015

Respectfully submitted,

By: /s/ *Joseph F. Tringali*
Joseph F. Tringali

Joseph F. Tringali (admitted pro hac vice)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
JTringali@stblaw.com
(212) 455-3840 (Phone)
(202) 455-2502 (Facsimile)

Peter C. Thomas (D.C. Bar No.495928)
Peter Herrick (admitted pro hac vice)
SIMPSON THACHER & BARTLETT LLP
1155 F Street NW
Washington DC 20004
PThomas@stblaw.com
Peter.Herrick@stblaw.com
(202) 636-5535 (Phone)
(202) 636-5881 (Phone)
(202) 636-5502 (Facsimile)

*Counsel for Defendants US Foods Holding Corp. and US Foods, Inc.*