IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
------------------------------------------------------------ x
                                                             :
FEDERAL TRADE COMMISSION, et al.,                            :
                                                             :
                Plaintiffs,                                  :
                                                             :
        v.                                                   :   Civil Action No. 1:15-cv-00256 (APM)
                                                             :
                                                             :
SYSCO CORPORATION,                                           :
USF HOLDING CORP., and                                       :
US FOODS, INC.                                               :
                                                             :
                Defendants.                                  :
------------------------------------------------------------ x
```

## DEFENDANTS' MOTION TO MAKE PUBLIC DECLARANT NAMES AND AFFILIATIONS

Defendants USF Holding Corp., US Foods, Inc., and Sysco Corporation, through their counsel, hereby move the Court to make public the names and corporate affiliations of the declarants relied on by the Federal Trade Commission in support of its motion for a preliminary injunction. Submitted herewith is Defendants' Memorandum of Points and Authorities in Support of Motion to Make Public Declarant Names and Affiliations and accompanying exhibits.

Dated:  March 6, 2015  Respectfully submitted,

By:  /s/  Joseph F. Tringali
       Joseph F. Tringali

Joseph F. Tringali (admitted pro hac vice)
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
jtringali@stblaw.com
Telephone:  (212) 455-3840
Facsimile:  (212) 455-2502

Peter C. Thomas (DC Bar No. 495928)
Peter C. Herrick (admitted pro hac vice)
Simpson Thacher & Bartlett LLP
1155 F Street, NW
Washington, DC 20004
pthomas@stblaw.com
peter.herrick@stblaw.com
Telephone:  (202) 636-5535
Facsimile:  (202) 636-5502

*Counsel for Defendants USF Holding Corp. and US Foods, Inc.*

By:  /s/  Richard G. Parker
       Richard G. Parker

Richard G. Parker (DC Bar No. 327544)
Ian Simmons (DC Bar No. 439645)
Edward D. Hassi (admitted pro hac vice)
Katrina Robson (DC Bar No. 989341)
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
rparker@omm.com
isimmons@omm.com
ehassi@omm.com
krobson@omm.com
Telephone: (202) 383-5336
Facsimile:  (202) 383-5414

*Counsel for Defendant Sysco Corporation*

CERTIFICATE OF SERVICE

       I hereby certify that on March 6, 2015, with the Court's permission, I filed the foregoing *Motion to Make Public Declarant Names and Affiliations* with the Court using the CM/ECF system, which will automatically send electronic mail notification of such filing to the CM/ECF registered participants.

                                      /s/ *Joseph F. Tringali*
                                      Joe Tringali