**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---------------------------------------------------------------- x
:
FEDERAL TRADE COMMISSION, *et al.*,  :
:
          Plaintiffs,  :
:
     v.  :  Civil Action No. 1:15-cv-00256 (APM)
:
:
SYSCO CORPORATION,  :
USF HOLDING CORP., and  :
US FOODS, INC.  :
:
          Defendants.  :
---------------------------------------------------------------- x

**NOTICE OF ERRATA TO THE MOTION TO SEAL DEFENDANTS' CONSOLIDATED OPPOSITION TO CERTAIN DECLARANTS' MOTIONS FOR PROTECTIVE ORDERS**

    **PLEASE TAKE NOTICE** that the Motion to Seal Defendants' Consolidated Opposition to Certain Declarants' Motions for Protective Orders, with attachments of the [Proposed] Order and Defendants' Consolidated Opposition to Certain Declarants' Motions for Protective Orders under seal (Dkt. No. 102), was inadvertently filed under Jonathan Youngwood instead of Joseph F. Tringali.

Dated: March 26, 2015

                                    Respectfully submitted,

                                    By: /s/ *Joseph F. Tringali*
                                           Joseph F. Tringali

                                    Joseph F. Tringali (admitted pro hac vice)
                                    Simpson Thacher & Bartlett LLP
                                    425 Lexington Avenue
                                    New York, NY 10017
                                    jtringali@stblaw.com
                                    Telephone: (212) 455-3840
                                    Facsimile: (212) 455-2502

Peter C. Thomas (DC Bar No. 495928)
Peter C. Herrick (admitted pro hac vice)
Philip Mirrer-Singer (DC Bar No. 992596)
Simpson Thacher & Bartlett LLP
1155 F Street, NW
Washington, DC 20004
pthomas@stblaw.com
peter.herrick@stblaw.com
pmirrer-singer@stblaw.com
Telephone:  (202) 636-5535
Facsimile:  (202) 636-5502

*Counsel for Defendants USF Holding Corp. and US Foods, Inc.*

By: /s/ *Richard G. Parker*
      Richard G. Parker

Richard G. Parker (DC Bar No. 327544)
Ian Simmons (DC Bar No. 439645)
Edward D. Hassi (admitted pro hac vice)
Katrina Robson (DC Bar No. 989341)
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
rparker@omm.com
isimmons@omm.com
ehassi@omm.com
krobson@omm.com
Telephone:  (202) 383-5336
Facsimile:  (202) 383-5414

*Counsel for Defendant Sysco Corporation*

1

2

CERTIFICATE OF SERVICE

      I hereby certify that on March 26, 2015, with the Court's permission, I filed the foregoing *NOTICE OF ERRATA TO THE MOTION TO SEAL DEFENDANTS' CONSOLIDATED OPPOSITION TO CERTAIN DECLARANTS' MOTIONS FOR PROTECTIVE ORDERS* with the Court using the CM/ECF system, which will automatically send electronic mail notification of such filing to the CM/ECF registered participants.

                                    /s/ *Joseph F. Tringali*
                                    Joseph F. Tringali