UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **Federal Trade Commission**, *et al.*, | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| v. | ) ) | Civil No. 1:15-cv-00256 (APM) |
| **Sysco Corporation**, *et al.*, | ) ) ) | |
| **Defendants.** | ) ) | |

## ORDER

The court has received several inquiries from third parties concerning the filing of motions requesting *in camera* treatment of third-party evidence under Paragraph 10 of the Protective Order, ECF No. 87 ("Paragraph 10"). The following procedures shall govern the filing of such motions:

1. Any third parties seeking *in camera* treatment under Paragraph 10 shall file a motion under seal requesting such treatment. The motion must explain why the material sought to be placed *in camera* meets the definition of "Confidential Material" in Paragraph 1 of the Protective Order.

   a. In the case of documentary evidence, the motion shall specify the portions of the document for which *in camera* treatment is sought. The document itself (or excerpts of the document) shall be attached to the motion with the portions sought to be designated *in camera* either highlighted or otherwise clearly demarcated.

   b. In the case of testimonial evidence, the motion shall specify the portions of deposition transcripts for which *in camera* treatment is sought. The relevant

deposition transcript excerpts shall be attached to the motion with the portions sought to be designated *in camera* either highlighted or demarcated in some obvious way.

2. Third parties are encouraged to consolidate their motions to reduce the number of such filings.

3. To streamline matters, the court will waive the following requirements for the limited purpose of filing these motions:

    a. Counsel for the third parties need not be admitted to this court's bar and need not file a motion for leave to appear *pro hac vice*; however, the signature block must contain counsel's state of admission and state bar number;

    b. Third parties need not file motions for leave to intervene for the limited purpose of filing these motions; and

    c. Third parties need not file a separate motion for leave to file the motion and accompanying exhibits under seal. The motions shall be accepted for filing under seal by the Clerk of the Court.

4. The parties are responsible for serving this Order, as soon as practicable, on all third parties to whom they have provided notice pursuant to Paragraph 10.

Dated: April 30, 2015

Amit P. Mehta
United States District Judge