*This shall be filed.*

*A.f.y*

*5/14/15*

UNITED STAES DISTRICT COURT

For the District of Columbia

| | | |
|---|---|---|
| Federal Trade Commission, et at., | ) | Civil Action No.1: 15-cv-00256 (APM) |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Sysco Corporation, USF Holding Corp., and US Foods, Inc., | ) | MOTION FOR PROTECTIVE ORDER |
| | ) | |
| Defendants | ) | |
| | ) | |
| William Ryan Dukes, | ) | |
| | ) | |
| Petitioner | ) | |

**RECEIVED**

MAY - 4 2015

Clerk, U.S. District and
Bankruptcy Courts

Petitioner, William Ryan Dukes, moves before the Court for a Protective Order in the above matter based upon the following:

1. Petitioner William Ryan Dukes executed a Declaration entitled Declaration of William Ryan Dukes dated July 24, 2014 in regard to certain matters in this action as it relates to his business Blue Marlin Restaurants and Blue Marlin Signature Catering. Said Declaration being filed with the court.

2. Thereafter a Supplemental Declaration entitled Supplemental Declaration of Ryan Dukes, Owner of the Blue Marlin Restaurant was filed with the Court.

3. The Declaration and Supplemental Declaration contains confidential information about his business operations.

4. Petitioner fears retribution as result of his Declaration and Supplemental Declaration.

5.  Petitioner, as a third party during a Federal Trade Commission investigation believes that he is entitled to confidentially under the Federal Trade Commission Act and or other federal statutes or Commission precedent.

6.  Petitioner request that his Declaration and Supplemental Declaration or the information contained therein not be disclosed other than to the court, court personnel, and attorneys of record for use in court proceedings and not released to the parties to this action or otherwise released.

7.  Petitioner request that he be granted such protection and rights as set forth herein.

May 1, 2015
Columbia, South Carolina

Respectfully submitted,

William Ryan Dukes, Pro Se
1200 Lincoln Street
Columbia, South Carolina 29201

 FTCV Sysco 1:15-cv-00245(APM)
Lee Holloway
to:
dcd_cmecf
05/04/2015 02:52 PM
Cc:
rdukes
Hide Details
From: "Lee Holloway" <lee@hollowaylawsc.com>
To: <dcd_cmecf@dcd.uscourts.gov>
Cc: <rdukes@signaturecateringsc.com>

1 Attachment



20150504141817679.pdf


Attached Motion for Protective Order in regard to certain Declarations filed by William Ryan Duke on behalf of Blue Marlin Restaurants in the matter of Federal Trade Commission v. Sysco Corporation, et. al. ,Civil action No. 1:15-cv-00256 (APM).
This motion is being filed as an accommodation to the Declarant by this office in accordance with Document 141, paragraph 3 providing for such filing.
*Lee Holloway*
*Holloway Law Offices, LLC*
*1712 St. Julian Place, Suite 101*
*Columbia, SC 29204*
*Tel (803) 929-1191*
*Fax (803) 929-1417*
*Lee@HollowayLawsc.com*