1     IN THE UNITED STATES DISTRICT COURT
      FOR THE DISTRICT OF COLUMBIA
2

3

4

FEDERAL TRADE COMMISSION, ET AL.,
5             CA No. 15-256
    Plaintiffs,     Washington, DC
6             May 8, 2015
   vs.        9:02 A.M.
7

8 SYSCO CORPORATION, ET AL.

9    Defendants.

10 _____

11

12

13

     DAY 4, FIRST MORNING SESSION
14    TRANSCRIPT OF EVIDENTIARY HEARING
    BEFORE THE HONORABLE AMIT P. MEHTA
15    UNITED STATES DISTRICT COURT JUDGE

16

17 APPEARANCES:

18 For the Plaintiff    STEPHEN WEISSMAN, ESQUIRE
  Federal Trade Commission: Federal Trade Commission
19           600 New Jersey Avenue, NW
           Washington, DC  20580
20           (202) 326-2030
           sweissman@ftc.gov
21

22           ALEXIS GILMAN, ESQUIRE
           Federal Trade Commission
23           600 New Jersey Avenue, NW
           Washington, DC  20580
24           (202) 326-2579
           Agilman@ftc.com
25

```
 1

 2                              MARK SEIDMAN, ESQUIRE
                                Federal Trade Commission
 3                              600 New Jersey Avenue, NW
                                Washington, DC  20580
 4                              (202) 326-3296
                                Mseidman@ftc.gov
 5

 6                              MELISSA DAVENPORT, ESQUIRE
                                Federal Trade Commission
 7                              600 New Jersey Avenue, NW
                                Washington, DC  20580
 8                              (202) 326-2673
                                Mdavenport@ftc.gov
 9

10                              GARY HONICK, ESQUIRE
                                Office of the Maryland Attorney
11                                 General
                                200 St. Paul Place
12                              Baltimore, MD  21202
                                (410) 576-6470
13                              ghonick@oag.state.md.us

14

15   For the Defendants:       RICHARD G. PARKER, ESQUIRE
        (Sysco Corporation)     O'Melveny & Myers, LLP
16                              1625 Eye Street, NW
                                Washington, DC  20006
17                              (202) 383-5380
                                Rparker@omm.com
18

19                              IAN SIMMONS, ESQUIRE
                                O'Melveny & Myers, LLP
20                              1625 Eye Street, NW
                                Washington, DC  20006
21                              (202) 383-5300
                                Isimmons@omm.com
22

23                              EDWARD D. HASSI, ESQUIRE
                                O'Melveny & Myers, LLP
24                              1625 Eye Street, NW
                                Washington, DC  20006
25                              (202) 383-5300
                                Ehassi@omm.com
```

```
 1                              KATRINA M. ROBSON, ESQUIRE
                                O'Melveny & Myers, LLP
 2                              1625 Eye Street, NW
                                Washington, DC  20006
 3                              (202) 220-5052
                                krobson@omm.com
 4

 5  For the Defendants          JOSEPH F. TRINGALI, ESQUIRE
      (US Foods)                Simpson, Thacher & Bartlett, LLP
 6                              425 Lexington Avenue
                                New York, NY  10017
 7                              (212) 455-3840
                                jtringali@stblaw.com
 8

 9                              PETER C. HERRICK, ESQUIRE
                                Simpson, Thacher & Bartlett, LLP
10                              1155 F Street, NW
                                Washington, DC  20004
11                              (202) 636-5502

12                              PHILIP MIRRER-SINGER, ESQUIRE
                                Simpson, Thacher & Bartlett, LLP
13                              1155 F Street, NW
                                Washington, DC  20004
14                              (202) 636-5502
                                Pmirrir-singer@stblaw.com
15

16

17  Court Reporter:            Lisa M. Foradori, RPR, FCRR
                                Official Court Reporter
18                              U.S. Courthouse, Room 6706
                                333 Constitution Avenue, NW
19                              Washington, DC  20001
                                (202) 354-3269
20                              L4dori18@gmail.com

21

22

23

24  Proceedings recorded by mechanical stenography; transcript
    produced by computer-aided transcription
25
```

1                          I N D E X

2     WITNESS                                        PAGE

3     For the Plaintiffs:

4     DR. MARK ISRAEL (Resumed)

5     Direct Examination by Mr. Mohr                 971

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    P R O C E E D I N G S

2              THE COURT:  Sorry, everyone, just bear with me for

3    a second.

4              (Pause.)

5              THE COURT:  Okay.  Are we ready to proceed?

6              MR. MOHR:  Good morning, Your Honor, Steven Mohr

7    again on the Federal Trade Commission.  We'd like to resume

8    the direct examination of Dr. Mark Israel.

9              THE COURT:  All right.  Step on up, Dr. Israel.

10   Thereupon,

11                    MARK ISRAEL,

12   the witness herein, having been previously duly sworn, was

13   examined and testified as follows:

14             MR. MOHR:  Good morning, Dr. Israel.

15             THE WITNESS:  Good morning.

16             THE COURT:  Dr. Israel, good morning.

17             THE WITNESS:  Good morning.

18                  DIRECT EXAMINATION (Cont'd)

19   BY MR. MOHR:

20     Q.   And, Dr. Israel, you understand you're still under

21   oath?

22     A.   Yes.

23     Q.   Dr. Israel, yesterday you were testifying about your

24   analysis of whether systems distribution should be included in

25   the relevant product mark.  Before we resume discussing this

1   analysis, can you just recap the methodology you were using

2   for product market definition?

3    A.    Sure.  So just to reset the issues.  I mean, the

4   central question I'm analyzing is the competitive effect of a

5   merger of US Foods and Sysco, both of which offer broadline

6   foodservice distribution.  So the question, the core question

7   in mind is whether loss of the competition between US Foods

8   and Sysco's broadline foodservice distribution will harm

9   competition.

10       So the product market question, which again is one

11  component of the market definition question, is really what's

12  the arena in which that competition between US Foods and Sysco

13  is broadline foodservice distribution occurs.  So it's what's

14  the arena in which that occurs.

15       And the candidate, or the market I propose and arrive

16  at, that's also in the component, is broadline foodservice

17  distribution by all firms to provide it as a product market.

18       The methodology to evaluate whether that's a product

19  market is, as laid out in the Horizontal Merger Guidelines, to

20  think about whether a hypothetical monopolist who controlled

21  all of the broadline foodservice distribution, and therefore,

22  by controlling all of it would basically turn off the

23  competition that happens between broadliners today.  Whether

24  that hypothetical monopolist would be able to raise prices by

25  a SSNIP, which is usually taken to be five percent.

1        So it's really the question of by turning off that

2   competition among all broadliners, would you be able to raise

3   prices by five percent.  If so, then broadline qualifies as a

4   product market.

5        And the other main point, as I had mentioned yesterday,

6   is the implementation of that approach is based on this idea

7   of aggregate diversion, which is really, we need a measure of

8   how much competition is occurring among broadliners today to

9   figure out how much effect there would be from turning that

10  off.

11       That measure is used in modern understanding of

12  competition in mergers is this idea of aggregate division,

13  which is if one of those broadliners were to raise its price

14  today, it would lose sales, what percentage of those lost

15  sales would go to other broadliners.  Some percentage would

16  maybe go elsewhere, but what percentage would go to other

17  broadliners.

18       And as I'll explain more in my -- and the details of

19  the methodology as we go through, but the logic is if enough

20  of those lost sales would go to other broadliners, then by

21  turning off that competition among broadliners, this

22  hypothetical monopolist would have the ability to raise price

23  by a SSNIP.

24       And as I discussed in my report, we'll talk about more,

25  the -- the number that I conclude is certainly it's half of

1  that diversion that that one broadliner lost went to other

2  broadliners.  Under, you know, many numbers I show in the

3  report, it could even be less, but certainly if half went to

4  other broadliners, that would be sufficient that by turning

5  off that competition the hypothetical monopolist could raise

6  prices.  That means that if half the diversion stays within

7  broadline, as much stays within broadline as goes anywhere

8  else, that would pass the SSNIP test.

9       I think when we're talking about -- we start talking

10 about systems specialty cash-and-carry, really there one by

11 one we're saying why are these other forms of distribution

12 more distant substitute such that we'd expect them to capture

13 relatively less of the diversion than we would expect other

14 broadliners to capture.

15 Q.   And yesterday in your discussion of whether systems

16 distribution should be included in the relevant market you

17 mentioned various types of information that you considered.

18 Did you review any testimony from market participants as part

19 of this analysis?

20 A.   Yes, absolutely.  Through all my analysis I reviewed

21 testimony, you know, in declarations collected by both sides

22 and investigational hearings and cross-examinations that have

23 been done.  So the testimony is a part of all the analysis

24 that I do, both from industry participants and customers.

25      I'd say, but based on that testimony, the testimony is

1    very helpful for systems, I mean, it's clear, as I mentioned

2    some yesterday, that local broadline customers, systems really

3    isn't an option for them.  It's really a business that's

4    designed for national customers.

5         And within national customers it's really a business

6    that only applies to quick service chain restaurants.  And so

7    when you think about what that means, again, we're always

8    thinking about a broadliner imposing a SSNIP or imposing a

9    small price increase and where the -- where the sales would

10   go, in the case of local customers they're not going to go to

11   systems, it's not an option.

12        In the case of national customers, for most customers,

13   say hospitality hotels, healthcare, foodservice management

14   companies GPOs, not going to go to systems.  The only option,

15   the only place where it could possibly go to systems is these

16   quick service chain restaurants, and they make up only, say,

17   10 to 15 percent of the parties' combined revenue, so it's a

18   small portion, and even there, as we'll talk about more, it's

19   a fairly different product, so I'd expect, even within that

20   small sliver, the substitution to be small.

21   Q.   Based on your review of the evidence, did you observe

22   any different characteristics between systems and broadline

23   distribution?

24   A.   Yeah, absolutely.  I mean, these are pretty

25   straightforward, I think.  The systems facilities, as I

1   mentioned yesterday, are really tailored to serve these chain

2   restaurants, so they have entirely or almost entirely

3   proprietary or exclusive products that go to the chain

4   restaurants.  That tends to be fewer products, they tend to

5   all be exclusive to the chain restaurants.

6       In addition, the systems facilities generally don't

7   have sales reps, they're just in the business of providing the

8   service for these chain contracts they already have.  They

9   tend not to have -- they tend to have much larger distribution

10  areas because they're not doing this sort of regular next day

11  delivery, but instead they're doing sort of more frequent --

12  easier to schedule, but less frequent deliveries to these

13  chain restaurants; those are some of the features.

14  Q.   Dr. Israel, I'd like to direct your attention to a

15  figure in the demonstrative that we've prepared.

16          MR. MOHR:  Your Honor, we'd ask that if we could

17  please black out the next slide in the demonstrative to the

18  public because it does contain confidential information from

19  our participants.

20          THE COURT:  Sure.

21          MR. MOHR:  And I should have yesterday, if we could

22  please mark this demonstrative as PX 8001.

23  BY MR. MOHR:

24  Q.   Dr. Israel, I'd like to direct your attention to page 7

25  of your demonstrative, which contains a figure which was

1    Figure 1 from paragraph 57 of PX 09350, your expert report.

2    Do you see this figure?

3      A.   I do.

4      Q.   Can you describe what's depicted in Figure 1 on this

5    page?

6      A.   Sure.  I mean, this is a figure taken straight from my

7    report.  It's really just illustrating the point that I just

8    made, which is looking at certain firms that have both a

9    broadline division and a separate systems division, and

10   separate systems distribution centers from the broadline

11   distribution centers, and it's just looking at the average

12   number of products measured by SKUs, stock keeping units, that

13   these companies have in their broadline distribution centers

14   on average versus in their systems distribution centers on

15   average.

16        And it just makes the point that there's substantially

17   generally many multiples of -- in all cases substantially more

18   SKUs in the broadline facilities consistent with the

19   broadliner serving just a broad base of customers who have

20   broader product needs and changing menus and private label and

21   all the things I talk about in the report.

22        I'd also note that one thing, you know, you can't

23   really see on the figure, is that even among the SKUs that one

24   of these systems facilities have, probably even a more

25   important point is that those SKUs are almost entirely or

1   entirely exclusive to a chain with which that facility has a

2   contract.

3         So if a broadline customer were to come or somebody who

4   wanted broadline services were to come to the systems facility

5   and ask to get products, the system facility effectively

6   literally wouldn't have anything to sell them because it has

7   stuff that's exclusive to its chain customers.

8   Q.   And Dr. Israel, if I can direct your attention to the

9   next page of your demonstrative.  If we can please keep this

10  blacked out as well.

11        This contains a figure which was Figure 2 from

12  paragraph 59 of PX 09350, your expert report.  Do you see this

13  figure?

14  A.   I do.

15  Q.   Can you describe what's depicted in Figure 2 on this

16  page?

17  A.   Again, it's illustrating another point I made a minute

18  ago, which is -- it's comparing the average number of sales

19  reps who work at a given distribution center at the broadline

20  facilities versus the systems facilities.  And basically I see

21  there's few or none, few or no sales reps at the systems

22  facilities, so it's consistent with the different business

23  model.

24        To me this goes -- this is pretty directly relevant to

25  the question of a SSNIP right at the broadliner were to raise

1  its price, the question is where would the sales go, and the

2  systems facilities don't even have sales rep out completing

3  for those sales.

4  Q.   All right.  Besides the aggregate diversion

5  calculations, which we'll get to in a minute, did you perform

6  any additional empirical work to test whether a customer

7  purchasing broadline services is likely to substitute to

8  systems distribution in response to a SSNIP?

9  A.   I mean, I did at least one other empirical analysis I

10  discussed in the report, which was really just to look at, and

11  I mentioned this a minute ago, the distance that people travel

12  to go to a broadline facility or where to -- not to go to, but

13  to get service from a broadline facility, how far the facility

14  is away from them.  Relative to that same how far away they

15  are from a systems facility.

16       So one thing I looked at in the Sysco data in

17  particular is to what extent do people use or are they served

18  by the closest broadline distribution center.  So to what

19  extent are Sysco customers being served by the nearest

20  broadline distributor center.

21       And what I found was 85 to 90 percent, the vast

22  majority of the time customers are being served by the closest

23  broadline distributor center, which indicates that within

24  broadline, if you think of distance as another measure of

25  substitution, there's strong substitution, as soon as one

1   broadline distribution center is a little bit closer to me

2   than the farther one that's away, that's the one I'm going to

3   use, the substitution to the nearest broadline distribution

4   center.

5          If you think about Sysco's SYGMA division, its systems

6   division, and you ask for Sysco's broadline customers, how

7   close are they to a SYGMA facility, it turns out that roughly

8   half the cases they actually have a -- among those broadline

9   customers in a city that has a SYGMA distribution facility, so

10  if you look at Sysco's customers in a city that has a SYGMA

11  facility, in roughly half the cases there's actually a SYGMA

12  facility closer to them than their broadline facility.

13  Although in broadline there's this tight substitution they use

14  the nearest one, the fact that there's a systems facility near

15  them doesn't seem to change their -- like they're switching to

16  that nearby systems facility the way they would be to the

17  nearby broadline facility.  So it just indicates that that

18  substitution is much more remote for the systems facility.

19          THE COURT:  And what's the basis for that

20  conclusion, what's your source material for that, particularly

21  the data concerning the proximity of customers to distribution

22  facilities and the broadline?

23          THE WITNESS:  I mean, this is just the -- the

24  locations of the -- from the, basically the data submitted

25  during the investigation, we have the locations of all the

1    broadline, this is all Sysco data I'm talking about here, the

2    locations of the broadline and the systems facilities, and

3    then the transactions data indicating what distribution

4    facility they are taking delivery from.

5                THE COURT:  Okay.

6    BY MR. MOHR:

7     Q.    And so, Doctor, just to be clear here, when you say

8    said they used the closest broadline facility, you're talking

9    about Sysco customers are using the closest Sysco broadline

10   facility?

11    A.    Correct, all of this analysis is within Sysco, so if

12   you look at Sysco's customers, what broadline facility are

13   they using?  It's almost always the closest one.  But what --

14   are they -- are they switching willing to a systems facility

15   when it's closer?  You know, just as often the answer to that

16   is no as is yes.  But said better, just as often the answer is

17   there's actually a nearer systems facility to them than their

18   broadliner, nevertheless, they don't switch to it.

19    Q.    Did you --

20                THE COURT:  What do you attribute that to?  Why do

21   you -- what's your thinking of why and systems distribution

22   mode you see distribution being done from more remote

23   facilities?

24                THE WITNESS:  So it's actually all done within

25   Sysco's broadline customers, right, so the only point that I'm

1    making is that there's often a systems distribution center

2    closer to the broadline customer than the broadline place

3    they're getting service from.  So the systems customer has

4    probably also used the nearby systems facility.

5              THE COURT:  Okay.

6              THE WITNESS:  The point is that broadline customer,

7    if there was really close substitution with systems, then if

8    the closest thing to you is systems, you'd use that.  If the

9    closest thing to you is broadline, you'd use that.  But the

10   broadline customers are using broadline facilities even when

11   there's a system facility that's substantially closer to them.

12             THE COURT:  I see.

13   BY MR. MOHR:

14    Q.   And just to follow up, did any of your analysis regard

15   whether systems distributors tend to travel further to serve

16   customers than broadline distributors?

17    A.   Sure.  I mean, that's reflected heavily in the

18   testimony.  There's testimony from many systems distributors

19   indicating that the business model of systems just tends to

20   have larger geographic footprints.  I mean, in that business

21   model there's just a broader range of distribution.

22             For example, when I visited the facility in Manassas,

23   you know, they're covering chain facilities well up into

24   Pennsylvania, well down into -- through Virginia and North

25   Carolina, that model is distribute to a national chain and

1    cover a very large footprint delivering the same stuff to all

2    the customers of that national chain.  Whereas the broadline

3    model is generally a much tighter area in order to be able to

4    make next day deliveries and things of that nature.

5    Q.    Did you analyze whether any customers that purchased

6    broadline distribution services also purchased systems

7    distribution services?

8    A.    I mean, certainly I saw that there are cases in which

9    some of these quick service restaurants generally who purchase

10   systems facilities purchase from -- in certain cases they also

11   purchase some from broadline facilities.

12   Q.    Does the existence of a customer purchasing from both

13   broadline and systems facilities alter your conclusions at all

14   about market definition?

15   A.    No, not at all.  First of all, I mean, the customers --

16   remember, the question we're asking is are they in the same

17   product market.  Customers purchase from products in different

18   product markets all the time.  I mean, that's not part of the

19   test of whether things are in the same product market.  The

20   question is, the substitution question and in particular this

21   aggregate diversion question.

22         So when I think about the fact that there are customers

23   purchasing from both, I mean, the first thing I would note is

24   that's really just among this quick service restaurant group,

25   which is a small part of the overall sales of broadline.  So

1   if you were to raise the price of broadline, even the

2   possibility of a switch to systems would only be in this small

3   sliver.

4       But then it's worth considering, you know, what's

5   happening in cases where customers within that sliver are

6   buying some broadline and some systems what's going on.

7       One thing you see if you look at the Sysco data in

8   particular, there's only 12 or 13 customers, I think it's 13

9   customers, there's a small number of customers in the Sysco

10  data who are purchasing, who are purchasing both from the

11  SYGMA division and from broadline.  And what you see there is

12  in most of those cases they're actually purchasing at most

13  they use one broadline distribution center, which indicates it

14  appears they're filling in a gap in the distribution network

15  where there isn't a, you know, a system facility that's

16  anywhere nearby.

17      In other cases with one particular customer the

18  customer has a core division, which is its quick service food

19  division.  It also has a bakery division that it purchased

20  that has a broader menu, so for that bakery division, it uses

21  broadline because it need a broader menu, same customer using

22  both, different needs.

23      Now, that's consistent with the more general theme that

24  you see throughout the testimony, which is that, you know,

25  even beyond customers who use both, systems and broadline

1    really serve different needs.  Systems uses tightly

2    integrated, tightly focused distribution method that also

3    requires you to have a broad, a set enough menu and a broad

4    enough footprint to be able to make use of that method.

5         So one thing we see is that there are customers who

6    testify, I'm a restaurant, I'm sort of a quick service model,

7    I just don't have enough stores to use the systems model, I

8    basically don't qualify.

9         There's even one customer who's known to have switched

10   from broadline to systems, that customer is quite clear that I

11   wanted to be systems, that's what fits my model, but I had to

12   grow big enough before I could use systems.

13        So what's critical there is that's not a case where

14   there's a price increase and that drives the substitution.

15   That's a case where for a while I couldn't use systems because

16   I was too small, as soon as I was big enough I did use

17   systems, that's not a price base substitution story, that's

18   actually indicating that the models are distinct and serving

19   different needs and different sizes.

20   Q.   And you mentioned price base substitution there.  Why

21   is price base substitution the relevant inquiry rather than

22   mere switching between forms of distribution?

23   A.   Again, that goes back to the heart of the SSNIP test

24   and the heart of market definition.  And the question is,

25   could this hypothetical monopolist raise prices by

1    five percent.  What's constraining that today is that if an

2    individual firm tried to raise prices by five percent or by a

3    small amount, people would switch away.  So the analysis is

4    all based on what do people do today in response to a price

5    increase and how would that change if there was a hypothetical

6    monopolist of all of these broadline firms.

7         So it's really switching for because your needs change,

8    because you grow, because you, you know, you decide you want a

9    different model, any of those reasons are not what the test is

10   about, it's about how do people react to price increases

11   because that's what constrains price increases.

12   Q.   All right.  Dr. Israel, I'd like to turn to another

13   form of distribution that you mentioned.  Did you analyze

14   whether specialty distribution should be included in the

15   relevant product market?

16   A.   Yes, I did.

17   Q.   What was your conclusion?

18   A.   Again, I concluded that a specialty distribution is

19   quite distinct, offers a different service from broadline

20   distribution.  Serves quite distinct needs in customers.  And

21   therefore that the substitution from broadline to specialty in

22   response to a SSNIP would be limited such that it doesn't

23   change my conclusion that broadline itself is the relevant

24   product market.

25   Q.   Did you analyze whether any customers that purchased

1    broadline distribution services also purchased speciality

2    distribution services?

3        A.    Yes.

4        Q.    Does the existence of the customer purchasing from both

5    broadline and specialty distributors impact your conclusion

6    about product market definition?

7        A.    I mean, again, this goes back to the answer I gave

8    before.  On its own the people purchase from many, many

9    different product markets, so the fact that there's customers

10   who purchase from two different products are not really part

11   of the methodology for deciding whether there's a relevant

12   product market.

13           I think it's worth considering, though, I mean, it

14   certainly is true that there are customers out there who buy

15   services, a basket of services from a broadliner, and also buy

16   some things from specialty distributors.  I mean, we know that

17   happens.  And we know there are people who -- I mean, in the

18   testimony frequently people will say I have a broadliner, but

19   I like the meat that I get from a specialty distributor, that

20   serves a need that I have for that meat.  Again, that's

21   basically a different need that that specialty distributor is

22   serving in that case.

23           I mean, to me, as I, when I think about this stuff or

24   teach this stuff, it's always useful to sort of bring it back

25   to examples that I know better, so if I can give an analogy, I

1    think that might help.

2         So I think about -- I think a good analogy for my --

3    from, you know, more of a consumer's life is a grocery store,

4    so there is a place that we get a lot of food, like our

5    broadliner, and the -- so the grocery store offers me a broad

6    range of products, a broad basket of products that I can buy.

7    And many people buy a lot of products from grocery stores.

8         Of course, there are also things like peach stands or

9    farmer's markets or bakeries that are -- that offer a certain

10   specific type of food, maybe of a certain quality.  And I

11   think most consumers probably purchase from grocery stores a

12   lot and also purchase some things from peach stands and

13   bakeries and ice cream shops.  So they're purchasing from

14   both.

15        But the question is there, and the one we're analyzing

16   here is what would happen if there was a SSNIP, right, so in

17   that case it means suppose I wake up one morning and my

18   grocery store has raised its prices on its products.  A basket

19   of products is all five percent more expensive at a grocery

20   store.  What do I expect would be my reaction.  And I think

21   the general, and I think the reaction is those are different

22   products, and what I would do is I'd look at other grocery

23   stores, right, if my grocery store is more expensive, if

24   Safeway is more expensive, I'd look at Giant, right?  I mean,

25   that's what serves that same need.

1            That's not changed by the fact that I buy some stuff

2    from a peach stand and from a meat market, but the close

3    substitute serving the same need would be another grocery

4    store.  So I think that's a useful analogy to keep in mind and

5    to focus on what would somebody do in reaction to that price

6    increase.

7    Q.   What types of information did you consider in analyzing

8    whether specialty distribution should be included in the

9    relevant product market under the hypothetical monopolist

10   test?

11   A.   I mean, again, it's the same information I look at in

12   each case so there's the characteristics of the products,

13   there's testimony from customers in market participants about

14   the products, and there's empirical data about where

15   competition is actually occurring.

16           Again, it's most useful to talk about the empirical

17   data that leads me to the conclusion that broadline is a

18   market all at once it might make sense now to focus

19   particularly on the characteristics of those specialty and the

20   testimony about it.

21   Q.   Based on your review of the record, what differences in

22   characteristics did you observe between broadline and

23   specialty distribution?

24   A.   I mean, again, I think this is pretty straightforward,

25   specialty distributors are what they say they are.  They

1    specialize in a much narrower set of SKUs or a narrower set of

2    products in a narrow product market, right, in a narrow set of

3    products.  They -- I guess that's the most obvious thing.

4        They -- going with that, though, is that they tend to

5    have -- they tend to offer differentiated service for those

6    products.  And as I would have taught in business strategy, it

7    wouldn't really make sense for a speciality distributor to be

8    just a small broadliner, but not have as much stuff, right,

9    you've got to have -- you have something that you're doing

10   that makes you able to compete.

11       And in the case of specialty distributors it's that

12   they generally offer something, they're very good at meat or

13   dairy, you know, an example you see in the testimony often is

14   they offer diary and they offer something called dairy

15   rotation, which is, I'll come into your store and make sure

16   the oldest milk is at the front so that that gets sold before

17   the brand-new milk.  Or I'll make sure that, you know, or I'll

18   offer meat or organic stuff.  And it's generally, I think it's

19   mostly smaller, much smaller set of products, but a focus

20   specific service within that set of products.

21   Q.   All right.  And can I please, Dr. Israel, direct your

22   attention to slide nine of your demonstrative, and if we can

23   please keep this blacked out as well.  This contains a figure

24   which was Figure 3 from paragraph 70 of PX 09350 of your

25   expert report.  And do you see this figure?

1    A.    I do.

2    Q.    Can you describe what's depicted in this figure?

3    A.    It's an analogous figure to the one we saw a minute

4    ago.  This is broadline versus specialty whereas the last one

5    was broadline versus systems.  It just makes the point I made

6    a minute ago that the broadline divisions of these firms have

7    substantially more products than the specialty divisions

8    within the same firms.  They're separate divisions, the

9    broadline division has substantially more products in general.

10        And just like I said about the systems chart, and I

11   think that's only one part of the story, but equally or more

12   important is that those -- the specialty products are

13   different, as I was mentioning a minute ago, so Sysco, I

14   think, has a beef, a meat specialty division, it specializes

15   in, you know, having high quality and certain cuts of meat, so

16   it's going to be different products and a smaller number of

17   products specialized in that particular area.

18   Q.    And you mentioned that you reviewed testimony from

19   market participants, what did you conclude based on testimony

20   from market participants in assessing whether customers are

21   likely to substitute to specialty in response to a SSNIP?

22   A.    Yeah, I mean here, I think it's very important that we

23   go back to our breakdown between national and local because

24   this is a place to think about how -- what they're saying that

25   it's distinct.  So I might start with national.

1          So national customers, you know, think about large

2    hotels chains, you know, hospitals that purchase perhaps

3    through GPOs, foodservice management companies serving large

4    number of cafeterias.  I mean, recurring theme in the

5    testimony there, probably number one, and it's reflected in

6    the parties' documents as well, is that they make a large

7    portion of their food purchases through a contract.  They have

8    a contract that covers a large portion of their food

9    purchases.

10          And I think it's important as we think about market

11   definition and think about a SSNIP and what would happen, to

12   remember that when we're thinking about what would happen in

13   response to a price increase, we're thinking about a

14   broadliner raising a price for all -- for its basket of

15   products.  So the fundamental for a national customer, the

16   biggest part of the substitution and the purchasing is who are

17   they going to have that contract with.

18          It's easy to talk -- we talked a lot, I think, about

19   substitution on the margins for the last few products, but the

20   bulk of what would happen is if a broadliner gets more

21   expensive, when I go to sign up for a contract, who am I going

22   to have the contract with?  That's like the grocery store

23   example.  I think the most other obvious other thing would be

24   get a contract with a different broadliner that serves the

25   same needs.

1      And what I see in the testimony is consistent with

2 that.  The discussion is, sure, I use a speciality distributor

3 for some things, but for the bulk of what I buy under

4 contract, which is, you know, a large percentage of what I

5 buy, that there I'm looking at another broadline distributor.

6      The other thing, the national customers talk a lot

7 about aggregating their purchases in order to get good

8 pricing, which again would say aggregating them as opposed to

9 splitting them out to different specialty distributors.

10      They talk a lot about the value of private label

11 products, which is really something broadliners are providing,

12 that's in their business model much more so than for

13 speciality distributors.

14      And they talk -- like one that really struck me in the

15 testimony and helped me understand things was they talked a

16 lot about the need to change menus, so for me a good example

17 of this was hotels, often they do a lot of catering, for

18 example, right, so they need to have different menus from week

19 to week or hospitals are changing what they offer on their

20 menu.  That means every couple of weeks I'm going to offer a

21 different set of food.

22      With a broadliner I can just order different, you know,

23 I can just take advantage of the broadline of food service and

24 order that different food.  If I tried to do that via

25 speciality, I'd end up having to switch specialty

distributors, you know, fairly often just to keep up with the

changing menu.

So that's on the national side of it.  I think just the

contract, the aggregation, the changing menus, the private

label, the stuff that broadliners do that specialty doesn't.

On the local side, if I think about just an individual

local restaurant, there really are two things that I see

coming up in the testimony that also make sense to me.  One

is, well, these local restaurants, many of them do testify

about using broadline and specialty as we talked about

earlier, but consistently they'll say I've got a guy in town

who provides good beef or I've got somebody where I get my

produce.  Or I've got somebody where I get my dairy.  Again,

that's not the price based substitution we're talking about,

that's actually evidence of differentiation of separation of

the products.

And the other thing that local restaurants naturally

talked about a lot is just administration and management.  If

the local restaurant were to try to replace a broadliner with

a bunch of specialty distributors, you can just imagine what

they say about how difficult that would be managerially.  Now

I've got ten distributors, ten trucks show up, I've got to

deal with all of that.

The local restaurants are really the ones who talk

about the value of a broadline sales representative and a

1    broadline services they can provide to help me run my

2    restaurant.  So I think different use and the managerial

3    administrative issues are really why again specialty is quite

4    distinct in the testimony of the local customers.  And I

5    should say I've seen that across, pretty universally across

6    declarations that were, you know, the FTC brought in

7    declarations from the parties.  I see, you know, pretty

8    consistent testimony that there are differences in the usages

9    and trying to use a bunch of specialty distributors would be

10   administratively very costly.

11   Q.   And did you perform any empirical test as to whether

12   specialty should be included in the relevant product market?

13   A.   I mean, I did, that's -- I think talked about the

14   aggregate diversion test, looking at the extent to which when

15   broad -- when the parties in particular lose, to compete with

16   other firms and lose business, who they're competing with and

17   losing to.  I think we'll talk about that maybe more.  I'd

18   like to talk about that all in one so we can think about

19   broadline versus all of these other types of products.

20        But what you see in the data that I'll talk about is

21   when you look at who the parties are, you know, who the

22   salespeople are listing as competing and losing to, who their

23   losing to on their bidding opportunities, you very rarely see

24   speciality as one showing up there.

25   Q.   And moving on to another category that you analyzed,

1   did you analyze whether cash-and-carry stores should be

2   included in the relevant product market?

3     A.   Yes, I did.

4     Q.   What was your conclusion?

5     A.   Again, cash-and-carry to me is really quite a distinct

6   segment, quite a distinct offering from broadline such that

7   that's consistent with the conclusion I'm reaching throughout,

8   that if there was a price increase on broadline, substitution

9   to cash-and-carry would be, you know, limited at best such

10  that broadline remains the relevant product market,

11  cash-and-carry is a distinct thing.

12    Q.   What sources of information did you consider when

13  analyzing whether cash-and-carry stores should be included in

14  the relevant market under the hypothetical monopolist test?

15    A.   Well, it's the same ones we've been talking about, the

16  characteristics of the sort of factual objective

17  characteristics of the products, the testimony of market

18  participants and customers and the empirical evidence.

19    Q.   Based on your review of the record, what different

20  characteristics did you observe between broadline distribution

21  and cash-and-carry stores?

22    A.   I mean, so here the distinction I think is pretty sharp

23  and easy to see.  I mean, cash-and-carry model is what it's

24  called, cash-and-carry, to go to the store, pick up things

25  from the store.  I mean, to me, and as I see in the testimony,

1    it's effectively do it yourself distribution, it's not really

2    a distribution offering both in the sense that it rarely, if

3    ever, offers delivery.  But even I know there are some cases

4    where there's one off delivery, but it's really not a

5    distribution center designed to get products and distribute

6    them out to customers in the sense that broadline is, it's a

7    retail type store, which is designed for people to come shop

8    at, so it's really a do-it-yourself product, which is quite a

9    distinct thing.

10        As I often see in many industries, when you compare a

11   true distributor versus a retail store, one problem the retail

12   store has is it just -- can't have as much stuff, right, it

13   just has to lay stuff out in a way that a customer can get to

14   it as opposed to a distributor can stack boxes up high and

15   pick those boxes.  You see cash-and-carry just doesn't deliver

16   and it just has many fewer SKUs.  That's probably the most

17   basic difference.

18        And a couple others that I would note are that, you

19   know, cash-and-carry doesn't -- it doesn't have the sort of

20   centralized purchasing contracting type feature that's so

21   common in broadline, you know, what we see in the testimony is

22   if you want to go to cash-and-carry, you go to the store and

23   you pay the price that's at the store, it's not just sign a

24   contract and purchase through a centralized contract.

25        And then I guess a third one is just consistent with

1    the sort of do-it-yourself nature, it's not offering the kind

2    of value at its services of helping you plan your menus or

3    helping you, you know, with the -- broadliners spend a fair

4    amount of time helping restaurants and other firms sort of

5    plan their menus and plan their nutrition and think about

6    their food needs, and cash-and-carry is not providing such

7    services.

8    Q.   Given that you identified two different groups of

9    targeted customers, national and local, did you analyze

10   separately for those two groups whether they might substitute

11   to cash-and-carry in response to a SSNIP?

12   A.   Yes.

13   Q.   Can you describe what you -- what you concluded for

14   national customers first?

15   A.   Sure.  To me for national customers this is pretty

16   straightforward.  I mean, as I said, national customers are

17   really the bulk of their purchases are happening under a

18   contract.  That contract is covering their locations, you

19   know, if they're regional or nationwide, that contract is

20   covering them.

21        And so the idea of using cash-and-carry for a national

22   customer would really be, you know, say I've got 40 hotels.

23   I'm going to have somebody at each hotel going and getting my

24   stuff from a cash-and-carry store, I need to see logistically

25   if that would be, you know, the uniformity would basically be

1    completely lost, if there even was a cash, the same type of

2    cash-and-carry store near those customers.

3           For me for a national, the idea that -- you just can't

4    replicate the uniformity and the contracting of things you get

5    from broadline.

6    Q.   And can you describe the analysis you perform for local

7    customers as to whether they substitute to cash and carry?

8    A.   Sure.  So the analysis we're talking about here is

9    again just reviewing what's in the sort of full set of

10   testimony that I reviewed.  And the consistent message there

11   on the local side is, you know, when possible there are

12   certainly local restaurants that will make a run to a

13   cash-and-carry store.  I mean, it certainly is -- they say

14   that it happens.

15          They're pretty clear that when it happens, you know,

16   it's often, I mean, what they describe in the testimony is,

17   you know, in general picking up something you ran out of, kind

18   of an emergency, go get something that you need in a hurry.

19   Or in some cases sort of like the speciality store, they're

20   just one store, there's just something at the cash-and-carry

21   store that I tended to use that I worked in, but it really is

22   serving a different need.

23          But I would say overwhelmingly or more importantly what

24   the local customers talk about is, again, just the logistic

25   administrative difficulty of, you know, I'm trying to run a

 1   restaurant, I've got a broadline foodservice distributor.  And

 2   the relevant question is if he were to raise prices by

 3   five percent, am I really going to change my business model

 4   and take on the administrative task of doing my own

 5   distribution, am I going to a cash-and-carry store?  They

 6   talked a lot about liability and all of the issues that would

 7   come up.

 8        So, I mean, they certainly say they use it in some

 9   cases, but I've seen nothing in the testimony to indicate that

10   if there was a small price increase, a local restaurant would

11   be able to take on sort of do-it-yourself distribution that a

12   cash-and-carry operation would require.

13   Q.   And without referencing the specific testimony of any

14   market participant, based on your review of the record, what

15   types of customers tend to use cash-and-carry stores?

16   A.   I know there is some testimony in the record that talks

17   about the split of cash-and-carry and the different types of

18   customers.  And the first thing it says is cash-and-carry as a

19   segment as a whole is maybe one-fifth as big as broadline,

20   something like that.  And then within that one-fifth, as I

21   recall the testimony, it says roughly 50 percent of what

22   cash-and-carry sells is to households, just people who go to,

23   you know, people who buy food for high -- you know, high end

24   households generally is about half of the business they have.

25        So I think it says about 30 percent of the -- so the

1  rest is businesses.  It says about 30 percent of that

2  remaining 50 percent is businesses so small that they don't

3  really qualify or they can't really make use of a broadline

4  distributor.  And then 20 percent, sort of the remaining

5  20 percent, one-fifth of that relatively small cash-and-carry

6  segment is this group we were talking about that uses both

7  cash-and-carry and broadline.  But again, as I indicated, my

8  review of the testimony is that in general people are

9  describing using that for a distinct need that supplement what

10  their broadliner does as opposed to replacing it.

11  Q.   All right.  So, Dr. Israel, I'd like to move on then to

12  the aggregate diversion test that you've mentioned several

13  times that you've used, which was one of your bases for your

14  conclusion the hypothetical monopolist could impose a SSNIP on

15  broadline food distribution services.

16      Can you describe that aggregate diversion test that you

17  applied as part of your product market definition exercise?

18  A.   Sure.  So I'll just describe it in general terms to

19  start with.  And I talked about this some already so I can be

20  fairly brief.  I mean, the test is just when, you know, the

21  idea of the test is to say when a broadliner loses sales in a

22  competitive situation, so when it raises prices or its prices

23  are not -- you know, it's not price competitive with another

24  firm so that for a price base reason it loses sales to another

25  distributor or another firm, who is it losing sales to, right,

1   so the aggregate division test is basically just saying to

2   what extent did broadliners lose sales to other broadliners

3   versus to what extent do they lose sales to other types of

4   distributors or other options.

5          And as I said, the key to the test is that there should

6   be in response to a price increase or generally in response to

7   competitive -- they're competing with other firms, they lose

8   to those firms, who are they are losing to.  That's what the

9   aggregate diversion test says, and it says what percentage of

10  that is broadliners.  And the idea of the test is really just

11  to get a bit more concrete and empirical about how much of

12  that diversion would have to stay within broadline for

13  broadline to qualify as a market, and then what do we see in

14  the data.

15         So it's really two parts.  What's the standard that

16  would make broadline a market, how much division would have to

17  stay within broadline, and then what do we see about who the

18  parties in particular are losing to.

19  Q.   In applying the actual test, first can you describe how

20  you calculate what level of diversion you need to see?

21  A.   Right.  I mean, this test, it's accepted, it's been

22  established in the literature, the original paper was by two

23  economists, Michael Katz and Carl Shapiro, former heads of the

24  DOJ.  Well, it's been adopted by courts and written about

25  since.  And what this test does is basically sets -- it

1    determines that the level of diversion that's required to meet

2    the SSNIP test, to meet the market test is a function of

3    margins, it's a function of the margins on the products.  And

4    it derives a formula, it's laid out in my report, but a

5    formula for how much of that diversion would have to stay

6    within the candidate market as a function of the product, of

7    the margins, the gross margins as they describe it on the

8    products.

9         And without going into all the formula, I'll just -- I

10   think the key thing to keep in mind is as the margins get

11   bigger, so as the products are more profitable in a gross

12   margin sense, their acquired diversion gets smaller.  And so

13   if the margins are bigger, then you get to a smaller diversion

14   that has to stay within the market for it to pass the SSNIP

15   test.

16   Q.   How did you select the specific margins to use in this

17   calculation?

18   A.   I mean, in general, the literature here, it refers to

19   gross margins.  So gross margins means basically the price

20   of -- it's basically the price of selling one more unit of a

21   product minus the marginal cost that would be associated with

22   selling just that one more unit, price minus marginal cost.

23        So the literature, you know, consistently talks about

24   gross margins.  The merger guidelines themselves spend some

25   time thinking about how do we think about margins because

1    companies report different margins, and the concept is price

2    minus marginal cost.  But how do we take that to the data and

3    use the right measure of price minus marginal cost.

4         And what the merger guidelines say that I agree with is

5    that the right thing to do is to see what margins the

6    companies talk about when they talk -- when they're reporting

7    on their finances or when they're talking about their pricing

8    decisions and so on.  And so I looked at the, you know,

9    reportings by Sysco and US Foods, financial reportings by

10   Sysco, for example.  And the margin they refer to

11   consistently, both in talking about profitability, but also in

12   talking about how they would have to adjust their prices, is

13   there a gross margin, which is basically the price of selling

14   one more unit of food minus the cost of goods sold associated

15   with that unit.  And they report that, I won't give the exact

16   number, but they report that gross margin that they talk about

17   consistently as their metric in the 15 to 20 percent range.

18   Q.   And then in applying this test, what were the other

19   inputs besides the margin?

20   A.   The other -- I should say, first of all, the other

21   inputs include sort of the implementation of the margin in the

22   test so one of their input is just how to implement the margin

23   in the test.

24        If you go through my reports, there's a lot of details

25   about margins, but one thing, one thing I had to account for

1   is that in some cases in reporting the gross margins, they're

2   not broken down in every way you'd want it by national versus

3   local customers.  So in order to be able to break it down by

4   national and local customers I actually use margin data that

5   the parties had presented to the FTC during the investigation.

6   I actually used a conservative version of that that got me a

7   lower margin, which would mean a broader potential market.

8   That got me to -- that margin came to something just slightly

9   lower than the gross margin, so it's again, a slightly smaller

10  margin means I would tend to find a broader market, which

11  would be conservative in favor of the parties.

12       But I actually even went further than that just to make

13  sure I have a really rigorous number that I know applies to

14  both local and national customers.  And when I actually

15  implement the test, I actually use a margin of ten percent,

16  which is clearly conservative, clearly would imply, you know,

17  broader markets.  It would imply more, diversion has to stay

18  within broadline in order for it to qualify.

19       So under the ten percent margin, this conservative

20  number I use, if you apply the Katz and Shapiro formula,

21  that's where you get to the 50 percent number I said earlier.

22  If it's ten percent, then half the diversion has to stay

23  within broadline for it to count as a market.

24       If you use the 18 or the 15 to 20, 18 percent, say in

25  the middle of gross margin range, you'd get something more

1    like than 35 percent would have to stay in the market, so it

2    actually would be an easier to test to pass.  But I used

3    the -- wanted to make sure that I, you know, there's -- I

4    don't like things to be right up against the border, so I

5    wanted to make sure that I used a test that was conservative

6    in favor of the parties and clearly found that broadline would

7    qualify for a market, as a market under this test, so I

8    implemented it with ten percent.

9              THE COURT:  Can you just explain again the

10   relationship between the margin and the size of the market?

11   Maybe I'm not saying that correctly.

12             THE WITNESS:  No, that's fine.  So the -- so let me

13   take a step back to where we were.  The implementation, the

14   idea of the implementation of the SSNIP test is if enough

15   diversion stays inside your candidate market, then you've got

16   a market.  I think that's what we talked about with diversion.

17             So everything we're talking about here is what's

18   enough mean.  And what the literature has shown is the answer

19   to what's enough mean is a function of the margin.  There's a

20   technical formula that comes from Katz and Shapiro that the

21   courts have applied as well and been in subsequent literature.

22   I won't go through all the derivation of it, but it basically

23   says that the formula is 10 divided by 10 plus the margin,

24   that's the formula it comes up with.  But that's -- but in

25   the --

1              THE COURT:  I'd like to meet the judges that have

2    applied that formula.

3              THE WITNESS:  The -- so that means that the margin

4    is 10 percent like you use, you get 10 over -- 10 plus 10, you

5    get 10 over 20, which is 50 percent.  If the margin was

6    something higher, you'd say it was 15 percent, you'd get 10

7    over 10 plus 15, that's 10 over 25, that would be 40 percent.

8              Basically it's just going -- it goes through the

9    math of what firms do when they maximize profits by setting

10   prices and how much this hypothetical monopolist would raise

11   prices.  Derives this formula as how much -- how much, given a

12   level of aggregate diversion, how much the hypothetical

13   monopolist would raise prices.

14             As a function of the margin it derives the level of

15   aggregate diversion you need to pass the SSNIP test.  The

16   bigger the margin is, the less that diversion has to stay

17   within the candidate market.  So the easier it is for a

18   candidate market to pass the SSNIP test.

19             Under this conservative margin I've used of

20   10 percent, it comes out to 50 percent, which means what we're

21   saying is this broadliner raises his price.  If as much of the

22   diversion goes to other broadliners as goes elsewhere, then

23   we've passed the test, and that's a function of the margin.

24             THE COURT:  All right.  Thank you.

25

```
1   BY MR. MOHR:

2     Q.    And just to be clear here, can you explain why the

3   margin or how the margin is related to a hypothetical

4   monopolist decision whether or not to raise prices?

5     A.    Well, I think I mostly just did that.  I mean, again

6   the -- basically the idea is that, just to give a little more

7   on this.  The -- when there's no hypothetical monopolist when

8   these firms are competing with each other today, if one of

9   them raise his price, it loses some sales to another

10  broadliner, right, and that means it loses the profit margin

11  on those sales to another broadliner.

12        When the hypothetical monopolist merges these firms

13  together, those profit margins that were lost are now internal

14  as they're part of the monopolist.  So the bigger those

15  margins are, the less of them it needs to recapture to have

16  that price increase to be profitable, that's the idea.

17    Q.    So you've talked about how you calculated what

18  aggregate diversion you needed to see, and what did you

19  compare that aggregate diversion to, what sources of data did

20  you use?

21    A.    And so, I mean, I used what I use in cases like this

22  all the time, which is to go to the parties' records and

23  basically look for things like win/loss data or salespeople

24  reporting data on when they're in competitive situations, who

25  are they losing business to, right.  So I sort of look at
```

1  their actual competition for business and look at who are they

2  losing business to when they're in competitive situations.

3       So in particular as described in detail in the report,

4  I looked at two main sources of data for this test.  One was

5  the bidding or RFP data which was submitted by the parties in

6  response to specification 16 of the second request which asked

7  for sort of all records on RFPs or bidding type situations.

8       What my staff did with that data was to pull that data

9  together into a dataset of each time there was a national or

10 regional RFP or bid or basically a regional or national, which

11 I'm defining as national, customer was looking for broadline

12 service, that's an opportunity, and then pull together the

13 records of who was -- who else was competing, who else did the

14 firm see as completing for that opportunity, and if they lost

15 it and the records indicate who did they lose it to.  I pulled

16 that together into a dataset of RFP slash bidding data.

17 That's really national data, that would be the national

18 customers pulling together everything that was submitted in

19 response to specification 16 on who those bidding situations

20 were lost to.

21      The other source of data for the local sides, and so do

22 this for both, is what's called the link data, which is the US

23 Foods data source.  Link data is an example of something

24 called a customer relationship management tool.  I don't know

25 if you've come cross those, but it's basically companies use

1  them to have their sales people track what's going on when

2  they interact with their customers or potential customers.

3       One of the variables in that dataset is the -- a

4  listing of who the competitor was for the opportunity, and so

5  I used that dataset, the link dataset as -- it's really -- and

6  I applied it just to local customers for who was and

7  opportunities that US Foods lost, who did they lose to.

8  Q.   And using those two datasets and applying the

9  Katz/Shapiro test, what did you conclude?

10 A.   I found that the -- in both of those datasets, so again

11 RFP is on the national side, link on the local side, the vast

12 majority of the losses were to other broadline distributors.

13 So in the RFP data, it was -- so I have an RFP data center, A

14 bidding data center, I pulled together both from Sysco and

15 from US Foods.

16      Interestingly because of the nature of the data as it

17 was provided, the Sysco data includes some opportunities that

18 were really SYGMA opportunities really for their systems

19 division, but I couldn't always screen those out.  I wanted to

20 make sure to be as conservative as I could, I just included

21 everything I had on the Sysco side.  Even with that I found

22 that well over 70 percent of the losses they had were to other

23 broadline firms.

24      In the US Foods data, that was even a higher

25 percentage, so it was well over, you know, well beyond, not

1  even a close call beyond the 50 percent level was going to

2  other broadliners as opposed to other types of distribution.

3      In the link data, which is again my test of the local

4  hypothesis, it's even more clear, it's, you know, north of

5  90 percent of the losses in the link data are reported as

6  being losses to other broadline firms.  And in the link data I

7  think it's worth remembering I'm really looking at local

8  customers there.  As we said, for local customers systems

9  isn't really as much of an issue in the link data so the most

10  interesting thing in the link data is how often does specialty

11  or cash-and-carry show up, since that's really the most -- you

12  just see a very, very few indications of specialty.

13      I will say occasionally you do see a salesperson

14  reporting some competition with cash and carry, but we're

15  talking about, you know, one, two percent of the time.

16          THE COURT:  On the link data front, how -- in other

17  words, it sounds like it's very anecdotal, and maybe I'm wrong

18  here, but it sounds like it's (a), anecdotal, and (b), to what

19  extent do the companies have policies that would have provided

20  you with enough exemplars to actually draw conclusions from?

21          THE WITNESS:  I mean, let me take those questions

22  in turn because I think the answers are distinct and worth

23  talking about.  It's not anecdotal, I mean, in that part,

24  there are hundreds of thousands of observations, right, I

25  mean, so there are hundreds of thousands of observations in

1    the data.  It's clearly true that it's -- there are -- there

2    are observations for, I mean, by any metric of analysis I have

3    done, that's an extremely large sample of observations.  So

4    I -- it's not anecdotal, it's a sales force tool.  And it's

5    definitely a tool, this is described more in my report, that

6    the companies indicate that they use and they encourage their

7    salespeople to use.  I mean, almost every merger case I do,

8    you go look for this sort of data because it's what the

9    salespeople, it's the company's record of what the salespeople

10   face in the field.

11          I will say that in a lot of merger cases companies

12   have a tool like this.  Another one is called Salesforce.com

13   that you might have seen around.  In many cases that -- those

14   data are, in fact, not filled in that often, they have many

15   fewer than -- I mean, dozens of observations as opposed to

16   hundreds of thousands.  And so you -- and they don't really

17   show any particularly clear pattern.  In those cases, you

18   know, the data -- you still try to use the data if you can

19   because it's what the salespeople are saying, but you have

20   less of a record.

21          Here it's hundreds of thousands of observations.

22   It's clear that the company is successfully encouraging its

23   sales force to use this to a level frankly beyond what I've

24   seen for most other firms.

25          The other part of the question is sort of -- and a

1    fair question is, is, you know, about the sort of competitor

2    and the competition and how well is that recorded in the data.

3    It's true that in the data, not in every case is that

4    competitor field filled in.  It's filled in in, say, a third

5    or slightly more than a third of the cases is the competitor

6    field filled in.  In many of those cases it's either there was

7    no competitor or the opportunity went away or -- but in some

8    cases the salesperson doesn't fill in the competitor.

9           But we have hundreds of thousands of observations.

10   We have a third of the observations in which the salesperson

11   is filling in the name of the competitive.  Again, those are

12   good numbers from what I've seen in these sort of data, that

13   gives me a large sample of observations to look at, and it

14   tells me who those salespeople say that they are facing and

15   who they're facing in competition.

16          THE COURT:  So how did you take the tens of

17   thousands of observations or hundreds of thousands of

18   observations and quantify them?

19          THE WITNESS:  I mean, literally every time that

20   that competitor field is filled in, I say who's the

21   competitor, and I just tabulate those and compute who that

22   competitor was.

23          THE COURT:  Say if you had 50,000 observations, you

24   literally took each of the 50,000 observations and put the

25   competitor in a particular bucket and then came up with

 1   percentages that you just talked about?

 2          THE WITNESS:  Correct.  And the -- I mean, what

 3   you'll see, and this is in the report, is that it's -- and

 4   we're talk more about this later.  But roughly half the time

 5   there's a competitor listed in this US Foods data, the

 6   competitor is Sysco.

 7          And then there are other firms who are listed as

 8   well, many of whom are also broadline firms.  Right now we're

 9   talking about market definition, right, so it's a sort of

10   overall set of broadliners that matter, but just on the basis

11   of Sysco alone you're close to this 50 percent number.  You

12   add in the other broadliners and you get the vast majority of

13   the observations.

14          And I've used these sorts of data in other cases in

15   which they're not as reliable and what you see is no clear

16   pattern, and bunches of firms listed, nothing you can really

17   detect.  In this case, across these different datasets there

18   are lots of observations, and I see this mutually re-enforcing

19   pattern of Sysco and US Foods listing each other far more than

20   they list anyone else.

21          THE COURT:  And I'm sorry to interrupt the line of

22   questioning, but just to make sure I understand, so the

23   database itself, it's not as if -- the database, I gather

24   contains both a narrative field and then specific fields, for

25   example, where you could put in the competitor to whom either

1    the company lost to, it's not as if you had to read a hundred

2    thousand narratives and pull out the competitor, because

3    there's actually a field that you could isolate and then do

4    your tabulation?

5             THE WITNESS:  In the link data, it's US Foods data,

6    to be clear, so we're talking -- it's what US Foods lists.

7    It's -- but it's really a database, so, I mean, there isn't

8    even really a narrative as such.  I mean, this is a database

9    so there -- I mean, something could be more of a word

10   description, but it's a database, right, so this isn't us

11   going through and 50,000 times counting them, this is taking

12   data that you can put into Excel and letting the computer

13   figure out who's being listed.

14            THE COURT:  Okay.  Thank you, I appreciate, that's

15   very helpful.

16   BY MR. MOHR:

17    Q.   And maybe it would be helpful, can you just describe

18   what some of the other fields are in the database to give it

19   some context?

20    A.   I mean, the listing is like, you know, who the customer

21   is, the size of the opportunity, details about the nature of

22   what they're looking for, details about whether there's an

23   existing relationship, you know, all the things that a

24   salesperson basically would need to track the relationship

25   they're managing with his customer.

1    Q.   Great.  And just going back then to the Katz/Shapiro

2    test that you applied, you mentioned the two data sources you

3    used, the comparison to the aggregate diversion ratio, what

4    was your overall conclusion of the application of the test as

5    it relates to product market definition?

6    A.   I mean, in both of these cases, again, one that I think

7    of for the national customers and one for the local customers,

8    the extent to which in competitive situations these companies

9    are losing, frankly, to each other, but also just more

10   generally to broadliners as is relevant for market definition

11   is just far, far above the 50 percent level.

12         So again, even working through the issues we've been

13   talking about and thinking about the data or the bottom line

14   is this is just far exceeding the level to determine that

15   broadline is a product market.

16   Q.   Dr. Israel, are you aware that defendant's experts

17   point to an academic paper suggesting the use of an

18   alternative test to calculate the relevant market?

19   A.   Yes.

20   Q.   Why didn't you use the formula in the academic paper

21   cited by defendant's experts?

22   A.   I mean, there's one paper that pointed to a -- it's

23   really a potentially different test, that paper has been since

24   discussed by a number of academic papers after that.  And

25   really, that's really an alternative test, that test, and I

1    don't want to get too deep in the details, but that test

2    considers a special case in which a hypothetical monopolist of

3    all products in a given area might decide its best policy is

4    to raise just one of their prices, but not raise the prices

5    overall.  And what's been shown since is that would be another

6    way you might pass the hypothetical monopolist test is this

7    very asymmetric version so you could analyze things using that

8    formula.

9         But what the authors of the paper and the courts and

10   subsequent papers have found is that the original Katz and

11   Shapiro test is still the valid test for hypothetical

12   monopolist in any case in which you're thinking about, you

13   know, a symmetric increase and broadline prices.  And really

14   that other test is just another test you can consider in a

15   special case, but not one that applies in situations generally

16   or that in any way undermines the Katz and Shapiro test

17   itself.

18   Q.   And you mentioned in that answer that courts have

19   applied the Katz/Shapiro test as well.  Could you just point

20   the Court to, you know, one example in which a court has

21   discussed the Katz/Shapiro test?

22   A.   And so in H&R Block Tax Act, this exact test is

23   described in detail, and I think the opinion even has this X

24   over -- you know, this 10 over 10 plus M formula, so some

25   judge had to write it down.  But that test is described and

1   implemented in much the same way.

2   Q.   All right.  Next I'd like to turn to the next step in

3   the horizontal merger guidelines, geographic market

4   definition?

5   A.   Okay.

6   Q.   And Dr. Israel, did you define a geographic market for

7   national broadline customers?

8   A.   I did.

9   Q.   How did you define the geographic market?

10   A.   As national.

11   Q.   What are your bases for concluding that the relevant

12   geographic market for national broadline customers is

13   national?

14   A.   I mean, I think it's worth stepping back and sort of

15   thinking about what the guidelines say about geographic market

16   definition.  I mean, really the question you're asking in

17   geographic market definition is define this product market as

18   broadline, should we leave out certain competitors because

19   they're not in the relevant geography, right, so it's really a

20   question about is the geographic market bounded in some way.

21       Well, in the case of national broadline customers, you

22   know, many of them are actually nationwide.  Others of them

23   are regional, but certainly beyond just one locality.  And

24   once you group them together, I know as I do following the

25   parties, you have companies who are covering with their

 1   footprints the entire nation, so there isn't a way in which I

 2   would bound them.  And I should note that just means for

 3   purposes of computing market shares and things.  I'm not

 4   excluding certain competitors from the national calculation

 5   just because they're in certain regions because there would be

 6   no natural way to do so.

 7        Another reason I think that's important is that as I

 8   said earlier one thing that's in a lot of literature I've seen

 9   is that part of what a national distributor does is help

10   companies that are growing be able to grow into new areas, so

11   again I wouldn't want to limit the footprint to just a certain

12   area for some sub-set of customers.

13        So for all those reasons when we're thinking about this

14   group of national customers that either have national or

15   multi-regional footprints, I include all competitors

16   nationwide in computing my market shares.

17   Q.   Did you analyze any other evidence that served as a

18   basis for your conclusion that a relevant geographic market

19   for national broadline customers -- did you analyze any other

20   evidence that served as a basis for your conclusion that a

21   relevant geographic market is national?

22   A.   Yeah, I mean I thought about the documents and the

23   testimony and data, I mean, in some sense as I said, I think a

24   national market is just what you need to use when you've got

25   customers who cover these, the entire nation or multiple

1  regions.

2      But one question I wanted to look at was just to make

3  sure that this group of national customers is, you know,

4  generally largely customers who are actually making purchase

5  decisions and making use of distributors that are in more than

6  one area.  They're actually making use of services that

7  require many regions or the entire nation.  And so one thing I

8  did was just look at the parties' own statements and the

9  testimony from national customers about what they're looking

10  for.

11      And, you know, there's always heterogeneity in these

12  groups, so what I try to do is get a sense of what customers

13  who make up a lot of the revenue in this group, you know, what

14  are customers who make up a lot of the revenue in this group

15  are looking for.  And when I look through the testimony of the

16  large national customers and the statements of the parties,

17  you know, you consistently see things like the issuance of an

18  RFP that covers large regions or the entire country looking

19  for contracts that cover the entire country or their entire

20  footprint.  One thing you see consistently is a common price

21  across all of their locations.

22      You see these customers by the definition I'm using

23  being served by the national sales force generally instead of

24  the local sales force.  You see them -- just as another

25  example that, you know, you actually see one of the firms that

1    the parties have to compete with or one of the ventures they

2    have to compete with is DMA, you know, DMA is a conglomerate

3    of regional competitors.  And as an economist the fact that

4    these regional competitors feel the need to organize

5    themselves into this conglomerate suggests they feel the need

6    to offer a nationwide service.

7           So for all those reasons, you know, it's clear that the

8    competition is happening at this, at least multi-regional or

9    national level, which supports my national market definition.

10   Q.   Did you perform any other empirical analyses as part of

11   your geographic market definition exercise?

12   A.   I mean, I did.  This goes -- one thing I did that goes

13   to the discussion we were just having is look, on the basis of

14   revenue, look at to what extent our customers making up a lot

15   of the revenue in this group using lots of distribution

16   centers.  So what extent does this group made up of customers

17   who are using lots of distribution centers.  And again, my

18   analysis, when I think about what are the customers doing is

19   always where is the revenue coming from because that's what

20   affects commerce and affects -- the determines the effects of

21   the merger.

22   Q.   And can I please direct your attention to page 11 of

23   your demonstrative.  And if we can please keep it blacked out

24   as well.  Which contains a figure, which was Figure 3 from

25   paragraph 115 of PX 09375, your expert rebuttal report.  Do

1    you see this figure?

2      A.    I do.

3      Q.    And without referencing the specific numbers in the

4    figure, since we're not in-camera, can you describe generally

5    what's depicted in this figure?

6      A.    Yes, I mean, it's computing the percentage of the

7    revenue in the national customer group that's made up of

8    customers who use at least a certain number of distribution

9    centers.  So what it says is that a very high percentage of

10   the combined firms national customer revenue, well over half,

11   comes from customers who use, say more than 35 distribution

12   centers.  So he use a large number of distribution centers.

13        And even larger percentages come when you go down to 24

14   or 9, other cutoffs, but the bottom line is if you look inside

15   the national customer group and you ask are these customers

16   who are using a lot of distribution centers, the answer is

17   yes, the overwhelming majority of the revenue in this group is

18   coming from customers who are using very many distribution

19   centers, again indicating that it's a much broader base of

20   service than any one -- any one distribution center.

21     Q.    For those customers in the far right, if a customer may

22   only require ten distribution centers, do you see any

23   advantage for that customer selecting a distributor with, say

24   60 warehouses as opposed to one with 35 warehouses?

25     A.    And I think that's a really important point, I mean, I

1    look at this figure because it's indicative of people using a

2    lot of distribution centers, but I don't want to create the

3    impression that I think having, say 60 or 70 distribution

4    centers is only relevant if you use most of them.  I mean, as

5    long as you're a customer who is in more than one region and

6    you get some value from having uniformity in a common

7    contract, then there's going to be a benefit to using a

8    broadline company that can serve those regions that you're

9    located in.

10        When a broadline company has more distribution centers,

11   it's going to better fit the footprints of more companies.  An

12   analogy that often helps me is I go to the mall, infrequently

13   if I can help it, but I go to the mall and there's a hundred

14   stores at the mall, say, and I only go to four of them, that

15   doesn't mean that I don't get value from the fact that there's

16   this variety of options.  The fact that there are many options

17   and therefore the four can fit what I need on that day is what

18   makes the mall a valuable place to go.

19        In the same sense if I'm a hotel and I have seven

20   cities I'm in, and Sysco or US Foods with 60 or 70

21   distribution centers are very likely to have distribution

22   centers close to where I need them, and they're going to have

23   more options to figure out how best to serve my needs.  So

24   even if only use three or four, that broad base means they're

25   probably close to me, and they have more different ways to

1    find the capacity to serve what I need, so that variety is

2    valuable, I think, in any case if someone is multi-regional.

3      Q.   All right.  Can we turn next to geographic market

4    definition for the other set of targeted customers you

5    identified local broadline customers?

6      A.   Sure.

7      Q.   And, Dr. Israel, did you define geographic markets for

8    local broadline customers?

9      A.   I did.

10     Q.   And if you turn to the demonstrative on slide 12, can

11   you explain using this demonstrative how you define local

12   geographic markets?

13     A.   Sure.  So there's really two components to thinking

14   about local geographic markets.  And I should make clear, as

15   is obvious, I define local -- I define for all those customers

16   I define local specific geographic markets.  And really

17   there's two components you need to think about for how I do

18   that.  One is what are the set of customers I'm talking about,

19   right, and then two is who are the competitors I'm including

20   in the market to serve that set of -- who are in the relevant

21   market for that set of customers.  And so that's really in two

22   steps in my definition.

23         For purposes of defining who are the customers that I'm

24   talking about, the methodology proceeds as follows:  Take a US

25   Foods and a Sysco distribution center that are near each other

1   and draw a circle around them that captures where they make

2   the majority of their sales.  So I define that, as has been

3   done in any other cases I've worked on, I define that as a

4   75 percent draw area, so that's just --

5              THE COURT:  Can you start again?  I just want to

6   make sure I understand this, and this may be something that we

7   can put up, it doesn't show --

8              MR. MOHR:  We can put this up.  Thank, Your Honor.

9              THE COURT:  I'm sorry, could you start again?

10             THE WITNESS:  So for purposes of defining a local

11  market, we need to think in two steps.  Who are the customers

12  I'm including in that local market, and then we have to get to

13  who are the competitors that I'm including in that local

14  market.  So we're on step one, who are the customers.

15             What we want to do is think about customers who

16  would potentially be affected by the merger, right, so who are

17  customers for whom, at least potentially there's a loss of

18  competition that could harm them.

19             The way that I did that is to say takes -- take a

20  Sysco and US Foods distribution center that are in the same

21  basic area, okay, and draw a circle around them that captures

22  where those distribution centers make the majority of their

23  sales.  And so that's sort of their service base and who are

24  they serving.

25             I define that as 75 percent so the area in which

 1    they make 75 percent of their sales to capture the majority of

 2    their sales without going too far out.

 3             And then the customers I'm defining as potentially

 4    affected by the merger has to be customers for whom there's

 5    potentially some loss of competition or customers who are in

 6    the overlap of those two draw areas.  So they're both in the

 7    draw area of Sysco and the draw area of US Foods such that

 8    they were potentially, you know, in the draw areas of both

 9    companies, and now if the companies merge, they won't have

10    those two competitors that are overlapping for them so they

11    could be harmed by the loss of competition.

12             I should say that, you know, you might think a

13    customer who is a little farther away from one, and maybe

14    there's some effect on them, but in order to focus on the

15    customers who are really primarily affected, I focused all my

16    analysis, and I'm really only claiming local harms on

17    customers who are in these overlapping 75 percent draw areas.

18             In that sense it's conservative in favor of the

19    parties.  You could think there are customers farther away.

20    Just to make it clear, that what you get when do you that is

21    the dark gray area on this picture.  So you have a draw area

22    drawn on here for Sysco and one for US Foods, they overlap in

23    the dark gray area, and I'm saying those are customers who are

24    in the overlapping draw areas of the two companies.  And

25    that's the only set of local customers on who I'm saying there

1     could be a competitive effect from the transaction.

2            Somebody outside a little farther in the light gray

3     area, you know, maybe there could have been some effect on

4     them, but I'm focused just on the customers in this dark gray

5     area really is a conservative way of doing it as it's only

6     looking at these customers who are in this overlapping 75

7     percent draw area.  So the dark gray area answers the

8     customers part of the question.

9     BY MR. MOHR:

10     Q.   And then can you explain what the light gray area is?

11     A.   Sure.  So then the next part of the question is for any

12     one of those customers, who are the set of competitors that I

13     consider in the geographic market that I'm calculating.  And

14     so what I do is for each customer that's in that dark gray

15     area, I go to the customer and I draw a circle around them.  I

16     stick to the average 75 percent draw area, the same radius I

17     used to define the dark gray area.  I draw a circle around the

18     customer, and I say any --

19            THE COURT:  I'm sorry, the customer or the

20     competitor?

21            THE WITNESS:  The customer.

22            THE COURT:  The customer.

23            THE WITNESS:  Each customer I draw a circle around

24     the customer.

25            THE COURT:  Okay.

1            THE WITNESS:  And I say any competitor who's inside

2    that circle, that's the set of competitors I'm going to look

3    at to define the local market.  Those are competitors who are

4    all in that same 75 percent draw area around the customer, so

5    they're the competitors who are close to that customer.

6            When you do that, you get that -- for each

7    customer, that brings in a circle around the customer, right,

8    ultimately any competitor who's in that circle for any of the

9    customers is going to count towards the market shares that I

10   compute for the local area.

11           When we get to the section on market shares I can

12   describe more how I do the computation, but what you get when

13   you draw those circles around each of the customers, and just

14   to be clear since you asked, the reason I draw the circle

15   around the customer is because delivery is coming to the

16   customer, right, so customers who are in different parts of

17   the gray area are sort of different competitors potentially

18   who are near them.

19           So I draw -- but I draw a circle, so the circles,

20   as you can see, go well outside the dark gray area, they cover

21   this entire light gray area, that's the set of competitors

22   that I'm including in the -- ultimately in the local market.

23           THE COURT:  Okay.  So the light gray represents

24   areas in which competitors are present in order to serve the

25   customers.

1           THE WITNESS:  Right, that's the group that I

2   include.  The -- and the one thing you'll notice here, just to

3   make a point that's clear up front.  And I'll talk about this

4   more in market shares, I mean, you could draw these circles of

5   different sizes, and I do them a variety of ways just to make

6   sure my results are stable.

7           One thing you'll notice, though, is if you look

8   just outside the light gray area on here, you know, there are

9   some distributors who are outside that area.  And we'll talk

10  some about, you know, different draw areas I draw to see what

11  effect it would have if I went a little farther and included

12  some more competitors.  And one thing you'll notice is if I

13  went a little farther what I hit pretty quickly is some US

14  Foods facilities and some Sysco facilities, so I'd get a lot

15  more of the parties' facilities in addition to other people if

16  I do that.  I'm trying to focus on the area that's tightly

17  focused around these customers.

18          The logic is really that one thing we know about

19  broadline foodservice is that, you know, consistently in the

20  testimony distance matters as far as being able to provide

21  next day delivery and as far as the cost of service.  So I

22  define the geographic market in this local area to account for

23  the fact that distance matters, but I go all the way out to

24  the light gray area here to make sure I'm including

25  competitors in the reasonably wide band around it, so it's not

1    like I limit competitors to having to be in that dark gray

2    area, I go all the way out to the edges of the light gray area

3    and count them.

4    BY MR. MOHR:

5      Q.    Dr. Israel, if we could turn next to the next step in

6    the merger guidelines, market shares and concentration?

7      A.    Sure.

8      Q.    Dr. Israel, did you calculate market shares and

9    concentration levels for the relevant markets?

10     A.    I did.

11     Q.    Why did you calculate market shares and concentration

12   levels?

13     A.    I mean, this is really the next step in the process

14   that we talked about at the beginning, and it's a critical

15   step in the process.  Once you define the produce market and

16   the geographic markets, the merger guidelines are clear that

17   you, you know, the next step is the entire section five of the

18   merger guidelines is to compute market shares, to compute

19   market concentrations and to compute changes in market

20   concentrations as a fundamental indicater of the likely

21   competitive effects of the merger.  The merger guidelines

22   explicitly lay out a standard for which if the level and

23   change in HHI is high enough, the merger is presumed to create

24   competitive harm.  So this is really sort of a key step of

25   establishing whether that presumption is met given my market

1  definitions.

2  Q.   All right.  Can I please direct your attention to the

3  next slide in the demonstrative, number 14, which was taken

4  from table 18, paragraph 318 of PX 09350 of your expert

5  report?

6  A.   Sure.

7  Q.   So you see table 18?

8  A.   I do.

9  Q.   Can you describe what table 18 depicts?

10  A.   So these are estimates of the post-merger market share

11  of the combined firm as well as the post-merger HHIs and

12  changes in HHIs.  And as the figure makes clear, these all

13  account for both the merger and the divestiture, so they

14  account for both the merger of Sysco and US Foods and the

15  divestiture to PFG.

16  Q.   Can you describe how you calculated market shares for

17  national broadline customers?

18  A.   Sure.  So we talked about some at the beginning the --

19  how I computed the revenues, the sales for each of the merging

20  parties, and that was for national customers, that was using

21  their definitions of national customers.  I computed the

22  revenue that they have.

23       The -- to get to market shares, the next step, the only

24  other thing you needed to do is figure out what's the universe

25  of the revenue that you're talking about across all broadline

1   companies serving these national customers.  And so it's you

2   want to have the parties revenue divided by the total revenue.

3         The reason there's several numbers on this page is just

4   I wanted to use, and we talked about this some at the

5   beginning.  I wanted to use, to make sure my results were

6   stable and yielded a consistent story, using slightly

7   different methods for deciding for other companies how much

8   are they selling to national customers.

9         So the only other piece we need to add is what are the

10  sales by all other broadline companies to national customers,

11  right, but I want to make sure that my results are not in any

12  way sensitive towards the specific way of defining what it

13  means for them to sell the national customers, to make sure

14  that under different ways of thinking about how much other

15  competitors are selling to national customers, I get the same

16  conclusion in every case.

17         THE COURT:  Where do the revenue numbers come from

18  for the broadline, for the national broadline customers?  I

19  mean, if the companies -- I understand the companies would

20  have a portion of that, but where do you get the total dollar

21  amount from?

22         THE WITNESS:  Right.  Well, that's really the

23  exercise here, so for the companies you get it from the

24  transaction data.  For DMA in particular, which is the one I

25  always include as serving national customers, there's a

1    declaration from DMA in which they indicate their revenue.

2    And I count all of the revenue that DMA has as revenue to

3    national broadline customers because DMA -- DMA's primary

4    function is to serve national customers.

5         For other competitors, then there are sort of two

6    different ways of handling that that are depicted on the page.

7    One is, so -- and that's really the core question, that you

8    asked exactly the question of everything that shows up on this

9    page is for the other guys who aren't the parties or DMA, how

10   do I get their total revenue.  I did it two different ways.

11        Okay.  One is use this RFP bidding dataset I talked

12   to you about earlier from the parties.  And just ask the

13   question in that RFP bidding dataset, how big is DMA versus

14   everybody else.  Really the exercise is to get beyond the

15   parties.  I've got a good number for DMA, so I can go to the

16   bidding dataset and say just in the bidding dataset how big

17   is -- how big are DMA's wins in revenue versus everybody else

18   as a way of getting a measure of the rest of the universe

19   that's not DMA.

20        What I find is that DMA and those data are actually

21   slightly larger than everybody else that shows up, but it's

22   just slightly larger, so in the first line here what I do is,

23   is use that data to conservatively in favor of the parties say

24   everybody else that's the same size roughly as DMA, so it adds

25   another set of sales the size of DMA.  When you do it that way

1   you get this 71 percent combined share number, so that's one

2   approach is just to say we know the parties, we know DMA,

3   those are solid, we have the RFP data to tell us DMA is

4   actually slightly bigger than everybody else, so if I add in

5   another DMA into the denominator, that's one way of getting to

6   the total universe of national --

7                THE COURT:  So a national number reflects the two

8   parties DMA.

9                THE WITNESS:  And then for the first line here it

10  depicts the fact that in the RFP data DMA is roughly or

11  slightly bigger, actually, than everybody else so you would

12  add another --

13               THE COURT:  I see.

14               THE WITNESS:  -- you would add another piece of

15  that size and you'd have your denominator.  That's one way

16  that I've done it.

17               The rest of the numbers from one through six

18  actually rely on the CID data that's submitted, that the FTC

19  collected during the investigation where from many, I think

20  17, many distributors, including all the members of DMA, many

21  of the members of MUG, which is another organization like DMA,

22  they collected information from them, including their revenue,

23  so I -- in the other method I go to the CID data to get

24  revenue from other distributors.

25               THE COURT:  And how is it that -- well, let me ask

 1    it this way:  Was there -- how did you account for consistency
 2    or lack of consistency in different distributors defining what
 3    constitutes a national customer?
 4             THE WITNESS:  So that's why there's rows one
 5    through six on this picture.
 6             THE COURT:  Okay.
 7             THE WITNESS:  So I basically in order to make sure
 8    the results didn't turn -- didn't depend on one assumption
 9    about that, I computed it six different ways.
10             THE COURT:  Okay.
11             THE WITNESS:  So let me describe some of them.  So
12    number one is they all said what was national, and I just took
13    them at their word for what was national, and I used what they
14    called national, okay, so that was one way of doing it.  That
15    gives you row number one, which gives you 68 percent on here.
16             You'll note, what I think is useful to note about
17    these results is that's a fundamentally different approach
18    than using the RFP data, I mean, that's a different source of
19    data.  But it gives you a number that's quite close to what
20    you get from the RFP data, and certainly the same assumption,
21    conclusion as we'll talk about in terms of HHIs.
22             THE COURT:  I'm sorry, so the baseline is based
23    upon the RFP data.
24             THE WITNESS:  Yes.
25             THE COURT:  The national is based upon the CID data

1    and the subsequent --

2            THE WITNESS:  Yes.

3            THE COURT:  Okay, fine.

4            THE WITNESS:  And the national is based on the CID

5    data, and just to answer your earlier question, what I take as

6    national from the other parties is what they call national.

7    But that's an entirely different data source from the RFP

8    data, there's no reason those numbers need to match the RFP

9    data particularly well at all, right, but they are actually

10   quite close, which,is, you know, to me, in anything I do, the

11   best test I have is do two different methods get me to

12   basically the same number.

13           Let me know one other thing about these is that all

14   of these numbers, one through six, in every case I actually

15   include the two parties and DMA and MUG, which is this other

16   conglomerate, everything that varies across these is just how

17   I treat others beyond those four.

18           So let me just, and we'll see if we want to do any

19   others, let me jump to number six to the last row on here

20   since that's the other end of the balance.  There I went all

21   the way to what I consider an extremely conservative

22   assumption in favor of the parties, which as I said, let's

23   take all of the revenue that was submitted in the CIDs by any

24   other party, and let's assume that it's as skewed towards

25   national, it's got the same distribution percentage national

1    in it as what Sysco and US Foods do.

2            So let's assume everybody else, they're local

3    national mix is just as national as Sysco and US Foods.  And

4    that includes very small distributors, so I think that's

5    clearly, I think everything we've seen -- that I've seen in

6    this case would indicate that these guys tend not to be as

7    national.  But if I go all the way to that end and I say let's

8    take all the other data and assume it's as national as the

9    parties, I do get a smaller share, but I still get this

10   combined share of nearly 60 percent.

11           And the bottom line for me is that whether I use --

12   and the first two methods I like because they're different

13   datasets mutually reinforcing rely on what people report as

14   national sales, but even if I go all the way to this

15   conservative assumption where I say everyone is as national as

16   the parties, in every case I get HHI levels that are, if you

17   remember the guidelines say if the HHI is over 2500 and has a

18   change of more than 200, that's really what we're looking for

19   here.  And in every case we're not close to that.

20   BY MR. MOHR:

21    Q.   And so, Dr. Israel, just to follow up on variation six

22   there, the parties' ratio of national, what you're saying is

23   your methodology if say the parties classify approximately

24   50 percent say of their sales is national, you're assuming

25   that all the other distributors that you include in the data

1  here also have 50 percent national sales?

2    A.   That's right, I just apply the parties' ratio to

3  everyone.  I mean, another way you could say that same

4  calculation is because you're just taking the parties' percent

5  national and applying it to everybody, that percent national

6  kind of cancels out of that calculation so you're basically

7  just taking everybody's total revenue and using that to

8  compute the market shares.

9            THE COURT:  How many different distributor sources

10  did you rely on, is there a particular number?

11            THE WITNESS:  I mean, this was everyone who

12  submitted a CID, which is -- so it's always the parties, DMA

13  and MUG who are major players for national, and then it's

14  everyone who submitted a CID response, which I think there

15  were 17.  They were all the members of DMA, many of the

16  members of MUG, but those were the ones that I used.  And

17  again, to me the -- just to make sure we're clear, the

18  baseline here, the RFP data doesn't depend on that CID data at

19  all.

20            THE COURT:  And the DMA data was collective data,

21  in other words, for -- was it for all of their distributor,

22  member distributors, including sales at the individual

23  distributor level or just sales that occur through the DMA

24  level?

25            THE WITNESS:  So the DMA CID data, is that what you

1     mean, was for the individual distributors.  So it actually, to

2     the extent they made a sale through DMA, that would be

3     reflected in their own numbers as their own sale.  So one

4     thing, since you bring it up, it's going deep in the details,

5     but for DMA when I compute all these shares, I make sure not

6     to double count, so I'm counting DMA, then I don't -- I just

7     count the non-DMA portion of that distributor.

8            It's actually the case that for MUG, because I

9     don't have data on every single MUG distributor, I actually

10    count MUG, and I separately count the distributor so there is

11    a little bit of double counting there, which would tend to

12    make the shares lower, so conservative in favor of the

13    parties, just to make sure I fully count the MUG sales.

14    BY MR. MOHR:

15     Q.    And, Dr. Israel, I'm not sure if MUG has come up before

16    in your testimony, can you just describe what MUG is?

17     A.    Well, it's just another of these kind of regional

18    conglomerations that PFG is a member and other firms, regional

19    conglomerations that come together to serve broader-based

20    business.

21     Q.    And without specifying any confidential information,

22    did you do any analysis to test whether the group of

23    distributors whose data you relied upon here, you know, how

24    much of the national sales do you think they represented?

25     A.    Well, I know there's been from multiple parties

1   documents submitted to say what percentage of sales were made

2   up by the top distributors, so there's a document that's in

3   multiple productions, I think from a consulting group, I think

4   called Hale, that indicates -- I don't know if I should give

5   the exact number, that's confidential.

6   Q.   You may just speak in general.

7   A.    That indicates that a large percentage of, you know,

8   the vast majority of revenue is actually made up by the top

9   ten.  I have more than the top ten, so even talking about

10  revenue as a whole, it's clear that I have the vast majority

11  of the revenue in my group, and then especially when you go to

12  the sales to national customers where all that I would be

13  missing is the very smallest distributors.  If anything, I

14  think that would be a very small portion.

15        And again, I would point to the fact that the baseline

16  RFP number doesn't depend on the CID data at all, so the

17  consistency between the two sources is another indication that

18  the CID data, anything that's omitted is not causing any

19  problems in the estimates.

20  Q.   What if a national broadline customer splits up its

21  business between, say, US Foods and PFG, would you count PFG

22  sales in that instance?

23  A.   Absolutely.  So a reason, as I said, that I rely on

24  revenue for basically everything I do is it's not like I'm

25  putting a customer in one bucket or another bucket.  The

1   shares are based on revenue.  So if a national customer splits

2   up its sales one way, two ways, five ways, the revenues are

3   associated to the firm that has those revenues.

4           THE COURT:  Counsel, we've been going for about an

5   hour and a half, it might be a good time for a morning break,

6   if this is a natural stopping or a natural point of transition

7   for you?

8           MR. MOHR:  Yes, we're going to move on to local

9   shares next.

10          THE COURT:  Okay.  Well, why don't we take 15

11  minutes.  And we'll reconvene around quarter of 11:00.  Thank

12  you.

13          THE DEPUTY CLERK:  All rise.

14  BRIEF RECESS AT 10:35 A.M.

15                          - o -

16                  C E R T I F I C A T E

17          I, Lisa M. Foradori, RPR, FCRR, certify that

18  the foregoing is a correct transcript from the record of

19  proceedings in the above-titled matter.

20

21

22

23  Date:_____          _____

24                                 Lisa M. Foradori, RPR, FCRR

25

# 0

**09350 [4]** 977/1 978/12 990/24
1031/4
**09375 [1]** 1021/25

# 1

**10 [12]** 975/17 1006/23 1006/23
1007/4 1007/4 1007/4 1007/5
1007/6 1007/7 1007/7 1017/24
1017/24
**10 percent [2]** 1007/4 1007/20
**10017 [1]** 969/6
**10:35 [1]** 1041/14
**11 [1]** 1021/22
**115 [1]** 1021/25
**1155 [2]** 969/10 969/13
**11:00 [1]** 1041/11
**12 [2]** 984/8 1024/10
**13 [2]** 984/8 984/8
**14 [1]** 1031/3
**15 [4]** 1004/17 1005/24 1007/7
1041/10
**15 percent [2]** 975/17 1007/6
**15-256 [1]** 967/5
**16 [2]** 1009/6 1009/19
**1625 [4]** 968/16 968/20 968/24
969/2
**17 [2]** 1034/20 1038/15
**18 [4]** 1005/24 1031/4 1031/7
1031/9
**18 percent [1]** 1005/24

# 2

**20 [2]** 1005/24 1007/5
**20 percent [3]** 1001/4 1001/5
1004/17
**200 [2]** 968/11 1037/18
**20001 [1]** 969/19
**20004 [2]** 969/10 969/13
**20006 [4]** 968/16 968/20 968/24
969/2
**2015 [1]** 967/6
**202 [11]** 967/20 967/24 968/4
968/8 968/17 968/21 968/25
969/3 969/11 969/14 969/19
**2030 [1]** 967/20
**20580 [4]** 967/19 967/23 968/3
968/7
**212 [1]** 969/7
**21202 [1]** 968/12
**220-5052 [1]** 969/3
**24 [1]** 1022/13
**25 [1]** 1007/7
**2500 [1]** 1037/17
**256 [1]** 967/5
**2579 [1]** 967/24
**2673 [1]** 968/8

# 3

**30 percent [2]** 1000/25 1001/1
**318 [1]** 1031/4
**326-2030 [1]** 967/20
**326-2579 [1]** 967/24
**326-2673 [1]** 968/8
**326-3296 [1]** 968/4
**3269 [1]** 969/19
**3296 [1]** 968/4
**333 [1]** 969/18
**35 [2]** 1022/11 1022/24
**35 percent [1]** 1006/1
**354-3269 [1]** 969/19
**383-5300 [1]** 968/21 968/25

**283-5380 [1]** 968/17
**3840 [1]** 969/7

# 4

**40 [2]** 998/22 1007/7
**410 [1]** 968/12
**425 [1]** 969/6
**455-3840 [1]** 969/7

# 5

**50 [3]** 1005/21 1007/5 1014/11
**50 percent [7]** 1000/21 1001/2
1007/20 1011/1 1016/11 1037/24
1038/1
**50,000 [3]** 1013/23 1013/24
1015/11
**5052 [1]** 969/3
**5300 [2]** 968/21 968/25
**5380 [1]** 968/17
**5502 [2]** 969/11 969/14
**57 [1]** 977/1
**576-6470 [1]** 968/12
**59 [1]** 978/12

# 6

**60 [3]** 1022/24 1023/3 1023/20
**60 percent [1]** 1037/10
**600 [4]** 967/19 967/23 968/3
968/7
**636-5502 [2]** 969/11 969/14
**6470 [1]** 968/12
**6706 [1]** 969/18
**68 percent [1]** 1035/15

# 7

**70 [4]** 990/24 1010/22 1023/3
1023/20
**71 percent [1]** 1034/1
**75 [2]** 1027/6 1028/4
**75 percent [5]** 1025/4 1025/25
1026/1 1026/17 1027/16

# 8

**8001 [1]** 976/22
**85 [1]** 979/21

# 9

**90 percent [2]** 979/21 1011/5
**971 [1]** 970/5
**9:02 [1]** 967/6

# A

**A.M [2]** 967/6 1041/14
**ability [1]** 973/22
**able [9]** 972/24 973/2 983/3
985/4 990/10 1000/11 1005/3
1019/10 1029/20
**about [110]**
**above [2]** 1016/11 1041/19
**above-titled [1]** 1041/19
**absolutely [3]** 974/20 975/24
1040/23
**academic [3]** 1016/17 1016/20
1016/24
**accepted [1]** 1002/21
**account [5]** 1004/25 1029/22
1031/13 1031/14 1035/1
**acquired [1]** 1003/12
**across [6]** 995/5 995/5 1014/17
1020/21 1031/25 1036/16
**Act [1]** 1017/22
**actual [2]** 1002/19 1009/1
**actually [30]** 980/8 980/11

**281-617, 987/24, 984/12 985/18
989/19 994/19 1005/4 1005/6
1005/12 1005/14 1005/15 1006/2
1011/20 1015/3 1018/22 1020/4
1020/6 1020/25 1033/24 1034/4
1034/11 1034/18 1036/9 1036/14
1039/1 1039/8 1039/9 1040/8
**add [5]** 1014/12 1032/9 1034/4
1034/12 1034/14
**addition [2]** 976/6 1029/15
**additional [1]** 979/6
**adds [1]** 1033/24
**adjust [1]** 1004/12
**administration [1]** 994/18
**administrative [3]** 995/3
999/25 1000/4
**administratively [1]** 995/10
**adopted [1]** 1002/24
**advantage [2]** 993/23 1022/23
**affected [3]** 1025/16 1026/4
1026/15
**affects [2]** 1021/20 1021/20
**after [1]** 1016/24
**again [33]** 971/7 972/10 975/7
978/17 985/23 986/18 987/7
987/20 989/11 989/16 989/24
993/8 994/13 995/3 996/5 999/9
999/24 1001/7 1005/9 1006/9
1008/5 1010/10 1011/3 1013/11
1016/6 1016/12 1019/11 1021/17
1022/19 1025/5 1025/9 1038/17
1040/15
**against [1]** 1006/4
**aggregate [14]** 973/7 973/12
979/4 983/21 995/14 1001/12
1001/16 1002/1 1002/9 1007/12
1007/15 1008/18 1008/19 1016/3
**aggregating [2]** 993/7 993/8
**aggregation [1]** 994/4
**Agilman [1]** 967/24
**ago [5]** 978/18 979/11 991/4
991/6 991/13
**agree [1]** 1004/4
**aided [1]** 969/24
**AL [2]** 967/4 967/8
**ALEXIS [1]** 967/22
**all [73]** 971/9 972/17 972/21
972/22 973/2 974/20 974/23
976/5 977/17 977/21 979/4
980/25 981/1 981/11 981/24
983/1 983/13 983/15 983/15
983/18 986/4 986/6 986/12
988/19 989/18 990/21 992/14
994/23 995/18 995/19 1000/6
1001/11 1003/9 1004/20 1006/22
1007/24 1008/22 1009/7 1015/23
1017/3 1018/2 1019/13 1019/15
1020/21 1021/7 1024/3 1024/15
1026/15 1028/4 1029/23 1030/2
1031/2 1031/12 1031/25 1032/10
1033/2 1034/20 1035/12 1036/9
1036/13 1036/20 1036/23 1037/7
1037/8 1037/14 1037/25 1038/15
1038/19 1038/21 1039/5 1040/12
1040/16 1041/13
**almost [4]** 976/2 977/25 981/13
1012/7
**alone [1]** 1014/11
**already [2]** 976/8 1001/19
**also [16]** 972/16 977/22 982/4
983/6 983/10 984/19 985/2
987/1 987/15 988/8 988/12

**also... [5]**   994/8 1004/11
1014/8 1016/9 1038/1
**alter [1]**   983/13
**alternative [2]**   1016/18
1016/25
**Although [1]**   980/13
**always [8]**   975/7 981/13 987/24
1010/19 1020/11 1021/19
1032/25 1038/12
**am [3]**   992/21 1000/3 1000/5
**AMIT [1]**   967/14
**among [6]**   973/2 973/8 973/21
977/23 980/8 983/24
**amount [3]**   986/3 998/4 1032/21
**analogous [1]**   991/3
**analogy [4]**   987/25 988/2 989/4
1023/12
**analyses [1]**   1021/10
**analysis [15]**   971/24 972/1
974/19 974/20 974/23 979/9
981/11 982/14 986/3 999/6
999/8 1012/2 1021/18 1026/16
1039/22
**analyze [8]**   983/5 986/13
986/25 996/1 998/9 1017/7
1019/17 1019/19
**analyzed [1]**   995/25
**analyzing [4]**   972/4 988/15
989/7 996/13
**anecdotal [4]**   1011/17 1011/18
1011/23 1012/4
**another [25]**   978/17 979/24
986/12 989/3 993/5 995/25
1001/23 1001/24 1001/25 1008/9
1008/11 1012/12 1017/5 1017/14
1019/7 1020/24 1033/25 1034/5
1034/12 1034/14 1034/21 1038/3
1039/17 1040/17 1040/25
**answer [7]**   981/15 981/16 987/7
1006/18 1017/18 1022/16 1036/5
**answers [2]**   1011/22 1027/7
**any [32]**   974/18 975/22 979/6
982/14 983/5 986/9 986/25
995/11 1000/13 1012/2 1012/17
1017/12 1017/16 1019/17
1019/19 1021/10 1022/20
1022/20 1022/22 1024/2 1025/3
1027/11 1027/18 1028/1 1028/8
1028/8 1032/11 1036/18 1036/23
1039/21 1039/22 1040/18
**anyone [1]**   1014/20
**anything [4]**   978/6 1036/10
1040/13 1040/18
**anywhere [2]**   974/7 984/16
**APPEARANCES [1]**   967/17
**appears [1]**   984/14
**application [1]**   1016/4
**applied [6]**   1001/17 1006/21
1007/2 1010/6 1016/2 1017/19
**applies [3]**   975/6 1005/13
1017/15
**apply [2]**   1005/20 1038/2
**applying [4]**   1002/19 1004/18
1010/8 1038/5
**appreciate [1]**   1015/14
**approach [3]**   973/6 1034/2
1035/17
**approximately [1]**   1037/23
**are [142]**
**area [33]**   983/3 991/17 1017/3

1019/12 1020/6 1021/1 1025/9
1025/23 1026/1 1026/7 1026/21
1026/21 1026/23 1027/3 1027/5
1027/7 1027/7 1027/10 1027/15
1027/16 1027/17 1028/4 1028/10
1028/17 1028/20 1028/21 1029/8
1029/9 1029/16 1029/22 1029/24
1030/2 1030/2
**areas [8]**   976/10 1019/10
1026/6 1026/8 1026/17 1026/24
1026/24 1029/10
**aren't [1]**   1033/9
**arena [2]**   972/12 972/14
**around [13]**   1012/13 1025/1
1025/21 1027/15 1027/17
1027/23 1028/4 1028/7 1028/13
1028/15 1029/17 1029/25
1041/11
**arrive [1]**   972/15
**as [135]**
**ask [6]**   976/16 978/5 980/6
1022/15 1033/12 1034/25
**asked [3]**   1009/6 1028/14
1033/8
**asking [2]**   983/16 1018/16
**assessing [1]**   991/20
**associated [3]**   1003/21 1004/14
1041/3
**assume [3]**   1036/24 1037/2
1037/8
**assuming [1]**   1037/24
**assumption [4]**   1035/8 1035/20
1036/22 1037/15
**asymmetric [1]**   1017/7
**attention [6]**   976/14 976/24
978/8 990/22 1021/22 1031/2
**Attorney [1]**   968/10
**attribute [1]**   981/20
**authors [1]**   1017/9
**Avenue [6]**   967/19 967/23 968/3
968/7 969/6 969/18
**average [5]**   977/11 977/14
977/15 978/18 1027/16
**aware [1]**   1016/16
**away [7]**   971/14 979/14 980/2
986/3 1013/7 1026/13 1026/19

**B**

**back [7]**   985/23 987/7 987/24
991/23 1006/13 1016/1 1018/14
**bakeries [2]**   988/9 988/13
**bakery [2]**   984/19 984/20
**balance [1]**   1036/20
**Baltimore [1]**   968/12
**band [1]**   1029/25
**Bartlett [3]**   969/5 969/9
969/12
**base [8]**   977/19 985/17 985/20
985/21 1001/24 1022/19 1023/24
1025/23
**based [14]**   973/6 974/25 975/21
986/4 989/21 991/19 994/14
996/19 1000/14 1022/2 1035/25
1036/4 1039/19 1041/1
**baseline [3]**   1035/22 1038/18
1040/15
**bases [2]**   1001/13 1018/11
**basic [2]**   997/17 1025/21
**basically [22]**   972/22 978/20
980/24 985/8 987/21 998/25
1002/1 1002/25 1003/19 1003/20
1004/13 1006/22 1007/8 1008/6

1008/23 1009/10 1009/16 1009/25
1015/14 1035/7 1036/12 1038/6
1040/24
**basis [5]**   980/19 1014/10
1019/18 1019/20 1021/13
**basket [4]**   987/15 988/6 988/18
992/14
**be [66]**   971/24 972/24 972/25
973/2 973/9 974/3 974/4 974/16
975/20 976/4 976/5 980/16
981/7 983/3 984/2 985/4 985/11
986/14 986/22 988/20 989/3
989/8 990/7 991/16 992/23
994/21 995/9 995/12 996/1
996/9 996/13 998/22 998/25
998/25 1000/11 1001/19 1002/6
1003/21 1005/3 1005/11 1006/2
1006/4 1007/7 1008/2 1008/16
1009/17 1010/20 1015/6 1015/9
1015/17 1017/5 1019/5 1019/10
1023/7 1025/6 1025/16 1026/4
1026/11 1027/1 1028/14 1030/1
1037/6 1039/2 1040/12 1040/14
1041/5
**bear [1]**   971/2
**because [26]**   976/10 976/18
978/6 984/21 985/15 986/7
986/8 986/8 986/11 991/23
1003/25 1010/16 1011/22 1012/8
1012/19 1015/2 1018/18 1019/5
1019/5 1021/19 1023/1 1028/15
1033/3 1037/12 1038/4 1039/8
**beef [2]**   991/14 994/12
**been [13]**   971/12 974/23 996/15
1002/21 1002/24 1006/21
1016/12 1016/23 1017/5 1025/2
1027/3 1039/25 1041/4
**before [6]**   967/14 971/25
985/12 987/8 990/16 1039/15
**beginning [3]**   1030/14 1031/18
1032/5
**being [7]**   979/19 979/22 981/22
1011/6 1015/13 1020/23 1029/20
**benefit [1]**   1023/7
**besides [2]**   979/4 1004/19
**best [4]**   996/9 1017/3 1023/23
1036/11
**better [3]**   981/16 987/25
1023/11
**between [11]**   972/7 972/12
972/23 975/22 985/22 989/22
991/23 996/20 1006/10 1040/17
1040/21
**beyond [7]**   984/25 1010/25
1011/1 1012/23 1018/23 1033/14
1036/17
**bid [1]**   1009/10
**bidding [10]**   995/23 1009/5
1009/7 1009/16 1009/19 1010/14
1033/11 1033/13 1033/16
1033/16
**big [6]**   985/12 985/16 1000/19
1033/13 1033/16 1033/17
**bigger [6]**   1003/11 1003/13
1007/16 1008/14 1034/4 1034/11
**biggest [1]**   992/16
**bit [3]**   980/1 1002/11 1039/11
**black [1]**   976/17
**blacked [3]**   978/10 990/23
1021/23
**Block [1]**   1017/22
**border [1]**   1006/4

**B**

**both [24]** 972/5 974/21 974/24
977/8 983/12 983/23 984/10
984/22 984/25 987/4 988/14
997/2 1001/6 1004/11 1005/14
1009/22 1010/10 1010/14
1014/24 1016/6 1026/6 1026/8
1031/13 1031/14
**bottom [3]** 1016/13 1022/14
1037/11
**bound [1]** 1019/2
**bounded [1]** 1018/20
**boxes [2]** 997/14 997/15
**brand [1]** 990/17
**brand-new [1]** 990/17
**break [2]** 1005/3 1041/5
**breakdown [1]** 991/23
**brief [2]** 1001/20 1041/14
**bring [2]** 987/24 1039/4
**brings [1]** 1028/7
**broad [7]** 977/19 985/3 985/3
988/5 988/6 995/15 1023/24
**broader [9]** 977/20 982/21
984/20 984/21 1005/7 1005/10
1005/17 1022/19 1039/19
**broader-based [1]** 1039/19
**broadline [118]**
**broadliner [19]** 974/1 975/8
977/19 978/25 981/18 987/15
987/18 988/5 990/8 992/14
992/20 992/24 993/22 994/19
1001/10 1001/21 1007/21
1008/10 1008/11
**broadliners [22]** 972/23 973/2
973/8 973/13 973/15 973/17
973/20 973/21 974/2 974/4
974/14 993/11 994/5 998/3
1002/2 1002/2 1002/10 1007/22
1011/2 1014/10 1014/12 1016/10
**broken [1]** 1005/2
**brought [1]** 995/6
**bucket [3]** 1013/25 1040/25
1040/25
**bulk [3]** 992/20 993/3 998/17
**bunch [2]** 994/20 995/9
**bunches [1]** 1014/16
**business [16]** 975/3 975/5
976/7 978/22 982/19 982/20
990/6 993/12 995/16 1000/3
1000/24 1008/25 1009/1 1009/2
1039/20 1040/21
**businesses [2]** 1001/1 1001/2
**buy [8]** 987/14 987/15 988/6
988/7 989/1 993/3 993/5
1000/23
**buying [1]** 984/6

---

**C**

**CA [1]** 967/5
**cafeterias [1]** 992/4
**calculate [4]** 1002/20 1016/18
1030/8 1030/11
**calculated [2]** 1008/17 1031/16
**calculating [1]** 1027/13
**calculation [4]** 1003/17 1019/4
1038/4 1038/6
**calculations [1]** 979/5
**call [2]** 1011/1 1036/6
**called [7]** 990/14 996/24
1009/22 1009/24 1012/12
1035/14 1040/4

---

**came [2]** 1005/85 1013/25
**camera [1]** 1022/4
**can [48]** 972/1 977/4 978/8
978/9 978/15 987/25 988/6
990/21 990/22 991/2 993/22
993/23 994/20 995/1 995/18
997/13 997/14 998/13 999/6
1001/16 1001/19 1002/19 1006/9
1008/2 1012/18 1014/16 1015/12
1015/17 1017/14 1021/22
1021/23 1022/4 1023/8 1023/13
1023/17 1024/3 1024/10 1025/5
1025/7 1025/8 1027/10 1028/11
1028/20 1031/2 1031/9 1031/16
1033/15 1039/16
**can't [4]** 977/22 997/12 999/3
1001/3
**cancels [1]** 1038/6
**candidate [5]** 972/15 1003/6
1006/15 1007/17 1007/18
**capacity [1]** 1024/1
**capture [3]** 974/12 974/14
1026/1
**captures [2]** 1025/1 1025/21
**Carl [1]** 1002/23
**Carolina [1]** 982/25
**carry [30]** 974/10 996/1 996/5
996/9 996/11 996/13 996/21
996/23 996/24 997/15 997/19
997/22 998/6 998/11 998/21
998/24 999/2 999/7 999/13
999/20 1000/5 1000/12 1000/15
1000/17 1000/18 1000/22 1001/5
1001/7 1011/11 1011/14
**case [22]** 975/10 975/12 985/13
985/15 987/22 988/17 989/12
990/11 1012/7 1013/3 1014/17
1017/2 1017/12 1017/15 1018/21
1024/2 1032/16 1036/14 1037/6
1037/16 1037/19 1039/8
**cases [22]** 977/17 980/8 980/11
983/8 983/10 984/5 984/12
984/17 997/3 999/19 1000/9
1005/1 1008/21 1012/11 1012/13
1012/17 1013/5 1013/6 1013/8
1014/14 1016/6 1025/3
**cash [31]** 974/10 996/1 996/5
996/9 996/11 996/13 996/21
996/23 996/24 997/15 997/19
997/22 998/6 998/11 998/21
998/24 999/1 999/2 999/7
999/13 999/20 1000/5 1000/12
1000/15 1000/17 1000/18
1000/22 1001/5 1001/7 1011/11
1011/14
**cash-and-carry [28]** 974/10
996/1 996/5 996/9 996/11
996/13 996/21 996/23 996/24
997/15 997/19 997/22 998/6
998/11 998/21 998/24 999/2
999/13 999/20 1000/5 1000/12
1000/15 1000/17 1000/18
1000/22 1001/5 1001/7 1011/11
**category [1]** 995/25
**catering [1]** 993/17
**causing [1]** 1040/18
**center [14]** 978/19 979/18
979/20 979/23 980/1 980/4
982/1 984/13 997/5 1010/13
1010/14 1022/20 1024/25
1025/20
**centers [18]** 977/10 977/11

---

**977/13 977/14 1031/16 1021/17
1022/9 1022/11 1022/12 1022/16
1022/19 1022/22 1023/2 1023/4
1023/10 1023/21 1023/22
1025/22
**central [1]** 972/4
**centralized [2]** 997/20 997/24
**certain [10]** 977/8 983/10
988/9 988/10 991/15 1018/18
1019/4 1019/5 1019/11 1022/8
**certainly [9]** 973/25 974/3
983/8 987/14 999/12 999/13
1000/8 1018/23 1035/20
**certify [1]** 1041/17
**chain [12]** 975/6 975/16 976/1
976/3 976/5 976/8 976/13 978/1
978/7 982/23 982/25 983/2
**chains [1]** 992/2
**change [8]** 980/15 986/5 986/7
986/23 993/16 1000/3 1030/23
1037/18
**changed [1]** 989/1
**changes [2]** 1030/19 1031/12
**changing [4]** 977/20 993/19
994/2 994/4
**characteristics [7]** 975/22
989/12 989/19 989/22 996/16
996/17 996/20
**chart [1]** 991/10
**CID [10]** 1034/18 1034/23
1035/25 1036/4 1038/12 1038/14
1038/18 1038/25 1040/16
1040/18
**CIDs [1]** 1036/23
**circle [10]** 1025/1 1025/21
1027/15 1027/17 1027/23 1028/2
1028/7 1028/8 1028/14 1028/19
**circles [3]** 1028/13 1028/19
1029/4
**cited [1]** 1016/21
**cities [1]** 1023/20
**city [2]** 980/9 980/10
**claiming [1]** 1026/16
**classify [1]** 1037/23
**clear [19]** 975/1 981/7 985/10
999/15 1008/2 1011/4 1012/17
1012/22 1014/15 1015/6 1021/7
1024/14 1026/20 1028/14 1029/3
1030/16 1031/12 1038/17
1040/10
**clearly [5]** 1005/16 1005/16
1006/6 1012/1 1037/5
**close [11]** 980/7 982/7 989/2
1011/1 1014/11 1023/22 1023/25
1028/5 1035/19 1036/10 1037/19
**closer [5]** 980/1 980/12 981/15
982/2 982/11
**closest [7]** 979/18 979/22
981/8 981/9 981/13 982/8 982/9
**collected [3]** 974/21 1034/19
1034/22
**collective [1]** 1038/20
**COLUMBIA [1]** 967/1
**combined [5]** 975/17 1022/10
1031/11 1034/1 1037/10
**come [10]** 978/3 978/4 990/15
997/7 1000/7 1009/25 1022/13
1032/17 1039/15 1039/19
**comes [4]** 1006/20 1006/24
1007/20 1022/11
**coming [4]** 994/8 1021/19
1022/18 1028/15

**C**

commerce [1]   1021/20
COMMISSION [7]   967/4 967/18
967/18 967/22 968/2 968/6
971/7
common [3]   997/21 1020/20
1023/6
companies [22]   975/14 977/13
992/3 1004/1 1004/6 1009/25
1011/19 1012/6 1012/11 1016/8
1018/25 1019/10 1023/11 1026/9
1026/9 1026/24 1032/1 1032/7
1032/10 1032/19 1032/19
1032/23
company [4]   1012/22 1015/1
1023/8 1023/10
company's [1]   1012/9
compare [2]   997/10 1008/19
comparing [1]   978/18
comparison [1]   1016/3
compete [4]   990/10 995/15
1021/1 1021/2
competing [5]   995/16 995/22
1002/7 1008/8 1009/13
competition [18]   972/7 972/9
972/12 972/23 973/2 973/8
973/12 973/21 974/5 989/15
1009/1 1011/14 1013/2 1013/15
1021/8 1025/18 1026/5 1026/11
competitive [11]   972/4 1001/22
1001/23 1002/7 1008/24 1009/2
1013/11 1016/8 1027/1 1030/21
1030/24
competitor [17]   1010/4 1013/1
1013/4 1013/5 1013/7 1013/8
1013/20 1013/21 1013/22
1013/25 1014/5 1014/6 1014/25
1015/2 1027/20 1028/1 1028/8
competitors [20]   1018/18
1019/4 1019/15 1021/3 1021/4
1024/19 1025/13 1026/10
1027/12 1028/2 1028/3 1028/5
1028/17 1028/21 1028/24
1029/12 1029/25 1030/1 1032/15
1033/5
completely [1]   999/1
completing [2]   979/2 1009/14
component [2]   972/11 972/16
components [3]   1024/13 1024/17
computation [1]   1028/12
compute [7]   1013/21 1028/10
1030/18 1030/18 1030/19 1038/8
1039/5
computed [3]   1031/19 1031/21
1035/9
computer [2]   969/24 1015/12
computer-aided [1]   969/24
computing [3]   1019/3 1019/16
1022/6
concentration [3]   1030/6
1030/9 1030/11
concentrations [2]   1030/19
1030/20
concept [1]   1004/1
concerning [1]   980/21
conclude [3]   973/25 991/19
1010/9
concluded [2]   986/18 998/13
concluding [1]   1018/11
conclusion [13]   980/20 986/17
986/23 987/5 989/17 996/4

conclusions [2]   983/13 1011/20
concrete [1]   1002/11
confidential [3]   976/18
1039/21 1040/5
conglomerate [3]   1021/2 1021/5
1036/16
conglomerations [2]   1039/18
1039/19
conservative [12]   1005/6
1005/11 1005/16 1005/19 1006/5
1007/19 1010/20 1026/18 1027/5
1036/21 1037/15 1039/12
conservatively [1]   1033/23
consider [5]   989/7 996/12
1017/14 1027/13 1036/21
considered [1]   984/17
considering [2]   984/4 987/13
considers [1]   1017/2
consistency [3]   1035/1 1035/2
1040/17
consistent [9]   977/18 978/22
984/23 993/1 995/8 996/7
997/25 999/10 1032/6
consistently [7]   994/11
1003/23 1004/11 1004/17
1020/17 1020/20 1029/19
constitutes [1]   1035/3
Constitution [1]   969/18
constraining [1]   986/1
constrains [1]   986/11
consulting [1]   1040/3
consumer's [1]   988/3
consumers [1]   988/11
Cont'd [1]   971/18
contain [1]   976/18
contains [5]   976/25 978/11
990/23 1014/24 1021/24
context [1]   1015/19
contract [15]   978/2 992/7
992/8 992/17 992/21 992/22
992/24 993/4 994/4 997/24
997/24 998/18 998/18 998/19
1023/7
contracting [2]   997/20 999/4
contracts [2]   976/8 1020/19
controlled [1]   972/20
controlling [1]   972/22
core [3]   972/6 984/18 1033/7
CORPORATION [1]   967/8 968/15
correct [3]   981/11 1014/2
1041/18
correctly [1]   1006/11
cost [6]   1003/21 1003/22
1004/2 1004/3 1004/14 1029/21
costly [1]   995/10
could [23]   974/3 974/5 975/15
976/16 976/21 985/12 985/25
1001/14 1010/20 1014/25 1015/3
1015/9 1017/7 1017/19 1025/9
1025/18 1026/11 1026/19 1027/1
1027/3 1029/4 1030/5 1038/3
couldn't [2]   985/15 1010/19
Counsel [1]   1041/4
count [10]   1005/23 1028/9
1030/3 1033/2 1039/6 1039/7
1039/10 1039/10 1039/13
1040/21
counting [3]   1015/11 1039/6
1039/11
country [2]   1020/18 1020/19

couple [2]   992/22 997/19
course [1]   986/9
court [6]   967/1 967/15 969/17
969/17 1017/20 1017/20
Courthouse [1]   969/18
courts [4]   1002/24 1006/21
1017/9 1017/18
cover [4]   983/1 1019/25
1020/19 1028/20
covering [3]   982/23 998/18
998/20 1018/25
covers [2]   992/8 1020/18
cream [1]   988/13
create [2]   1023/2 1030/23
critical [2]   985/13 1030/14
cross [2]   974/22 1009/25
cross-examinations [1]   974/22
customer [44]   978/3 979/6
982/2 982/3 982/6 983/12
984/17 984/18 984/21 985/9
985/10 987/4 992/15 997/13
998/22 1009/11 1009/24 1015/20
1015/25 1022/7 1022/10 1022/15
1022/21 1022/23 1023/5 1026/13
1027/14 1027/15 1027/18
1027/19 1027/21 1027/22
1027/23 1027/24 1028/4 1028/5
1028/7 1028/7 1028/15 1028/16
1035/3 1040/20 1040/25 1041/1
customers [125]
cutoffs [1]   1022/14
cuts [1]   991/15

**D**

dairy [3]   990/13 990/14 994/13
dark [8]   1026/21 1026/23
1027/4 1027/7 1027/14 1027/17
1028/20 1030/1
data [81]
database [6]   1014/23 1014/23
1015/7 1015/8 1015/10 1015/18
dataset [9]   1009/9 1009/16
1010/3 1010/5 1010/5 1033/11
1033/13 1033/16 1033/16
datasets [4]   1010/8 1010/10
1014/17 1037/13
Date [1]   1041/23
DAVENPORT [1]   968/6
day [5]   967/13 976/10 983/4
1023/17 1029/21
DC [12]   967/5 967/19 967/23
968/3 968/7 968/16 968/20
968/24 969/2 969/10 969/13
969/19
deal [1]   994/23
decide [2]   986/8 1017/3
deciding [2]   987/11 1032/7
decision [1]   1008/4
decisions [2]   1004/8 1020/5
declaration [1]   1033/1
declarations [3]   974/21 995/6
995/7
deep [2]   1017/1 1039/4
defendant's [2]   1016/16
1016/21
Defendants [3]   967/9 968/15
969/5
define [15]   1018/6 1018/9
1018/17 1024/7 1024/11 1024/15
1024/15 1024/16 1025/2 1025/3
1025/25 1027/17 1028/3 1029/2
1030/15

**defining [6]** 1009/11 1024/23 1025/10 1026/3 1032/12 1035/2
**definitely [1]** 1012/5
**definition [18]** 972/2 972/11 983/14 985/24 987/6 992/11 1001/17 1014/9 1016/5 1016/10 1018/4 1018/16 1018/17 1020/22 1021/9 1021/11 1024/4 1024/22
**definitions [2]** 1031/1 1031/21
**deliver [1]** 997/15
**deliveries [2]** 976/12 983/4
**delivering [1]** 983/1
**delivery [6]** 976/11 981/4 997/3 997/4 1028/15 1029/21
**demonstrative [10]** 976/15 976/17 976/22 976/25 978/9 990/22 1021/23 1024/10 1024/11 1031/3
**denominator [2]** 1034/5 1034/15
**depend [3]** 1035/8 1038/18 1040/16
**depicted [5]** 977/4 978/15 991/2 1022/5 1033/6
**depicts [2]** 1031/9 1034/10
**derivation [1]** 1006/22
**derives [3]** 1003/4 1007/11 1007/14
**describe [17]** 977/4 978/15 991/2 998/13 999/6 999/16 1001/16 1001/18 1002/19 1003/7 1015/17 1022/4 1028/12 1031/9 1031/16 1035/11 1039/16
**described [4]** 1009/3 1012/5 1017/23 1017/25
**describing [1]** 1001/9
**description [1]** 1015/10
**designed [3]** 975/4 997/5 997/7
**detail [2]** 1009/3 1017/23
**details [6]** 973/18 1004/24 1015/21 1015/22 1017/1 1039/4
**detect [1]** 1014/17
**determine [1]** 1016/14
**determines [2]** 1003/1 1021/20
**diary [1]** 990/14
**did [51]** 974/18 975/21 979/5 979/9 981/19 982/14 983/5 985/16 986/13 986/16 986/25 989/7 989/22 991/19 995/11 995/13 996/1 996/3 996/12 996/20 998/9 1002/2 1003/16 1008/5 1008/18 1008/19 1009/8 1009/13 1009/15 1010/7 1010/9 1013/16 1018/6 1018/8 1018/9 1019/17 1019/19 1020/7 1021/10 1021/12 1021/12 1024/7 1024/9 1025/19 1030/8 1030/10 1030/11 1033/10 1035/1 1038/10 1039/22
**didn't [3]** 1016/20 1035/8 1035/8
**difference [1]** 997/17
**differences [2]** 989/21 995/8
**different [47]** 975/19 975/22 978/22 983/17 984/22 985/1 985/19 985/19 986/9 986/16 987/9 987/10 987/21 988/21 991/13 991/16 992/24 993/9 993/18 993/21 993/22 993/24 995/2 996/19 998/8 999/22 1000/17 1004/1 1014/17 1016/23 1023/25 1028/16 1028/17 1029/5

**1039/10 1033/7 1034/14 1035/6** 1035/7 1035/9 1035/17 1035/18 1036/7 1036/11 1037/12 1038/9
**differentiated [1]** 990/5
**differentiation [1]** 994/15
**difficult [1]** 994/21
**difficulty [1]** 999/25
**direct [9]** 970/5 971/8 971/18 976/14 976/24 978/8 990/21 1021/22 1031/2
**directly [1]** 978/24
**discussed [4]** 973/24 979/10 1016/24 1017/21
**discussing [1]** 971/25
**discussion [3]** 974/15 993/2 1021/13
**distance [4]** 979/11 979/24 1029/20 1029/23
**distant [1]** 974/12
**distinct [11]** 985/18 986/19 986/20 991/25 995/4 996/5 996/6 996/11 997/9 1001/9 1011/22
**distinction [1]** 996/22
**distribute [2]** 982/25 997/5
**distribution [66]** 971/24 972/6 972/8 972/13 972/17 972/21 974/11 974/16 975/23 976/9 977/10 977/11 977/13 977/14 978/19 979/8 979/18 980/1 980/3 980/9 980/21 981/3 981/21 981/22 982/1 982/21 983/6 983/7 984/13 984/14 985/2 985/22 986/13 986/14 986/18 986/20 987/1 987/2 989/8 989/23 996/20 997/1 997/2 997/5 1000/5 1000/11 1001/15 1011/2 1021/15 1021/17 1022/8 1022/11 1022/12 1022/16 1022/18 1022/20 1022/22 1023/2 1023/3 1023/10 1023/21 1023/21 1024/25 1025/20 1025/22 1036/25
**distributor [20]** 979/20 979/23 987/19 987/21 990/7 993/2 993/5 997/11 997/14 1000/1 1001/4 1001/25 1019/9 1022/23 1038/9 1038/21 1038/23 1039/7 1039/9 1039/10
**distributors [27]** 982/15 982/16 982/18 987/5 987/16 989/25 990/11 993/9 993/13 994/1 994/20 994/22 995/9 1002/4 1010/12 1020/5 1029/9 1034/20 1034/24 1035/2 1037/4 1037/25 1038/22 1039/1 1039/23 1040/2 1040/13
**DISTRICT [3]** 967/1 967/1 967/15
**diversion [27]** 973/7 974/1 974/6 974/13 979/4 983/21 995/14 1001/12 1001/16 1002/9 1002/12 1002/20 1003/1 1003/5 1003/12 1003/13 1005/17 1005/22 1006/15 1006/16 1007/12 1007/15 1007/16 1007/22 1008/18 1008/19 1016/3
**divestiture [2]** 1031/13 1031/15
**divided [2]** 1006/23 1032/2
**division [15]** 973/12 977/9

**1277/9 980/6 980/6 984/11** 984/18 984/19 984/19 984/20 991/9 991/14 1002/1 1002/16 1010/19
**divisions [3]** 991/6 991/7 991/8
**DMA [30]** 1021/2 1021/2 1032/24 1033/1 1033/2 1033/3 1033/9 1033/13 1033/15 1033/19 1033/20 1033/24 1033/25 1034/2 1034/3 1034/5 1034/8 1034/10 1034/20 1034/21 1036/15 1038/12 1038/15 1038/20 1038/23 1038/25 1039/2 1039/5 1039/6 1039/7
**DMA's [2]** 1033/3 1033/17
**do [65]** 974/24 977/2 977/3 978/12 978/14 979/17 981/20 981/20 986/4 986/4 986/10 988/20 988/22 989/5 990/25 991/1 993/17 993/24 994/5 994/9 997/1 997/8 998/1 1000/11 1002/3 1002/13 1002/17 1003/25 1004/2 1004/5 1007/9 1009/21 1011/13 1011/19 1012/7 1015/3 1018/24 1019/6 1020/12 1021/25 1022/2 1022/22 1024/17 1025/15 1026/20 1027/14 1028/6 1028/12 1029/5 1029/16 1031/8 1031/24 1032/17 1032/20 1033/10 1033/22 1033/25 1036/10 1036/11 1036/18 1037/1 1037/9 1039/22 1039/24 1040/24
**do-it-yourself [3]** 997/8 998/1 1000/11
**Doctor [1]** 981/7
**document [1]** 1040/2
**documents [3]** 992/6 1019/22 1040/1
**does [8]** 976/18 983/12 987/4 1001/10 1002/25 1011/10 1019/9 1021/16
**doesn't [11]** 980/15 986/22 994/5 997/15 997/19 997/19 1013/8 1023/15 1025/7 1038/18 1040/16
**doing [7]** 976/10 976/11 990/9 1000/4 1021/18 1027/5 1035/14
**DOJ [1]** 1002/24
**dollar [1]** 1032/20
**don't [16]** 976/6 979/2 981/18 985/7 985/8 1001/2 1006/4 1009/24 1012/16 1017/1 1023/2 1023/15 1039/6 1039/9 1040/4 1041/10
**done [6]** 974/23 981/22 981/24 1012/3 1025/3 1034/16
**double [2]** 1039/6 1039/11
**down [5]** 982/24 1005/2 1005/3 1017/25 1022/13
**dozens [1]** 1012/15
**DR [20]** 970/4 971/8 971/9 971/14 971/16 971/20 971/23 976/14 976/24 978/8 986/12 990/21 1001/11 1016/16 1018/6 1024/7 1030/5 1030/8 1037/21 1039/15
**draw [24]** 1011/20 1025/1 1025/4 1025/21 1026/6 1026/7 1026/7 1026/8 1026/17 1026/21 1026/24 1027/7 1027/15 1027/16 1027/17 1027/23 1028/4 1028/13

**D**

**draw... [6]**   1028/14 1028/19
  1028/19 1029/4 1029/10 1029/10
**drawn [1]**   1026/22
**drives [1]**   985/14
**duly [1]**   971/12
**during [3]**   980/25 1005/5
  1034/19

**E**

**each [13]**   989/12 998/23 1008/8
  1009/9 1013/24 1014/19 1016/9
  1024/25 1027/14 1027/23 1028/6
  1028/13 1031/19
**earlier [4]**   994/11 1005/21
  1019/8 1033/12 1036/5
**easier [3]**   976/12 1006/2
  1007/17
**easy [2]**   992/18 996/23
**economist [1]**   1021/3
**economists [1]**   1002/23
**edges [1]**   1030/2
**EDWARD [1]**   968/23
**effect [6]**   972/4 973/9 1026/14
  1027/1 1027/3 1029/11
**effectively [2]**   978/5 997/1
**effects [2]**   1021/20 1030/21
**Ehassi [1]**   968/25
**either [3]**   1013/6 1014/25
  1019/14
**else [11]**   974/8 1009/13
  1009/13 1014/20 1033/14
  1033/17 1033/21 1033/24 1034/4
  1034/11 1037/2
**elsewhere [2]**   973/16 1007/22
**emergency [1]**   999/18
**empirical [8]**   979/6 979/9
  989/14 989/16 995/11 996/18
  1002/11 1021/10
**encourage [1]**   1012/6
**encouraging [1]**   1012/22
**end [4]**   993/25 1000/23 1036/20
  1037/7
**enforcing [1]**   1014/18
**enough [11]**   973/19 985/3 985/4
  985/7 985/12 985/16 1006/14
  1006/18 1006/19 1011/20
  1030/23
**entire [8]**   1019/1 1019/25
  1020/7 1020/18 1020/19 1020/19
  1028/21 1030/17
**entirely [5]**   976/2 976/2
  977/25 978/1 1036/7
**equally [1]**   991/11
**especially [1]**   1040/11
**ESQUIRE [12]**   967/18 967/22
  968/2 968/6 968/10 968/15
  968/19 968/23 969/1 969/5
  969/9 969/12
**established [1]**   1002/22
**establishing [1]**   1030/25
**estimates [2]**   1031/10 1040/19
**ET [2]**   967/4 967/8
**evaluate [1]**   972/18
**even [24]**   974/3 975/18 975/19
  977/23 977/24 979/2 982/10
  984/1 984/25 985/9 997/3 999/1
  1005/12 1010/21 1010/24 1011/1
  1011/4 1015/8 1016/12 1017/23
  1022/13 1023/24 1037/14 1040/9
**ever [1]**   997/3

**every [10]**   993/20 1005/2
  1012/7 1013/13 1013/19 1032/16
  1036/14 1037/16 1037/19 1039/9
**everybody [8]**   1033/14 1033/17
  1033/21 1033/24 1034/4 1034/11
  1037/2 1038/5
**everybody's [1]**   1038/7
**everyone [5]**   971/2 1037/15
  1038/3 1038/11 1038/14
**everything [7]**   1006/17 1009/18
  1010/21 1033/8 1036/16 1037/5
  1040/24
**evidence [5]**   975/21 994/15
  996/18 1019/17 1019/20
**EVIDENTIARY [1]**   967/14
**exact [1]**   1004/15 1017/22
  1040/5
**exactly [1]**   1033/8
**examination [3]**   970/5 971/8
  971/18
**examinations [1]**   974/22
**examined [1]**   971/13
**example [10]**   982/22 990/13
  992/23 993/16 993/18 1004/10
  1009/23 1014/25 1017/20
  1020/25
**examples [1]**   987/25
**exceeding [1]**   1016/14
**Excel [1]**   1015/12
**excluding [1]**   1019/4
**exclusive [4]**   976/3 976/5
  978/1 978/7
**exemplars [1]**   1011/20
**exercise [4]**   1001/17 1021/11
  1032/23 1033/14
**existence [2]**   983/12 987/4
**existing [1]**   1015/23
**expect [4]**   974/12 974/13
  975/19 988/20
**expensive [4]**   988/19 988/23
  988/24 992/21
**expert [5]**   977/1 978/12 990/25
  1021/25 1031/4
**experts [2]**   1016/16 1016/21
**explain [5]**   973/18 1006/9
  1008/2 1024/11 1027/10
**explicitly [1]**   1030/22
**extent [10]**   979/17 979/19
  995/14 1002/2 1002/3 1011/19
  1016/8 1021/14 1021/16 1039/2
**extremely [2]**   1012/3 1036/21
**Eye [4]**   968/16 968/20 968/24
  969/2

**F**

**face [1]**   1012/10
**facilities [19]**   975/25 976/6
  977/18 977/24 978/20 978/20
  978/22 979/2 980/22 981/2
  981/23 982/10 982/23 983/10
  983/11 983/13 1029/14 1029/14
  1029/15
**facility [26]**   978/1 978/4
  978/5 979/12 979/13 979/13
  979/15 980/7 980/9 980/11
  980/12 980/12 980/14 980/16
  980/17 980/18 981/4 981/8
  981/10 981/12 981/14 981/17
  982/4 982/11 982/22 984/15
**facing [2]**   1013/14 1013/15
**fact [11]**   980/14 983/22 987/9
  989/1 1012/14 1021/3 1023/15

**factual [1]**   996/16
**fair [2]**   998/3 1013/1
**fairly [3]**   975/19 994/1
  1001/20
**far [10]**   979/13 979/14 1014/19
  1016/11 1016/11 1016/14
  1022/21 1026/2 1029/20 1029/21
**farmer's [1]**   988/9
**farther [6]**   980/2 1026/13
  1026/19 1027/2 1029/11 1029/13
**favor [6]**   1005/11 1006/6
  1026/18 1033/23 1036/22
  1039/12
**FCRR [3]**   969/17 1041/17
  1041/24
**feature [1]**   997/20
**features [1]**   976/13
**FEDERAL [7]**   967/4 967/18
  967/18 967/22 968/2 968/6
  971/7
**feel [2]**   1021/4 1021/5
**few [4]**   978/21 978/21 992/19
  1011/12
**fewer [3]**   976/4 997/16 1012/15
**field [6]**   1012/10 1013/4
  1013/6 1013/20 1014/24 1015/3
**fields [2]**   1014/24 1015/18
**fifth [3]**   1000/19 1000/20
  1001/5
**figure [27]**   973/9 976/15
  976/25 977/1 977/2 977/4 977/6
  977/23 978/11 978/11 978/13
  978/15 990/23 990/24 990/25
  991/2 991/3 1015/13 1021/24
  1021/24 1022/1 1022/4 1022/5
  1023/1 1023/23 1031/12 1031/24
**fill [1]**   1013/8
**filled [5]**   1012/14 1013/4
  1013/4 1013/6 1013/20
**filling [2]**   984/14 1013/11
**finances [1]**   1004/7
**financial [1]**   1004/9
**find [3]**   1005/10 1024/1
  1033/20
**fine [2]**   1006/12 1036/3
**firm [6]**   986/2 1001/24 1001/25
  1009/14 1031/11 1041/3
**firms [21]**   972/17 977/8 986/6
  991/6 991/8 995/16 998/4
  1002/7 1002/8 1007/9 1008/8
  1008/12 1010/23 1011/6 1012/24
  1014/7 1014/8 1014/16 1020/25
  1022/10 1039/18
**first [10]**   967/13 983/15
  983/23 998/14 1000/18 1002/19
  1004/20 1033/22 1034/9 1037/12
**fit [2]**   1023/11 1023/17
**fits [1]**   985/11
**five [8]**   972/25 973/3 986/1
  986/2 988/19 1000/3 1030/17
  1041/2
**five percent [6]**   972/25 973/3
  986/1 986/2 988/19 1000/3
**focus [5]**   989/5 989/18 990/19
  1026/14 1029/16
**focused [4]**   985/2 1026/15
  1027/4 1029/17
**follow [2]**   982/14 1037/21
**following [1]**   1018/24
**follows [2]**   971/13 1024/24

**F**

**food [12]** 984/18 988/4 988/10
992/7 992/8 993/21 993/23
993/24 998/6 1000/23 1001/15
1004/14
**Foods [23]** 969/5 972/5 972/7
972/12 1004/9 1009/23 1010/7
1010/15 1010/24 1014/5 1014/19
1015/5 1015/6 1023/20 1024/25
1025/20 1026/7 1026/22 1029/14
1031/14 1037/1 1037/3 1040/21
**foodservice [9]** 972/6 972/8
972/13 972/16 972/21 975/13
992/3 1000/1 1029/19
**footprint [4]** 983/1 985/4
1019/11 1020/20
**footprints [4]** 982/20 1019/1
1019/15 1023/11
**Foradori [3]** 969/17 1041/17
1041/24
**force [4]** 1012/4 1012/23
1020/23 1020/24
**foregoing [1]** 1041/18
**form [1]** 986/13
**former [1]** 1002/23
**forms [2]** 974/11 985/22
**formula [12]** 1003/4 1003/5
1003/9 1005/20 1006/20 1006/23
1006/24 1007/2 1007/11 1016/20
1017/8 1017/24
**found [5]** 979/21 1006/6
1010/10 1010/21 1017/10
**four [4]** 1023/14 1023/17
1023/24 1036/17
**frankly [2]** 1012/23 1016/9
**frequent [2]** 976/11 976/12
**frequently [1]** 987/18
**front [3]** 990/16 1011/16
1029/3
**FTC [3]** 995/6 1005/5 1034/18
**ftc.com [1]** 967/24
**ftc.gov [3]** 967/20 968/4 968/8
**full [1]** 999/9
**fully [1]** 1039/13
**function [7]** 1003/2 1003/3
1003/6 1006/19 1007/14 1007/23
1033/4
**fundamental [2]** 992/15 1030/20
**fundamentally [1]** 1035/17
**further [2]** 982/15 1005/12

**G**

**gap [1]** 984/14
**GARY [1]** 968/10
**gather [1]** 1014/23
**gave [1]** 987/7
**general [9]** 968/11 984/23
988/21 991/9 999/17 1001/8
1001/18 1003/18 1040/6
**generally [13]** 976/6 977/17
983/3 983/9 990/12 990/18
1000/24 1002/6 1016/10 1017/15
1020/4 1020/23 1022/4
**geographic [19]** 982/20 1018/3
1018/6 1018/9 1018/12 1018/15
1018/17 1018/20 1019/18
1019/21 1021/11 1024/3 1024/7
1024/12 1024/14 1024/16
1027/13 1029/22 1030/16
**geography [1]** 1018/19
**get [45]** 978/5 979/5 979/13

987/19 988/4 982/21 933/3
994/12 994/13 997/5 997/13
999/4 999/18 1002/11 1003/10
1003/13 1005/21 1005/25 1007/4
1007/5 1007/6 1014/12 1017/1
1020/12 1023/6 1023/15 1025/12
1026/20 1028/6 1028/11 1028/12
1029/14 1031/23 1032/15
1032/20 1032/23 1033/10
1033/14 1034/1 1034/23 1035/20
1036/11 1037/9 1037/9 1037/16
**gets [3]** 990/16 992/20 1003/12
**getting [4]** 982/3 998/23
1033/18 1034/5
**ghonick [1]** 968/13
**Giant [1]** 988/24
**GILMAN [1]** 967/22
**give [5]** 987/25 1004/15 1008/6
1015/18 1040/4
**given [5]** 978/19 998/8 1007/11
1017/3 1030/25
**gives [4]** 1013/13 1035/15
1035/15 1035/19
**gmail.com [1]** 969/20
**go [38]** 973/15 973/16 973/16
973/19 973/20 975/10 975/10
975/14 975/15 976/3 979/1
979/12 979/12 991/23 992/21
996/24 997/22 997/22 999/18
1000/22 1004/24 1006/22
1008/22 1012/8 1022/13 1023/12
1023/13 1023/14 1023/18
1027/15 1028/20 1029/23 1030/2
1033/15 1034/23 1037/7 1037/14
1040/11
**goes [9]** 974/7 978/24 985/23
987/7 1007/8 1007/22 1007/22
1021/12 1021/12
**going [28]** 975/10 975/14 980/2
984/6 990/4 991/16 992/17
992/21 993/20 998/23 998/23
1000/3 1000/5 1003/9 1007/8
1010/1 1011/1 1015/11 1016/1
1023/7 1023/11 1023/22 1026/2
1028/2 1028/9 1039/4 1041/4
1041/8
**good [13]** 971/6 971/14 971/15
971/16 971/17 988/2 990/12
993/7 993/16 994/12 1013/12
1033/15 1041/5
**goods [1]** 1004/14
**got [14]** 990/9 994/11 994/12
994/13 994/22 994/22 998/22
1000/1 1005/6 1005/8 1006/15
1019/24 1033/15 1036/25
**GPOs [2]** 975/14 992/3
**gray [16]** 1026/21 1026/23
1027/2 1027/4 1027/7 1027/10
1027/14 1027/17 1028/17
1028/20 1028/21 1028/23 1029/8
1029/24 1030/1 1030/2
**Great [1]** 1016/1
**grocery [10]** 988/3 988/5 988/7
988/11 988/18 988/19 988/22
988/23 989/3 992/22
**gross [10]** 1003/7 1003/11
1003/19 1003/19 1003/24
1004/13 1004/16 1005/1 1005/9
1005/25
**group [16]** 983/24 1001/6
1018/24 1019/14 1020/3 1020/13
1020/14 1021/15 1021/16 1022/7

1023/15 1032/17 1029/1 1039/22
1040/9 1040/10
**groups [3]** 998/8 998/10
1020/12
**grow [3]** 985/12 986/8 1019/10
**growing [1]** 1019/10
**guess [2]** 990/3 997/25
**guidelines [10]** 972/19 1003/24
1004/4 1018/3 1018/15 1030/6
1030/16 1030/18 1030/21
1037/17
**guy [1]** 994/11
**guys [2]** 1033/9 1037/6

**H**

**had [9]** 973/5 985/11 1004/25
1005/5 1010/21 1010/22 1013/23
1015/1 1017/25
**Hale [1]** 1040/4
**half [10]** 973/25 974/3 974/6
980/8 980/11 1000/24 1005/22
1014/4 1022/10 1041/5
**handling [1]** 1033/6
**happen [4]** 988/16 992/11
992/12 992/20
**happening [3]** 984/5 998/17
1021/8
**happens [4]** 972/23 987/17
999/14 999/15
**harm [3]** 972/8 1025/18 1030/24
**harmed [1]** 1026/11
**harms [1]** 1026/16
**has [29]** 978/1 978/6 980/9
980/10 982/3 984/18 984/19
984/20 988/18 991/9 991/14
997/12 997/13 997/16 1003/14
1005/17 1005/22 1006/18
1007/16 1016/23 1017/20
1017/23 1023/10 1025/2 1026/4
1033/2 1037/17 1039/15 1041/3
**HASSI [1]** 968/23
**have [81]**
**having [7]** 971/12 991/15
993/25 1021/13 1023/3 1023/6
1030/1
**he [2]** 1000/2 1022/12
**heads [1]** 1002/23
**healthcare [1]** 975/13
**HEARING [1]** 967/14
**hearings [1]** 974/22
**heart [2]** 985/23 985/24
**heavily [1]** 982/17
**help [4]** 988/1 995/1 1019/9
1023/13
**helped [1]** 993/15
**helpful [3]** 975/1 1015/15
1015/17
**helping [3]** 998/2 998/3 998/4
**helps [1]** 1023/12
**here [24]** 981/1 981/7 988/16
991/22 996/22 999/8 1003/18
1006/17 1008/2 1011/18 1012/21
1026/22 1029/2 1029/8 1029/24
1032/23 1033/22 1034/9 1035/15
1036/19 1037/19 1038/1 1038/18
1039/23
**herein [1]** 971/12
**HERRICK [1]** 969/9
**heterogeneity [1]** 1020/11
**HHI [3]** 1030/23 1037/16
1037/17
**HHIs [3]** 1031/11 1031/12

**HHIs... [1]** 1035/21
**high [6]** 991/15 997/14 1000/23 1000/23 1022/9 1030/23
**higher [2]** 1007/6 1010/24
**his [3]** 1007/21 1008/9 1015/25
**hit [1]** 1029/13
**HONICK [1]** 968/10
**Honor [3]** 971/6 976/16 1025/8
**HONORABLE [1]** 967/14
**horizontal [2]** 972/19 1018/3
**hospitality [1]** 975/13
**hospitals [2]** 992/2 993/19
**hotel [2]** 998/23 1023/19
**hotels [4]** 975/13 992/2 993/17 998/22
**hour [1]** 1041/5
**households [2]** 1000/22 1000/24
**how [46]** 973/8 973/9 979/13 979/14 980/6 986/5 986/10 991/24 994/21 1002/11 1002/16 1002/19 1003/5 1003/16 1003/25 1004/2 1004/12 1004/22 1007/10 1007/11 1007/11 1007/12 1008/3 1008/17 1011/10 1011/16 1013/2 1013/16 1018/9 1023/23 1024/11 1024/17 1028/12 1031/16 1031/19 1032/7 1032/14 1033/9 1033/13 1033/16 1033/17 1034/25 1035/1 1036/16 1038/9 1039/23
**hundred [2]** 1015/1 1023/13
**hundreds [6]** 1011/24 1011/25 1012/16 1012/21 1013/9 1013/17
**hurry [1]** 999/18
**hypothesis [1]** 1011/4
**hypothetical [17]** 972/20 972/24 973/22 974/5 985/25 986/5 989/9 996/14 1001/14 1007/10 1007/12 1008/3 1008/7 1008/12 1017/2 1017/6 1017/11

## I

**I'd [14]** 974/25 975/19 976/14 976/24 977/22 986/12 988/22 988/24 993/25 995/17 1001/11 1007/1 1018/2 1029/14
**I'll [8]** 973/18 990/15 990/17 990/17 995/20 1001/18 1003/9 1029/3
**I'm [41]** 972/4 980/2 981/1 981/25 985/6 985/6 993/5 993/20 996/7 998/23 999/25 1006/11 1009/11 1011/7 1011/17 1014/21 1019/3 1020/22 1023/19 1023/20 1024/18 1024/19 1024/23 1025/9 1025/12 1025/13 1026/6 1026/16 1026/23 1026/25 1027/4 1027/13 1027/19 1028/2 1028/22 1029/16 1029/24 1035/22 1039/6 1039/15 1040/24
**I've [18]** 994/11 994/12 994/13 994/22 994/22 995/5 998/22 1000/1 1000/9 1007/19 1012/23 1013/12 1014/14 1019/8 1025/3 1033/15 1034/16 1037/5
**IAN [1]** 968/19
**ice [1]** 988/13
**idea [9]** 973/6 973/12 998/21 999/3 1001/21 1002/10 1006/14 1008/6 1008/16

**identified [2]** 1008/8 1024/5
**illustrating [2]** 977/7 978/17
**imagine [1]** 994/20
**impact [1]** 987/5
**implement [2]** 1004/22 1005/15
**implementation [4]** 973/6 1004/21 1006/13 1006/14
**implemented [2]** 1006/8 1018/1
**imply [2]** 1005/16 1005/17
**important [6]** 977/25 991/12 991/22 992/10 1019/7 1022/25
**importantly [1]** 999/23
**impose [1]** 1001/14
**imposing [2]** 975/8 975/8
**impression [1]** 1023/3
**in-camera [1]** 1022/4
**include [6]** 1004/21 1019/15 1029/2 1032/25 1036/15 1037/25
**included [9]** 971/24 974/16 986/14 989/8 995/12 996/2 996/13 1020/10 1029/11
**includes [2]** 1010/17 1037/4
**including [8]** 1024/19 1025/12 1025/13 1028/22 1029/24 1034/20 1034/22 1038/22
**increase [10]** 975/9 985/14 986/5 989/6 992/13 996/8 1000/10 1002/6 1008/16 1017/13
**increases [2]** 986/10 986/11
**indicate [5]** 1000/9 1009/15 1012/6 1033/1 1037/6
**indicated [1]** 1001/7
**indicater [1]** 1030/20
**indicates [5]** 979/23 980/17 984/13 1040/4 1040/7
**indicating [4]** 981/3 982/19 985/18 1022/19
**indication [1]** 1040/17
**indications [1]** 1011/12
**indicative [1]** 1023/1
**individual [4]** 986/2 994/6 1038/22 1039/1
**industries [1]** 997/10
**industry [1]** 974/24
**information [7]** 974/17 976/18 989/7 989/11 996/12 1034/22 1039/21
**infrequently [1]** 1023/12
**input [1]** 1004/22
**inputs [2]** 1004/19 1004/21
**inquiry [1]** 985/21
**inside [3]** 1006/15 1022/14 1028/1
**instance [1]** 1040/22
**instead [2]** 976/11 1020/23
**integrated [1]** 985/2
**interact [1]** 1010/2
**interesting [1]** 1011/10
**Interestingly [1]** 1010/16
**internal [1]** 1008/13
**interrupt [1]** 1014/21
**investigation [3]** 980/25 1005/5 1034/19
**investigational [1]** 974/22
**is [296]**
**Isimmons [1]** 968/21
**isn't [6]** 975/3 984/15 1011/9 1015/7 1015/10 1019/1
**isolate [1]** 1015/3
**ISRAEL [9]** 970/4 971/8 971/9 971/11 971/14 971/16 971/20 971/23 976/14 976/24 978/8

986/12 990/21 991/11 1016/16 1018/9 1023/7 1030/5 1030/8 1037/21 1039/15
**issuance [1]** 1020/17
**issue [1]** 1011/9
**issues [4]** 972/3 995/3 1000/6 1016/12
**it [113]**
**it's [110]**
**its [15]** 973/13 978/7 979/1 980/5 984/18 987/8 988/18 988/18 992/14 998/2 1001/22 1012/22 1017/3 1040/20 1041/2
**itself [3]** 986/23 1014/23 1017/17

## J

**Jersey [4]** 967/19 967/23 968/3 968/7
**JOSEPH [1]** 969/5
**jtringali [1]** 969/7
**judge [2]** 967/15 1017/25
**judges [1]** 1007/1
**jump [1]** 1036/19
**just [109]**

## K

**KATRINA [1]** 969/1
**Katz [9]** 1002/23 1005/20 1006/20 1010/9 1016/1 1017/10 1017/16 1017/19 1017/21
**Katz/Shapiro [4]** 1010/9 1016/1 1017/19 1017/21
**keep [6]** 978/9 989/4 990/23 994/1 1003/10 1021/23
**keeping [1]** 977/12
**key [3]** 1002/5 1003/10 1030/24
**kind [4]** 998/1 999/17 1038/6 1039/17
**know [82]**
**known [1]** 985/9
**krobson [1]** 969/3

## L

**L4dori18 [1]** 969/20
**label [3]** 977/20 993/10 994/5
**lack [1]** 1035/2
**laid [2]** 972/19 1003/4
**large [12]** 983/1 992/1 992/3 992/6 992/8 993/4 1012/3 1013/13 1020/16 1020/18 1022/12 1040/7
**largely [1]** 1020/4
**larger [5]** 979/20 992/20 1022/13 1033/21 1033/22
**last [3]** 991/4 992/19 1036/19
**later [1]** 1014/4
**lay [2]** 997/13 1030/22
**leads [1]** 989/17
**least [4]** 979/9 1021/8 1022/8 1025/17
**leave [1]** 1018/18
**less [6]** 974/3 974/13 976/12 1007/16 1008/15 1012/20
**let [7]** 1006/12 1021/11 1034/25 1035/11 1036/13 1036/18 1036/19
**let's [4]** 1036/22 1036/24 1037/2 1037/7
**letting [1]** 1015/12
**level [12]** 1002/20 1003/1 1007/12 1007/14 1011/1 1012/23 1016/11 1016/14 1021/9 1030/22

**L**

**level... [2]**   1038/23 1038/24
**levels [3]**   1030/9 1030/12
1037/16
**Lexington [1]**   969/6
**liability [1]**   1000/6
**life [1]**   988/3
**light [7]**   1027/2 1027/10
1028/21 1028/23 1029/8 1029/24
1030/2
**like [31]**   971/7 976/14 976/24
980/15 986/12 987/19 988/4
988/8 991/10 992/22 993/14
995/18 999/19 1000/20 1001/11
1006/1 1006/4 1007/1 1007/4
1008/21 1008/23 1011/17
1011/18 1012/12 1015/20 1018/2
1020/17 1030/1 1034/21 1037/12
1040/24
**likely [4]**   979/7 991/21
1023/21 1030/20
**limit [2]**   1019/11 1030/1
**limited [2]**   986/22 996/9
**line [6]**   1014/21 1016/13
1022/14 1033/22 1034/9 1037/11
**link [11]**   1009/22 1009/23
1010/5 1010/11 1011/3 1011/5
1011/6 1011/9 1011/10 1011/16
1015/5
**Lisa [3]**   969/17 1041/17
1041/24
**list [1]**   1014/20
**listed [4]**   1014/5 1014/7
1014/16 1015/13
**listing [4]**   995/22 1010/4
1014/19 1015/20
**lists [1]**   1015/6
**literally [3]**   978/6 1013/19
1013/24
**literature [6]**   1002/22 1003/18
1003/23 1006/18 1006/21 1019/8
**little [7]**   980/1 1008/6
1026/13 1027/2 1029/11 1029/13
1039/11
**LLP [7]**   968/15 968/19 968/23
969/1 969/5 969/9 969/12
**local [44]**   975/2 975/10 991/23
994/6 994/7 994/9 994/17
994/19 994/24 995/4 998/9
999/6 999/11 999/12 999/24
1000/10 1005/3 1005/4 1005/14
1009/21 1010/6 1010/11 1011/3
1011/7 1011/8 1016/7 1020/24
1024/5 1024/8 1024/11 1024/14
1024/15 1024/16 1025/10
1025/12 1025/13 1026/16
1026/25 1028/3 1028/10 1028/22
1029/22 1037/2 1041/8
**locality [1]**   1018/23
**located [1]**   1023/9
**locations [5]**   980/24 980/25
981/2 998/18 1020/21
**logic [2]**   973/19 1029/18
**logistic [1]**   999/24
**logistically [1]**   998/24
**long [1]**   1023/5
**look [22]**   979/10 980/10 981/12
984/7 988/22 988/24 989/11
995/21 1008/23 1008/25 1009/1
1012/8 1013/13 1020/2 1020/8
1020/15 1021/13 1021/14

**looked [3]**   979/16 1004/8
1009/4
**looking [12]**   977/8 977/11
993/5 995/14 1009/11 1011/7
1015/22 1020/9 1020/15 1020/18
1027/6 1037/18
**lose [8]**   973/14 995/15 995/16
1002/2 1002/3 1002/7 1009/15
1010/7
**loses [4]**   1001/21 1001/24
1008/9 1008/10
**losing [9]**   995/17 995/22
995/23 1001/25 1002/8 1002/18
1008/25 1009/2 1016/9
**loss [5]**   972/7 1008/23 1025/17
1026/5 1026/11
**losses [4]**   1010/12 1010/22
1011/5 1011/6
**lost [9]**   973/14 973/20 974/1
999/1 1008/13 1009/14 1009/20
1010/7 1015/1
**lot [19]**   988/4 988/7 988/12
992/18 993/6 993/10 993/16
993/17 994/18 1000/6 1004/24
1012/11 1019/8 1020/13 1020/24
1021/14 1022/16 1023/2 1029/14
**lots [3]**   1014/18 1021/15
1021/17
**lower [3]**   1005/7 1005/9
1039/12

**M**

**made [8]**   977/8 978/17 991/5
1021/16 1022/7 1039/2 1040/1
1040/8
**main [2]**   973/5 1009/4
**major [1]**   1038/13
**majority [9]**   979/22 1010/12
1014/12 1022/17 1025/2 1025/22
1026/1 1040/8 1040/10
**make [37]**   975/16 983/4 985/4
989/18 990/7 990/15 990/17
992/6 994/8 999/12 1001/3
1002/16 1005/12 1006/3 1006/5
1010/20 1014/22 1020/2 1020/13
1020/14 1024/14 1025/1 1025/6
1025/22 1026/1 1026/20 1029/3
1029/5 1029/24 1032/5 1032/11
1032/13 1035/7 1038/17 1039/5
1039/12 1039/13
**makes [5]**   977/16 990/10 991/5
1023/18 1031/12
**making [5]**   982/1 1020/4 1020/5
1020/6 1021/14
**mall [4]**   1023/12 1023/13
1023/14 1023/18
**management [4]**   975/13 992/3
994/18 1009/24
**managerial [1]**   995/2
**managerially [1]**   994/21
**managing [1]**   1015/25
**Manassas [1]**   982/22
**many [22]**   974/2 977/17 982/18
987/8 987/8 988/7 994/9 997/10
997/16 1012/13 1012/14 1013/6
1014/8 1018/22 1020/7 1022/18
1023/16 1034/19 1034/20
1034/20 1038/9 1038/15
**margin [27]**   1003/12 1004/10
1004/13 1004/16 1004/19
1004/21 1004/22 1005/4 1005/7

**1005/8 1005/9 1005/10 1005/15
1005/19 1005/25 1006/10
1006/19 1006/23 1007/3 1007/5
1007/14 1007/16 1007/19
1007/23 1008/3 1008/8 1008/10
**marginal [4]**   1003/21 1003/22
1004/2 1004/3
**margins [18]**   992/19 1003/3
1003/3 1003/7 1003/7 1003/10
1003/13 1003/16 1003/19
1003/19 1003/24 1003/25 1004/1
1004/5 1004/25 1005/1 1008/13
1008/15
**mark [6]**   968/2 970/4 971/8
971/11 971/25 976/22
**market [93]**
**markets [10]**   983/18 987/9
988/9 1005/17 1024/7 1024/12
1024/14 1024/16 1030/9 1030/16
**Maryland [1]**   968/10
**match [1]**   1036/8
**material [1]**   980/20
**math [1]**   1007/9
**matter [2]**   1014/10 1041/19
**matters [2]**   1029/20 1029/23
**maximize [1]**   1007/9
**may [4]**   967/6 1022/1 1025/6
1040/6
**maybe [9]**   973/16 988/10 995/17
1000/19 1006/11 1011/17
1015/17 1026/13 1027/3
**MD [1]**   968/12
**Mdavenport [1]**   968/8
**me [32]**   971/2 978/24 980/1
987/23 988/5 989/17 993/14
993/15 993/16 994/8 995/1
996/5 996/25 998/15 999/3
1005/6 1005/8 1006/12 1011/21
1013/13 1013/14 1023/12
1023/25 1034/25 1035/11
1036/10 1036/11 1036/13
1036/18 1036/19 1037/11
1038/17
**mean [68]**   972/3 975/1 975/24
977/6 979/9 980/23 982/17
982/20 983/8 983/15 983/18
983/23 987/7 987/13 987/16
987/17 987/23 988/24 989/11
989/24 991/22 992/4 995/13
996/22 996/23 996/25 998/16
999/13 999/16 1000/8 1001/20
1002/21 1003/18 1005/7 1006/18
1006/19 1008/5 1008/21 1011/21
1011/23 1011/25 1012/2 1012/7
1012/15 1013/19 1014/2 1015/7
1015/8 1015/9 1015/20 1016/6
1016/22 1018/14 1018/16
1019/22 1019/23 1021/12 1022/6
1022/25 1023/4 1023/15 1029/4
1030/13 1032/19 1035/18 1038/3
1038/11 1039/1
**means [12]**   974/6 975/7 988/17
993/20 1003/19 1005/10 1007/3
1007/20 1008/10 1019/2 1023/24
1032/13
**measure [5]**   973/7 973/11
979/24 1004/3 1033/18
**measured [1]**   977/12
**meat [7]**   987/19 987/20 989/2
990/12 990/18 991/14 991/15
**mechanical [1]**   969/24
**meet [3]**   1003/1 1003/2 1007/1

**M**

MEHTA [1]   967/14
MELISSA [1]   968/6
member [2]   1038/22 1039/18
members [4]   1034/20 1034/21
1038/15 1038/16
mentioned [11]   973/5 974/17
975/1 976/1 979/11 985/20
986/13 991/18 1001/12 1016/2
1017/18
mentioning [1]   991/13
menu [5]   984/20 984/21 985/3
993/20 994/2
menus [6]   977/20 993/16 993/18
994/4 998/2 998/5
mere [1]   985/22
merge [1]   1026/9
merger [20]   972/5 972/19
1003/24 1004/4 1012/7 1012/11
1018/3 1021/21 1025/16 1026/4
1030/6 1030/16 1030/18 1030/21
1030/21 1030/23 1031/10
1031/11 1031/13 1031/14
mergers [1]   973/12
merges [1]   1008/12
merging [1]   1031/19
message [1]   999/10
met [1]   1030/25
method [3]   985/2 985/4 1034/23
methodology [6]   972/1 972/18
973/19 987/11 1024/24 1037/23
methods [3]   1032/7 1036/11
1037/12
metric [2]   1004/17 1012/2
Michael [1]   1002/23
middle [1]   1005/25
might [9]   988/1 989/18 991/25
998/10 1012/13 1017/3 1017/6
1026/12 1041/5
milk [2]   990/16 990/17
mind [3]   972/7 989/4 1003/10
minus [5]   1003/21 1003/22
1004/2 1004/3 1004/14
minute [6]   978/17 979/5 979/11
991/3 991/6 991/13
minutes [1]   1041/11
MIRRER [1]   969/12
MIRRER-SINGER [1]   969/12
missing [1]   1040/13
mix [1]   1037/3
mode [1]   981/22
model [12]   978/23 982/19
982/21 982/25 983/3 985/6
985/7 985/11 986/9 993/12
996/23 1000/3
models [1]   985/18
modern [1]   973/11
Mohr [2]   970/5 971/6
monopolist [18]   972/20 972/24
973/22 974/5 985/25 986/6
989/9 996/14 1001/14 1007/10
1007/13 1008/4 1008/7 1008/12
1008/14 1017/2 1017/6 1017/12
more [49]   973/18 973/24 974/12
975/18 976/11 977/17 977/24
980/18 981/22 984/23 988/3
988/19 988/23 988/24 991/7
991/9 991/11 992/20 993/12
995/17 999/23 1002/11 1003/11
1003/20 1003/22 1004/14
1005/17 1005/25 1008/6 1011/4

1012/5 1013/5 1014/4 1016/9
1015/9 1016/9 1020/5 1022/11
1023/5 1023/10 1023/11 1023/23
1023/25 1028/12 1029/4 1029/12
1029/15 1037/18 1040/9
morning [8]   967/13 971/6
971/14 971/15 971/16 971/17
988/17 1041/5
most [12]   975/12 984/12 984/12
988/11 989/16 990/3 992/23
997/16 1011/9 1011/11 1012/24
1023/4
mostly [2]   990/19 1008/5
move [2]   1001/11 1041/8
moving [1]   995/25
Mr [1]   970/5
Mseidman [1]   968/4
much [25]   973/8 973/9 974/7
976/9 980/18 983/3 990/1 990/8
990/19 993/12 997/12 1002/11
1002/16 1003/5 1007/10 1007/11
1007/11 1007/12 1007/21 1011/9
1018/1 1022/19 1032/7 1032/14
1039/24
MUG [10]   1034/21 1036/15
1038/13 1038/16 1039/8 1039/9
1039/10 1039/13 1039/15
1039/16
multi [3]   1019/15 1021/8
1024/2
multi-regional [3]   1019/15
1021/8 1024/2
multiple [3]   1019/25 1039/25
1040/3
multiples [1]   977/17
mutually [2]   1014/18 1037/13
my [33]   973/18 973/24 974/20
977/6 985/11 986/23 988/2
988/17 988/20 988/23 994/12
994/13 995/1 998/23 1000/3
1000/4 1001/7 1003/4 1004/24
1009/8 1013/1 1012/5 1019/16
1021/9 1021/17 1023/23 1024/22
1026/15 1029/6 1030/25 1032/5
1032/11 1040/11
Myers [4]   968/15 968/19 968/23
969/1

**N**

name [1]   1013/11
narrative [2]   1014/24 1015/8
narratives [1]   1015/2
narrow [2]   990/2 990/2
narrower [2]   990/1 990/1
nation [3]   1019/1 1019/25
1020/7
national [88]
nationwide [4]   998/19 1018/22
1019/16 1021/6
natural [3]   1019/6 1041/6
1041/6
naturally [1]   994/17
nature [4]   983/4 998/1 1010/16
1015/21
near [3]   980/14 999/2 1024/25
1028/18
nearby [4]   980/16 980/17 982/4
984/16
nearer [1]   981/17
nearest [3]   979/19 980/3
980/14
nearly [1]   1037/10

need [25]   973/7 984/21 987/20
987/20 987/22 993/3 993/16
993/18 998/24 999/18 999/22
1001/9 1002/20 1007/15 1015/24
1019/24 1021/4 1021/5 1023/17
1023/22 1024/1 1024/17 1025/11
1032/9 1036/8
needed [2]   1008/18 1031/24
needs [10]   977/20 984/22 985/1
985/19 986/7 986/20 992/25
998/6 1008/15 1023/23
network [1]   984/14
nevertheless [1]   981/18
new [7]   967/19 967/23 968/3
968/7 969/6 990/17 1019/10
next [16]   976/10 976/17 978/9
983/4 1018/2 1018/2 1024/3
1027/11 1029/21 1030/5 1030/5
1030/13 1030/17 1031/3 1031/3
1041/9
nine [1]   990/22
no [10]   967/5 978/21 981/16
983/15 1006/12 1008/7 1013/7
1014/15 1019/6 1036/8
non [1]   1039/7
non-DMA [1]   1039/7
none [1]   978/21
north [2]   982/24 1011/4
not [47]   975/10 975/11 975/14
976/9 976/10 979/12 983/15
983/18 985/13 985/17 986/9
987/10 989/1 990/8 994/14
997/1 997/4 997/23 998/1 998/6
1001/23 1001/23 1005/2 1006/11
1008/4 1010/25 1011/23 1012/4
1012/14 1013/3 1014/15 1014/23
1015/1 1017/4 1017/15 1018/19
1019/3 1022/4 1029/25 1032/11
1033/19 1037/6 1037/19 1039/5
1039/15 1040/18 1040/24
note [6]   977/22 983/23 997/18
1019/2 1035/16 1035/16
nothing [2]   1000/9 1014/16
notice [3]   1029/2 1029/7
1029/12
now [6]   984/23 989/18 994/21
1008/13 1014/8 1026/9
number [27]   973/25 977/12
978/18 984/9 991/16 992/4
992/5 1004/16 1005/13 1005/20
1005/21 1014/11 1016/24 1022/8
1022/12 1031/3 1033/15 1034/1
1034/7 1035/12 1035/15 1035/19
1036/12 1036/19 1038/10 1040/5
1040/16
numbers [9]   974/2 1013/12
1022/3 1032/3 1032/17 1034/17
1036/8 1036/14 1039/3
nutrition [1]   998/5
NW [11]   967/19 967/23 968/3
968/7 968/16 968/20 968/24
969/2 969/10 969/13 969/18
NY [1]   969/6

**O**

O'Melveny [4]   968/15 968/19
968/23 969/1
oag.state.md.us [1]   968/13
oath [1]   971/21
objective [1]   996/16
observations [15]   1011/24
1011/25 1012/2 1012/3 1012/15

**O**

**observations...** **[10]** 1012/21
1013/9 1013/10 1013/13 1013/17
1013/18 1013/23 1013/24
1014/13 1014/18
**observe** **[3]** 975/21 989/22
996/20
**obvious** **[3]** 990/3 992/23
1024/15
**occasionally** **[1]** 1011/13
**occur** **[1]** 1038/23
**occurring** **[2]** 973/8 989/15
**occurs** **[2]** 972/13 972/14
**off** **[6]** 972/22 973/1 973/10
973/21 974/5 997/4
**offer** **[10]** 972/5 988/9 990/5
990/12 990/14 990/14 990/18
993/19 993/20 1021/6
**offering** **[3]** 996/6 997/2 998/1
**offers** **[3]** 986/19 988/5 997/3
**Office** **[1]** 968/10
**Official** **[1]** 969/17
**often** **[11]** 981/15 981/16 982/1
990/13 993/17 994/1 997/10
999/16 1011/10 1012/14 1023/12
**okay** **[14]** 971/5 981/5 982/5
1015/14 1018/5 1025/21 1027/25
1028/23 1033/11 1035/6 1035/10
1035/14 1036/3 1041/10
**oldest** **[1]** 990/16
**omitted** **[1]** 1040/18
**omm.com** **[4]** 968/17 968/21
968/25 969/3
**once** **[3]** 989/18 1018/24
1030/15
**one** **[93]**
**one-fifth** **[3]** 1000/19 1000/20
1001/5
**ones** **[3]** 994/24 996/15 1038/16
**only** **[17]** 975/6 975/14 975/15
975/16 981/25 984/2 984/8
991/11 1022/22 1023/4 1023/14
1023/24 1026/16 1026/25 1027/5
1031/23 1032/9
**operation** **[1]** 1000/12
**opinion** **[1]** 1017/23
**opportunities** **[4]** 995/23
1010/7 1010/17 1010/18
**opportunity** **[5]** 1009/12
1009/14 1010/4 1013/7 1015/21
**opposed** **[6]** 993/8 997/14
1001/10 1011/2 1012/15 1022/24
**option** **[3]** 975/3 975/11 975/14
**options** **[4]** 1002/4 1023/16
1023/16 1023/23
**order** **[9]** 983/3 993/7 993/22
993/24 1005/3 1005/18 1026/14
1028/24 1035/7
**organic** **[1]** 990/18
**organization** **[1]** 1034/21
**organize** **[1]** 1021/4
**original** **[2]** 1002/22 1017/10
**other** **[69]** 973/5 973/15 973/16
973/20 974/1 974/4 974/11
974/13 979/9 984/17 988/22
992/23 992/23 993/6 994/17
995/16 995/19 998/4 1002/2
1002/3 1002/4 1002/7 1004/18
1004/20 1004/20 1007/22 1008/8
1009/21 1010/12 1010/22 1011/2
1011/2 1011/6 1011/16 1012/24

1012/25 1014/7 1014/12 1014/14
1016/9 1016/9 1017/9 1017/18
1019/17 1019/19 1021/10
1022/14 1024/4 1024/25 1025/3
1029/15 1031/24 1032/7 1032/9
1032/10 1032/14 1033/5 1033/9
1034/23 1034/24 1036/6 1036/13
1036/15 1036/20 1036/24 1037/8
1037/25 1038/21 1039/18
**others** **[4]** 997/18 1018/22
1036/17 1036/19
**our** **[4]** 976/19 988/4 991/23
1021/14
**out** **[26]** 972/19 973/9 976/17
978/10 979/2 980/7 987/14
990/23 993/9 997/6 997/13
999/17 1003/4 1007/20 1010/19
1015/2 1015/13 1018/18 1021/23
1023/23 1026/2 1029/23 1030/2
1030/22 1031/24 1038/6
**outside** **[4]** 1027/4 1028/20
1029/8 1029/9
**over** **[10]** 1007/4 1007/5 1007/7
1007/7 1010/22 1010/25 1017/24
1017/24 1022/10 1037/17
**overall** **[4]** 983/25 1014/10
1016/4 1017/5
**overlap** **[2]** 1026/6 1026/22
**overlapping** **[4]** 1026/10
1026/17 1026/24 1027/6
**overwhelming** **[1]** 1022/17
**overwhelmingly** **[1]** 999/23
**own** **[5]** 987/8 1000/4 1020/8
1039/3 1039/3

**P**

**page** **[9]** 970/2 976/24 977/5
978/9 978/16 1021/22 1032/3
1033/6 1033/9
**paper** **[6]** 1002/22 1016/17
1016/20 1016/22 1016/23 1017/9
**papers** **[2]** 1016/24 1017/10
**paragraph** **[5]** 977/1 978/12
990/24 1021/25 1031/4
**PARKER** **[1]** 968/15
**part** **[15]** 974/18 974/23 983/18
983/25 987/10 991/11 992/16
1001/17 1008/14 1011/23
1012/25 1019/9 1021/10 1027/8
1027/11
**participant** **[1]** 1000/14
**participants** **[7]** 974/18 974/24
976/19 989/13 991/19 991/20
996/18
**particular** **[11]** 979/17 983/20
984/8 984/17 991/17 995/15
1002/18 1009/3 1013/25 1032/24
1038/10
**particularly** **[4]** 980/20 989/19
1012/17 1036/9
**parties** **[29]** 995/7 995/15
995/21 1002/18 1005/5 1005/11
1006/6 1009/5 1018/25 1020/16
1021/1 1026/19 1031/20 1032/2
1033/9 1033/12 1033/15 1033/23
1034/2 1034/8 1036/6 1036/15
1036/22 1037/9 1037/16 1037/23
1038/12 1039/13 1039/25
**parties'** **[8]** 975/17 992/6
1008/22 1020/8 1029/15 1037/22
1038/2 1038/4
**parts** **[2]** 1002/15 1028/16

**parts...** **[1]** 1036/24
**pass** **[4]** 974/5 1003/14 1006/2
1007/15 1007/18 1017/6
**passed** **[1]** 1007/23
**pattern** **[3]** 1012/17 1014/16
1014/19
**Paul** **[1]** 968/11
**Pause** **[1]** 971/4
**pay** **[1]** 997/23
**peach** **[3]** 988/8 988/12 989/2
**Pennsylvania** **[1]** 982/24
**people** **[17]** 979/11 979/17
986/3 986/4 986/10 987/8
987/17 987/18 988/7 997/7
1000/22 1000/23 1001/8 1010/1
1023/1 1029/15 1037/13
**percent** **[48]** 972/25 973/3
975/17 979/21 986/1 986/2
988/19 1000/3 1000/21 1000/25
1001/1 1001/2 1001/4 1001/5
1004/17 1005/15 1005/19
1005/21 1005/22 1005/24 1006/1
1006/8 1007/4 1007/5 1007/6
1007/7 1007/20 1007/20 1010/22
1011/1 1011/5 1011/15 1014/11
1016/11 1025/4 1025/25 1026/1
1026/17 1027/7 1027/16 1028/4
1034/1 1035/15 1037/10 1037/24
1038/1 1038/4 1038/5
**percentage** **[11]** 973/14 973/15
973/16 993/4 1002/9 1010/25
1022/6 1022/9 1036/25 1040/1
1040/7
**percentages** **[2]** 1014/1 1022/13
**perform** **[4]** 979/5 995/11 999/6
1021/10
**perhaps** **[1]** 992/2
**PETER** **[1]** 969/9
**PFG** **[4]** 1031/15 1039/18
1040/21 1040/21
**PHILIP** **[1]** 969/12
**pick** **[2]** 996/24 997/15
**picking** **[1]** 999/17
**picture** **[2]** 1026/21 1035/5
**piece** **[2]** 1032/9 1034/14
**place** **[6]** 968/11 975/15 982/2
988/4 991/24 1023/18
**Plaintiff** **[1]** 967/18
**Plaintiffs** **[2]** 967/5 970/3
**plan** **[3]** 998/2 998/5 998/5
**players** **[1]** 1038/13
**please** **[8]** 976/17 976/22 978/9
990/21 990/23 1021/22 1021/23
1031/2
**plus** **[4]** 1006/23 1007/4 1007/7
1017/24
**Pmirrir** **[1]** 969/14
**Pmirrir-singer** **[1]** 969/14
**point** **[14]** 973/5 977/7 977/16
977/25 978/17 981/25 982/6
991/5 1016/17 1017/19 1022/25
1029/3 1040/15 1041/6
**pointed** **[1]** 1016/22
**policies** **[1]** 1011/19
**policy** **[1]** 1017/3
**portion** **[6]** 975/18 992/7 992/8
1032/20 1039/7 1040/14
**possibility** **[1]** 984/2
**possible** **[1]** 999/11
**possibly** **[1]** 975/15
**post** **[2]** 1031/10 1031/11
**post-merger** **[2]** 1031/10

**P**

**post-merger... [1]** 1031/11
**potential [2]** 1005/7 1010/2
**potentially [7]** 1016/23
1025/16 1025/17 1026/3 1026/5
1026/8 1028/17
**prepared [1]** 976/15
**present [1]** 1028/24
**presented [1]** 1005/5
**presumed [1]** 1030/23
**presumption [1]** 1030/25
**pretty [9]** 975/24 978/24
989/24 995/5 995/7 996/22
998/15 999/15 1029/13
**previously [1]** 971/12
**price [32]** 973/13 973/22 975/9
979/1 984/1 985/14 985/17
985/20 985/21 986/4 986/10
986/11 989/5 992/13 992/14
994/14 996/8 997/23 1000/10
1001/23 1001/24 1002/6 1003/19
1003/20 1003/22 1004/1 1004/3
1004/13 1007/21 1008/9 1008/16
1020/20
**prices [17]** 972/24 973/3 974/6
985/25 986/2 988/18 1000/2
1001/22 1001/22 1004/12
1007/10 1007/11 1007/13 1008/4
1017/4 1017/4 1017/13
**pricing [2]** 993/8 1004/7
**primarily [1]** 1026/15
**primary [1]** 1033/3
**private [3]** 977/20 993/10
994/4
**probably [6]** 977/24 982/4
988/11 992/5 997/16 1023/25
**problem [1]** 997/11
**problems [1]** 1040/19
**proceed [1]** 971/5
**proceedings [2]** 969/24 1041/19
**proceeds [1]** 1024/24
**process [2]** 1030/13 1030/15
**produce [2]** 994/13 1030/15
**produced [1]** 969/24
**product [28]** 971/25 972/2
972/10 972/17 972/18 973/4
975/19 977/20 983/17 983/18
983/19 986/15 986/24 987/6
987/9 987/12 989/9 990/2
995/12 996/2 996/10 997/8
1001/17 1003/6 1003/21 1016/5
1016/15 1018/17
**productions [1]** 1040/3
**products [35]** 976/3 976/4
977/12 978/5 983/17 987/10
988/6 988/6 988/7 988/18
988/19 988/22 989/12 989/14
990/2 990/3 990/6 990/19
990/20 991/7 991/9 991/12
991/16 991/17 992/15 992/19
993/11 994/16 995/19 996/17
997/5 1003/3 1003/8 1003/11
1017/3
**profit [2]** 1008/10 1008/13
**profitability [1]** 1004/11
**profitable [2]** 1003/11 1008/16
**profits [1]** 1007/9
**propose [1]** 972/15
**proprietary [1]** 976/3
**provide [3]** 972/17 995/1
1029/20

**provided [2]** 1010/13 1016/19
**provides [1]** 994/12
**providing [3]** 976/7 993/11
998/6
**proximity [1]** 980/21
**public [1]** 976/18
**pull [3]** 1009/8 1009/12 1015/2
**pulled [2]** 1009/15 1010/14
**pulling [1]** 1009/18
**purchase [11]** 983/9 983/10
983/11 983/17 987/8 987/10
988/11 988/12 992/2 997/24
1020/4
**purchased [5]** 983/5 983/6
984/19 986/25 987/1
**purchases [4]** 992/7 992/9
993/7 998/17
**purchasing [10]** 979/7 983/12
983/23 984/10 984/10 984/12
987/4 988/13 992/16 997/20
**purposes [3]** 1019/3 1024/23
1025/10
**put [5]** 1013/24 1014/25
1015/12 1025/7 1025/8
**putting [1]** 1040/25
**PX [6]** 976/22 977/1 978/12
990/24 1021/25 1031/4

**Q**

**qualifies [1]** 973/3
**qualify [5]** 985/8 1001/3
1002/13 1005/18 1006/7
**quality [2]** 988/10 991/15
**quantify [1]** 1013/18
**quarter [1]** 1041/11
**question [26]** 972/4 972/6
972/6 972/10 972/11 973/1
978/25 979/1 983/16 983/20
983/20 983/21 985/24 988/15
1000/2 1012/25 1013/1 1018/16
1018/20 1020/2 1027/8 1027/11
1033/7 1033/8 1033/13 1036/5
**questioning [1]** 1014/22
**questions [1]** 1011/21
**quick [6]** 975/6 975/16 983/9
983/24 984/18 985/6
**quickly [1]** 1029/13
**quite [9]** 985/10 986/19 986/20
995/3 996/5 996/6 997/8
1035/19 1036/10

**R**

**radius [1]** 1027/16
**raise [16]** 972/24 973/2 973/13
973/22 974/5 978/25 984/1
985/25 986/2 1000/2 1007/10
1007/13 1008/4 1008/9 1017/4
1017/4
**raised [1]** 988/18
**raises [2]** 1001/22 1007/21
**raising [1]** 992/14
**ran [1]** 999/17
**range [4]** 982/21 988/6 1004/17
1005/25
**rarely [2]** 995/23 997/2
**rather [1]** 985/21
**ratio [3]** 1016/3 1037/22
1038/2
**re [1]** 1014/18
**re-enforcing [1]** 1014/18
**reaching [1]** 996/7
**react [1]** 986/10

**reaction [3]** 988/20 988/21
989/9
**read [1]** 1015/1
**ready [1]** 971/5
**really [66]** 972/11 973/1 973/7
974/10 975/2 975/3 975/5 976/1
977/7 977/23 979/10 982/7
983/24 985/1 986/7 987/10
990/7 993/11 993/14 994/7
994/24 995/3 996/5 997/1 997/4
997/8 998/17 998/22 999/21
1000/3 1001/3 1001/3 1002/10
1002/15 1005/13 1009/17 1010/5
1010/18 1010/18 1011/7 1011/9
1011/11 1012/16 1014/16 1015/7
1015/8 1016/23 1016/25 1016/25
1017/13 1018/16 1018/19
1022/25 1024/13 1024/16
1024/21 1026/15 1026/16 1027/5
1029/18 1030/13 1030/24
1032/22 1033/7 1033/14 1037/18
**reason [6]** 1001/24 1019/7
1028/14 1032/3 1036/8 1040/23
**reasonably [1]** 1029/25
**reasons [3]** 986/9 1019/13
1021/7
**rebuttal [1]** 1021/25
**recall [1]** 1000/21
**recap [1]** 972/1
**recapture [1]** 1008/15
**RECESS [1]** 1041/14
**reconvene [1]** 1041/11
**record [7]** 989/21 996/19
1000/14 1000/16 1012/9 1012/20
1041/18
**recorded [2]** 969/24 1013/2
**records [4]** 1008/22 1009/7
1009/13 1009/15
**recurring [1]** 992/4
**refer [1]** 1004/10
**referencing [2]** 1000/13 1022/3
**refers [1]** 1003/18
**reflected [3]** 982/17 992/5
1039/3
**reflects [1]** 1034/7
**regard [1]** 982/14
**region [1]** 1023/5
**regional [11]** 998/19 1009/10
1009/10 1018/23 1019/15 1021/3
1021/4 1021/8 1024/2 1039/17
1039/18
**regions [5]** 1019/5 1020/1
1020/7 1020/18 1023/8
**regular [1]** 976/10
**reinforcing [1]** 1037/13
**related [1]** 1008/3
**relates [1]** 1016/5
**relationship [4]** 1006/10
1009/24 1015/23 1015/24
**Relative [1]** 979/14
**relatively [2]** 974/13 1001/5
**relevant [22]** 971/25 974/16
978/24 985/21 986/15 986/23
987/11 989/9 995/12 996/2
996/10 996/14 1000/2 1016/10
1016/18 1018/11 1018/19
1019/18 1019/21 1023/4 1024/20
1030/9
**reliable [1]** 1014/15
**relied [1]** 1039/23
**rely [4]** 1034/18 1037/13
1038/10 1040/23

**R**

**remaining [2]**  1001/2 1001/4
**remains [1]**  996/10
**remember [3]**  983/16 992/12
  1037/17
**remembering [1]**  1011/7
**remote [2]**  980/18 981/22
**rep [1]**  979/2
**replace [1]**  994/19
**replacing [1]**  1001/10
**replicate [1]**  999/4
**report [18]**  973/24 974/3 977/1
  977/7 977/21 978/12 979/10
  990/25 1003/4 1004/1 1004/15
  1004/16 1009/3 1012/5 1014/3
  1021/25 1031/5 1037/13
**reported [1]**  1011/5
**Reporter [2]**  969/17 969/17
**reporting [4]**  1004/6 1005/1
  1008/24 1011/14
**reportings [2]**  1004/9 1004/9
**reports [1]**  1004/24
**representative [1]**  994/25
**represented [1]**  1039/24
**represents [1]**  1028/23
**reps [3]**  976/7 978/19 978/21
**request [1]**  1009/6
**require [3]**  1000/12 1020/7
  1022/22
**required [1]**  1003/1
**requires [1]**  985/3
**reset [1]**  972/3
**response [11]**  979/8 986/4
  986/22 991/21 992/13 998/11
  1002/6 1002/6 1009/6 1009/19
  1038/14
**rest [3]**  1001/1 1033/18
  1034/17
**restaurant [7]**  983/24 985/6
  994/7 994/19 995/2 1000/1
  1000/10
**restaurants [12]**  975/6 975/16
  976/2 976/4 976/5 976/13 983/9
  994/9 994/17 994/24 998/4
  999/12
**results [5]**  1029/6 1032/5
  1032/11 1035/8 1035/17
**resume [2]**  971/7 971/25
**Resumed [1]**  970/4
**retail [3]**  997/7 997/11 997/11
**revenue [28]**  975/17 1020/13
  1020/14 1021/14 1021/15
  1021/19 1022/7 1022/10 1022/17
  1031/22 1031/25 1032/2 1032/2
  1032/17 1033/1 1033/2 1033/2
  1033/10 1033/17 1034/22
  1034/24 1036/23 1038/7 1040/8
  1040/10 1040/11 1040/24 1041/1
**revenues [3]**  1031/19 1041/2
  1041/3
**review [6]**  974/18 975/21
  989/21 996/19 1000/14 1001/8
**reviewed [3]**  974/20 991/18
  999/10
**reviewing [1]**  999/9
**RFP [18]**  1009/5 1009/10
  1009/16 1010/11 1010/13
  1010/13 1020/18 1033/11
  1033/13 1034/3 1034/10 1035/18
  1035/20 1035/23 1036/7 1036/8
  1038/18 1040/16

**RFPs [1]**  1009/25
**RICHARD [1]**  968/15
**right [40]**  971/9 978/25 979/4
  981/25 986/12 988/16 988/23
  988/24 990/2 990/8 990/21
  993/18 997/12 1001/11 1001/25
  1002/21 1004/3 1004/5 1006/4
  1007/24 1008/10 1008/25
  1011/24 1014/8 1014/9 1015/10
  1018/2 1018/19 1022/21 1024/3
  1024/19 1025/16 1028/7 1028/16
  1029/1 1031/2 1032/11 1032/22
  1036/9 1038/2
**rigorous [1]**  1005/13
**rise [1]**  1041/13
**ROBSON [1]**  969/1
**Room [1]**  969/18
**rotation [1]**  990/15
**roughly [6]**  980/7 980/11
  1000/21 1014/4 1033/24 1034/10
**row [2]**  1035/15 1036/19
**rows [1]**  1035/4
**Rparker [1]**  968/17
**RPR [3]**  969/17 1041/17 1041/24
**run [3]**  995/1 999/12 999/25

**S**

**Safeway [1]**  988/24
**said [12]**  981/8 981/16 991/10
  998/16 1002/5 1005/21 1011/8
  1019/8 1019/23 1035/12 1036/22
  1040/23
**sale [2]**  1039/2 1039/3
**sales [42]**  973/14 973/15
  973/20 975/9 976/7 978/18
  978/21 979/1 979/2 979/3
  983/25 994/25 1001/21 1001/24
  1001/25 1002/2 1002/3 1008/9
  1008/11 1010/1 1012/4 1012/23
  1020/23 1020/24 1025/2 1025/23
  1026/1 1026/2 1031/19 1032/10
  1033/25 1037/14 1037/24 1038/1
  1038/22 1038/23 1039/13
  1039/24 1040/1 1040/12 1040/22
  1041/2
**Salesforce.com [1]**  1012/12
**salespeople [7]**  995/22 1008/23
  1012/7 1012/9 1012/9 1012/19
  1013/14
**salesperson [4]**  1011/13 1013/8
  1013/10 1015/24
**same [23]**  979/14 983/1 983/16
  983/19 984/21 988/25 989/3
  989/11 991/8 992/25 996/15
  999/1 1018/1 1023/19 1025/20
  1027/16 1028/4 1032/15 1033/24
  1035/20 1036/12 1036/25 1038/3
**sample [2]**  1012/3 1013/13
**saw [2]**  983/8 991/3
**say [45]**  974/25 975/13 975/16
  981/7 987/18 989/25 993/8
  994/11 994/21 995/5 998/22
  999/13 999/23 1000/8 1001/21
  1004/4 1004/20 1005/24 1007/6
  1011/13 1012/11 1013/4 1013/14
  1013/20 1013/23 1018/15
  1022/11 1022/23 1023/3 1023/14
  1025/19 1026/12 1027/18 1028/1
  1033/16 1033/23 1034/2 1037/7
  1037/15 1037/17 1037/23
  1037/24 1038/3 1040/1 1040/21
**saying [9]**  974/11 991/24

**says [8]**  1000/18 1000/21
  1000/25 1001/1 1002/9 1002/9
  1006/23 1022/9
**schedule [1]**  976/12
**screen [1]**  1010/19
**second [2]**  971/3 1009/6
**section [2]**  1028/11 1030/17
**see [46]**  977/2 977/23 978/12
  978/20 981/22 982/12 984/7
  984/11 984/24 985/5 990/13
  990/25 993/1 994/7 995/7
  995/20 995/23 996/23 996/25
  997/10 997/15 997/21 998/24
  1002/13 1002/17 1002/20 1004/5
  1008/18 1009/14 1011/12
  1011/13 1014/3 1014/5 1014/18
  1020/17 1020/20 1020/22
  1024/20 1020/25 1022/1 1022/22
  1028/20 1029/10 1031/7 1034/13
  1036/18
**seem [1]**  980/15
**seen [8]**  995/5 1000/9 1012/13
  1012/24 1013/12 1019/8 1037/5
  1037/5
**segment [3]**  996/6 1000/19
  1001/6
**SEIDMAN [1]**  968/2
**select [1]**  1003/16
**selecting [1]**  1022/23
**sell [2]**  978/6 1032/13
**selling [5]**  1003/20 1003/22
  1004/13 1032/8 1032/15
**sells [1]**  1000/22
**sense [10]**  989/18 990/7 994/8
  997/2 997/6 1003/12 1019/23
  1020/12 1023/19 1026/18
**sensitive [1]**  1032/12
**separate [3]**  977/9 977/10
  991/8
**separately [2]**  998/10 1039/10
**separation [1]**  994/15
**serve [10]**  976/1 982/15 985/1
  1023/8 1023/23 1024/1 1024/20
  1028/24 1033/4 1039/19
**served [6]**  979/17 979/19
  979/22 1019/17 1019/20 1020/23
**serves [4]**  986/20 987/20
  988/25 992/24
**service [18]**  975/6 975/16
  976/8 979/13 982/3 983/9
  983/24 984/18 985/6 986/19
  990/5 990/20 993/23 1009/12
  1021/6 1022/20 1025/23 1029/21
**services [13]**  978/4 979/7
  983/6 983/7 987/1 987/2 987/15
  987/15 995/1 998/2 998/7
  1001/15 1020/6
**serving [9]**  977/19 985/18
  987/22 989/3 992/3 999/22
  1025/24 1032/1 1032/25
**SESSION [1]**  967/13
**set [19]**  985/3 990/1 990/1
  990/2 990/19 990/20 993/21
  999/9 1014/10 1019/12 1024/4
  1024/18 1024/20 1024/21
  1026/25 1027/12 1028/2 1028/21
  1033/25
**sets [1]**  1002/25
**setting [1]**  1007/9
**seven [1]**  1023/19

several [2] 1001/12 1032/3
Shapiro [9] 1002/23 1005/20
1006/20 1010/9 1016/1 1017/11
1017/16 1017/19 1017/21
share [4] 1031/10 1034/1
1037/9 1037/10
shares [16] 1019/3 1019/16
1028/9 1028/11 1029/4 1030/6
1030/8 1030/11 1030/18 1031/16
1031/23 1038/8 1039/5 1039/12
1041/1 1041/9
sharp [1] 996/22
shop [1] 997/7
shops [1] 988/13
should [16] 971/24 974/16
976/21 986/14 989/8 995/5
995/12 996/1 996/13 1002/5
1004/20 1018/18 1019/2 1024/14
1026/12 1040/4
show [5] 974/2 994/22 1011/11
1012/17 1025/7
showing [1] 995/24
shown [2] 1006/18 1017/5
shows [2] 1033/8 1033/21
side [6] 994/3 994/6 999/11
1010/11 1010/11 1010/21
sides [2] 974/21 1009/21
sign [2] 992/21 997/23
SIMMONS [1] 968/19
Simpson [3] 969/5 969/9 969/12
since [8] 1002/25 1011/11
1016/23 1017/5 1022/4 1028/14
1036/20 1039/4
singer [2] 969/12 969/14
single [1] 1039/9
situation [1] 1001/22
situations [6] 1008/24 1009/2
1009/7 1009/19 1016/8 1017/15
six [6] 1034/17 1035/5 1035/9
1036/14 1036/19 1037/21
size [5] 1006/10 1015/21
1033/24 1033/25 1034/15
sizes [2] 985/19 1029/5
skewed [1] 1036/24
SKUs [6] 977/17 977/18 977/23
977/25 990/1 997/16
slash [1] 1009/16
slide [4] 976/17 990/22
1024/10 1031/3
slightly [8] 1005/8 1005/9
1013/5 1032/6 1033/21 1033/22
1034/4 1034/11
sliver [3] 975/20 984/3 984/5
small [15] 975/9 975/18 975/20
975/20 983/25 984/2 984/9
985/16 986/3 990/8 1000/10
1001/2 1001/5 1037/14 1040/14
smaller [7] 990/19 990/19
991/16 1003/12 1003/13 1005/9
1037/9
smallest [1] 1040/13
so [186]
sold [2] 990/16 1004/14
solid [1] 1034/3
some [40] 973/15 975/2 976/13
983/9 983/11 984/6 984/6
987/16 988/12 989/1 993/3
997/3 999/19 1000/8 1000/16
1001/19 1003/24 1005/1 1008/9
1010/17 1011/14 1013/7 1015/18

1015/19 1017/26 1018/20
1019/24 1019/25 1021/6 1026/5
1026/14 1027/3 1027/3 1029/9 1029/10
1029/12 1029/13 1029/14
1031/18 1032/4 1035/11
somebody [6] 978/3 989/5
994/12 994/13 998/23 1027/2
someone [1] 1024/2
something [14] 990/9 990/12
990/14 993/11 999/17 999/18
999/20 1000/20 1005/8 1005/25
1007/6 1009/23 1015/9 1025/6
soon [2] 979/25 985/16
sorry [5] 971/2 1014/21 1025/9
1027/19 1035/22
sort [25] 976/10 976/11 985/6
987/24 996/16 997/19 998/1
998/4 999/9 999/19 1000/11
1001/4 1004/21 1008/25 1009/7
1012/8 1012/25 1013/1 1013/12
1014/9 1018/14 1025/23 1028/17
1030/24 1033/5
sorts [1] 1014/14
sounds [2] 1011/17 1011/18
source [5] 980/20 1009/21
1009/23 1035/18 1036/7
sources [6] 996/12 1008/19
1009/4 1016/2 1038/9 1040/17
speak [1] 1040/6
special [2] 1017/2 1017/15
speciality [7] 987/1 990/7
993/2 993/13 993/25 995/24
999/19
specialize [1] 990/1
specialized [1] 991/17
specializes [1] 991/14
specialty [28] 974/10 986/14
986/18 986/21 987/5 987/16
987/19 987/21 989/8 989/19
989/23 989/25 990/11 991/4
991/7 991/12 991/14 991/21
993/9 993/25 994/5 994/10
994/20 995/3 995/9 995/12
1011/10 1011/12
specific [8] 988/10 990/20
1000/13 1003/16 1014/24 1022/3
1024/16 1032/12
specification [2] 1009/6
1009/19
specifying [1] 1039/21
spend [2] 998/3 1003/24
split [1] 1000/17
splits [2] 1040/20 1041/1
splitting [1] 993/9
SSNIP [18] 972/25 973/23 974/8
975/8 978/25 979/8 985/23
986/22 988/16 991/21 992/11
998/11 1001/14 1003/2 1003/14
1006/14 1007/15 1007/18
St [1] 968/11
stable [2] 1029/6 1032/6
stack [1] 997/14
staff [1] 1009/8
stand [1] 989/2
standard [2] 1002/15 1030/22
stands [2] 988/8 988/12
start [5] 974/9 991/25 1001/19
1025/5 1025/9
statements [2] 1020/8 1020/16
STATES [1] 967/1 967/15
stay [8] 1002/12 1002/17
1003/5 1003/14 1005/17 1005/22

1006/1 1008/16 93
stays [9] 974/6 974/7 1006/15
stblaw.com [2] 969/7 969/14
stenography [1] 969/24
step [10] 971/9 1006/13 1018/2
1025/14 1030/5 1030/13 1030/15
1030/17 1030/24 1031/23
STEPHEN [1] 967/18
stepping [1] 1018/14
steps [2] 1024/22 1025/11
Steven [1] 971/6
stick [1] 1027/16
still [4] 971/20 1012/18
1017/11 1037/9
stock [1] 977/12
stopping [1] 1041/6
store [22] 988/3 988/5 988/18
988/20 988/23 989/4 990/15
992/22 996/24 996/25 997/7
997/11 997/12 997/22 997/23
998/24 999/2 999/13 999/19
999/20 999/21 1000/5
stores [9] 985/7 988/7 988/11
988/23 996/1 996/13 996/21
1000/15 1023/14
story [3] 985/17 991/11 1032/6
straight [1] 977/6
straightforward [3] 975/25
989/24 998/16
strategy [1] 990/6
Street [6] 968/16 968/20
968/24 969/2 969/10 969/13
strong [1] 979/25
struck [1] 993/14
stuff [11] 978/7 983/1 987/23
987/24 989/9 990/8 990/18
994/5 997/12 997/13 998/24
sub [1] 1019/12
sub-set [1] 1019/12
submitted [8] 980/24 1009/5
1009/18 1034/18 1036/23
1038/12 1038/14 1040/1
subsequent [3] 1006/21 1017/10
1036/1
substantially [5] 977/16
977/17 982/11 991/7 991/9
substitute [6] 974/12 979/7
989/3 991/21 998/10 999/7
substitution [17] 975/20
979/25 979/25 980/3 980/13
980/18 982/7 983/20 985/14
985/17 985/20 985/21 986/21
992/16 992/19 994/14 996/8
successfully [1] 1012/22
such [7] 974/12 986/22 996/6
996/9 998/6 1015/8 1026/7
sufficient [1] 974/4
suggesting [1] 1016/17
suggests [1] 1021/5
supplement [1] 1001/9
supports [1] 1021/9
suppose [1] 988/17
sure [33] 972/3 976/20 977/6
982/17 990/15 990/17 993/2
998/15 999/8 1001/18 1005/13
1006/3 1006/5 1010/20 1014/22
1020/3 1024/6 1024/13 1025/6
1027/11 1029/6 1029/24 1030/7
1031/6 1031/18 1032/5 1032/11
1032/13 1035/7 1038/17 1039/5
1039/13 1039/15
sweissman [1] 967/20

**S**

**switch [4]**   981/18 984/2 986/3
993/25
**switched [1]**   985/9
**switching [4]**   980/15 981/14
985/22 986/7
**sworn [1]**   971/12
**SYGMA [7]**   980/5 980/7 980/9
980/10 980/11 984/11 1010/18
**symmetric [1]**   1017/13
**SYSCO [30]**   967/8 968/15 972/5
972/12 979/16 979/19 981/1
981/9 981/9 981/11 984/7 984/9
991/13 1004/9 1004/10 1010/14
1010/17 1010/21 1014/6 1014/11
1014/19 1023/20 1024/25
1025/20 1026/7 1026/22 1029/14
1031/14 1037/1 1037/3
**Sysco's [6]**   972/8 980/5 980/6
980/10 981/12 981/25
**system [3]**   978/5 982/11 984/15
**systems [54]**   971/24 974/10
974/15 975/1 975/2 975/11
975/14 975/15 975/22 975/25
976/6 977/9 977/10 977/14
977/24 978/4 978/20 978/21
979/2 979/8 979/15 980/5
980/14 980/16 980/18 981/2
981/14 981/17 981/21 982/1
982/3 982/4 982/7 982/8 982/15
982/18 982/19 983/6 983/10
983/13 984/2 984/6 984/25
985/1 985/7 985/10 985/11
985/12 985/15 985/17 991/5
991/10 1010/18 1011/8

**T**

**table [3]**   1031/4 1031/7 1031/9
**tabulate [1]**   1013/21
**tabulation [1]**   1015/4
**tailored [1]**   976/1
**take [13]**   993/23 1000/4
1000/11 1004/2 1006/13 1011/21
1013/16 1024/24 1025/19 1036/5
1036/23 1037/8 1041/10
**taken [3]**   972/25 977/6 1031/3
**takes [1]**   1025/19
**taking [4]**   981/4 1015/11
1038/4 1038/7
**talk [20]**   973/24 975/18 977/21
989/16 992/18 993/6 993/10
993/14 994/24 995/17 995/18
995/20 999/24 1004/6 1004/6
1004/16 1014/4 1029/3 1029/9
1035/21
**talked [14]**   992/18 993/15
994/10 994/18 995/13 1000/6
1001/19 1006/16 1008/17 1014/1
1030/14 1031/18 1032/4 1033/11
**talking [21]**   974/9 974/9 981/1
981/8 994/14 996/15 999/8
1001/6 1004/7 1004/11 1004/12
1006/17 1011/15 1011/23 1014/9
1015/6 1016/13 1024/18 1024/24
1031/25 1040/9
**talks [2]**   1000/16 1003/23
**targeted [2]**   998/9 1024/4
**task [1]**   1000/4
**taught [1]**   990/6
**Tax [1]**   1017/22
**teach [1]**   987/24

**technical [1]**   1006/20
**tell [11]**   1034/5
**tells [1]**   1013/14
**ten [9]**   994/22 994/22 1005/15
1005/19 1005/22 1006/8 1022/22
1040/9 1040/9
**ten percent [1]**   1005/15
1005/19 1006/8
**tend [10]**   976/4 976/9 976/9
982/15 990/4 990/5 1000/15
1005/10 1037/6 1039/11
**tended [1]**   999/21
**tends [2]**   976/4 982/19
**tens [1]**   1013/16
**terms [2]**   1001/18 1035/21
**test [56]**   974/8 976/6 983/19
985/23 986/9 989/10 995/11
995/14 996/14 1001/12 1001/16
1001/20 1001/21 1002/1 1002/5
1002/9 1002/10 1002/19 1002/21
1002/25 1003/2 1003/2 1003/15
1004/18 1004/22 1004/23
1005/15 1006/2 1006/5 1006/7
1006/14 1007/15 1007/18
1007/23 1009/4 1010/9 1011/3
1016/2 1016/4 1016/18 1016/23
1016/25 1016/25 1017/1 1017/6
1017/11 1017/11 1017/14
1017/14 1017/16 1017/19
1017/21 1017/22 1017/25
1036/11 1039/22
**testified [1]**   971/13
**testify [2]**   985/6 994/9
**testifying [1]**   971/23
**testimony [35]**   974/18 974/21
974/23 974/25 974/25 982/18
982/18 984/24 987/18 989/13
989/20 990/13 991/18 991/19
992/5 993/1 993/15 994/8 995/4
995/8 996/17 996/25 997/21
999/10 999/16 1000/9 1000/13
1000/16 1000/21 1001/8 1019/23
1020/9 1020/15 1029/20 1039/16
**Thacher [3]**   969/5 969/9 969/12
**than [25]**   974/13 980/2 980/12
981/17 982/2 982/16 985/21
991/7 993/12 1005/9 1005/12
1006/1 1012/15 1013/5 1014/19
1020/5 1022/11 1022/20 1023/5
1033/21 1034/4 1034/11 1035/18
1037/18 1040/9
**Thank [4]**   1007/24 1015/14
1025/8 1041/11
**that [435]**
**that's [85]**
**their [47]**   977/13 977/14
980/12 980/15 981/17 992/7
992/8 993/7 993/12 993/19
995/22 995/23 998/5 998/5
998/6 998/17 998/18 1001/10
1003/12 1004/7 1004/7 1004/12
1004/17 1004/22 1009/1 1010/1
1010/2 1010/18 1012/6 1017/4
1018/25 1020/19 1020/21 1025/2
1025/22 1025/23 1026/1 1026/2
1031/21 1033/1 1033/10 1034/22
1035/13 1037/24 1038/21 1039/3
1039/3
**them [40]**   974/12 975/3 978/6
979/14 980/12 980/15 981/17
982/11 993/8 993/9 994/9 997/6
998/20 1008/9 1008/15 1010/1

**technical [1]**   1006/20
**theirs [1]**   1018/22
**them [1]**   1019/2 1020/24
1023/4 1023/14 1023/22 1025/1
1025/18 1025/21 1026/10
1026/14 1027/4 1027/15 1028/18
1029/5 1030/3 1032/13 1034/22
1035/11 1035/13
**theme [2]**   984/23 992/4
**themselves [2]**   1003/24 1021/5
**then [33]**   973/3 973/20 981/3
982/7 984/4 997/25 1000/20
1001/4 1001/11 1002/13 1002/17
1003/13 1004/18 1005/22
1006/15 1007/22 1009/12
1013/25 1014/7 1014/24 1015/3
1016/1 1023/7 1024/19 1025/12
1026/3 1027/10 1027/11 1033/5
1034/9 1038/13 1039/6 1040/11
**there [59]**   973/9 974/10 975/18
982/7 983/8 983/22 984/11
984/15 985/5 985/13 985/20
986/5 987/14 987/14 987/17
988/4 988/8 988/15 988/16
992/5 993/5 994/7 995/8 995/24
996/8 997/3 999/1 999/10
999/11 1000/10 1000/16 1002/5
1004/13 1009/9 1011/8 1011/24
1011/25 1012/1 1012/1 1013/6
1014/7 1014/17 1015/7 1015/9
1019/1 1019/5 1023/16 1026/19
1026/25 1027/3 1029/8 1033/5
1035/1 1036/20 1037/22 1038/10
1038/14 1039/10 1039/11
**there's [45]**   977/16 978/21
979/25 980/11 980/13 980/14
981/17 982/1 982/11 982/18
982/21 984/8 984/9 985/9
985/14 987/9 987/11 989/12
989/13 989/14 997/4 999/20
1004/24 1006/3 1006/19 1008/7
1014/5 1015/3 1015/22 1016/22
1020/11 1023/7 1023/13 1023/15
1024/13 1024/17 1025/17 1026/4
1026/14 1032/3 1032/25 1035/4
1036/8 1039/25 1040/2
**therefore [3]**   972/21 986/21
1023/17
**Thereupon [1]**   971/10
**these [39]**   974/11 975/15
975/24 976/1 976/8 976/12
977/13 977/24 983/9 986/6
991/6 994/9 995/19 1008/8
1008/12 1013/12 1014/14
1014/17 1016/6 1016/8 1019/25
1020/11 1020/22 1021/4 1022/15
1026/17 1027/6 1029/4 1029/17
1031/10 1031/12 1032/1 1035/17
1036/13 1036/14 1036/16 1037/6
1039/5 1039/17
**they [99]**
**they'll [1]**   994/11
**they're [38]**   975/10 976/7
976/10 976/11 980/15 982/3
982/23 984/12 984/14 988/13
990/12 991/8 991/24 995/16
998/19 999/15 999/19 1002/7
1004/6 1004/7 1005/1 1008/14
1008/24 1009/2 1013/15 1014/15
1015/22 1015/25 1018/19 1019/5
1020/6 1020/9 1023/22 1023/24
1026/6 1028/5 1037/2 1037/12
**thing [30]**   977/22 979/16 982/8

**T**

**thing... [27]** 982/9 983/23
984/7 985/5 990/3 992/23 993/6
994/17 996/11 997/9 1000/18
1003/10 1004/5 1004/25 1004/25
1011/10 1019/8 1020/7 1020/20
1021/12 1029/2 1029/7 1029/12
1029/18 1031/24 1036/13 1039/4
**things [17]** 977/21 983/4
983/19 987/16 988/8 988/12
993/3 993/15 994/7 996/24
999/4 1006/4 1008/23 1015/23
1017/7 1019/3 1020/17
**think [67]** 972/20 974/9 975/7
975/25 979/24 980/5 983/22
984/8 987/13 987/23 988/1
988/2 988/2 988/11 988/20
988/21 989/4 989/24 990/18
991/11 991/14 991/22 991/24
992/1 992/10 992/10 992/11
992/18 992/23 994/3 994/6
995/2 995/13 995/17 995/18
996/22 998/5 1000/25 1003/10
1003/25 1006/16 1008/5 1011/7
1011/22 1016/6 1017/23 1018/14
1019/7 1019/23 1021/18 1022/25
1023/3 1024/2 1024/17 1025/11
1025/15 1026/12 1026/19
1034/19 1035/16 1037/4 1037/5
1038/14 1039/24 1040/3 1040/3
1040/14
**thinking [11]** 975/8 981/21
992/12 992/13 1003/25 1016/13
1017/12 1018/15 1019/13
1024/13 1032/14
**third [4]** 997/25 1013/4 1013/5
1013/10
**this [111]**
**those [50]** 973/13 973/14
973/20 976/13 977/25 979/3
980/8 984/12 986/9 988/21
989/19 990/5 991/12 997/15
998/10 999/2 1002/8 1008/11
1008/13 1008/14 1009/19
1009/25 1010/8 1010/10 1010/19
1011/21 1012/13 1012/17 1013/6
1013/11 1013/14 1013/21
1019/13 1021/7 1022/21 1023/8
1024/15 1025/22 1026/6 1026/10
1026/23 1027/12 1028/3 1028/13
1033/20 1034/3 1036/8 1036/17
1038/16 1041/3
**though [3]** 987/13 990/4 1029/7
**thought [1]** 1019/22
**thousand [1]** 1015/2
**thousands [7]** 1011/24 1011/25
1012/16 1012/21 1013/9 1013/17
1013/17
**three [1]** 1023/24
**through [17]** 973/19 974/20
982/24 992/3 992/7 997/24
1004/24 1006/22 1007/8 1015/11
1016/12 1020/15 1034/17 1035/5
1036/14 1038/23 1039/2
**throughout [2]** 984/24 996/7
**tight [1]** 980/13
**tighter [1]** 983/3
**tightly [3]** 985/1 985/2
1029/16
**time [10]** 979/22 983/18 998/4
1003/25 1008/22 1009/9 1011/15

**times [1]** 1001/23
**titled [1]** 1041/19
**today [6]** 972/23 973/8 973/14
986/1 986/4 1008/8
**together [8]** 1008/13 1009/9
1009/12 1009/16 1009/18
1010/14 1018/24 1039/19
**too [3]** 985/16 1017/1 1026/2
**took [2]** 1013/24 1035/12
**tool [4]** 1009/24 1012/4 1012/5
1012/12
**top [3]** 1040/2 1040/8 1040/9
**total [5]** 1032/2 1032/20
1033/10 1034/6 1038/7
**towards [3]** 1028/9 1032/12
1036/24
**town [1]** 994/11
**track [2]** 1010/1 1015/24
**TRADE [7]** 967/4 967/18 967/18
967/22 968/2 968/6 971/7
**transaction [2]** 1027/1 1032/24
**transactions [1]** 981/3
**transcript [3]** 967/14 969/24
1041/18
**transcription [1]** 969/24
**transition [1]** 1041/6
**travel [2]** 979/11 982/15
**treat [1]** 1036/17
**tried [2]** 986/2 993/24
**TRINGALI [1]** 969/5
**trucks [1]** 994/22
**true [4]** 987/14 997/11 1012/1
1013/3
**try [3]** 994/19 1012/18 1020/12
**trying [3]** 995/9 999/25
1029/16
**turn [8]** 972/22 986/12 1011/22
1018/2 1024/3 1024/10 1030/5
1035/8
**turning [4]** 973/1 973/9 973/21
974/4
**turns [1]** 980/7
**two [26]** 987/10 994/7 998/8
998/10 1002/15 1002/22 1009/4
1010/8 1011/15 1016/2 1024/13
1024/17 1024/19 1024/21
1025/11 1026/6 1026/10 1026/24
1033/5 1033/10 1034/7 1036/11
1036/15 1037/12 1040/17 1041/2
**two percent [1]** 1011/15
**type [5]** 988/10 997/7 997/20
999/1 1009/7
**types [7]** 974/17 989/7 995/19
1000/15 1000/17 1002/3 1011/2

**U**

**U.S [1]** 969/18
**ultimately [2]** 1028/8 1028/22
**under [10]** 971/20 974/2 989/9
993/3 996/14 998/17 1005/19
1006/7 1007/19 1032/14
**undermines [1]** 1017/16
**understand [5]** 971/20 993/15
1014/22 1025/6 1032/19
**understanding [1]** 973/11
**uniformity [3]** 998/25 999/4
1023/6
**unit [4]** 1003/20 1003/22
1004/14 1004/15
**UNITED [2]** 967/1 967/15
**units [1]** 977/12

**universally [1]** 995/5
**universe [3]** 1031/24 1033/18
1034/6
**up [36]** 971/9 975/16 982/14
982/23 988/17 992/21 993/25
994/1 994/8 994/22 995/24
996/24 997/14 999/17 1000/7
1006/4 1006/24 1011/11 1013/25
1020/13 1020/14 1021/14
1021/16 1022/7 1025/7 1025/8
1029/3 1033/8 1033/21 1037/21
1039/4 1039/15 1040/2 1040/8
1040/20 1041/2
**upon [3]** 1035/23 1035/25
1039/23
**us [25]** 969/5 972/5 972/7
972/12 1004/9 1009/22 1010/7
1010/15 1010/24 1014/5 1014/19
1015/5 1015/6 1015/10 1023/20
1024/24 1025/20 1026/7 1026/22
1029/13 1031/14 1034/3 1037/1
1037/3 1040/21
**usages [1]** 995/8
**use [48]** 979/17 980/3 980/13
982/8 982/9 984/13 984/25
985/4 985/7 985/12 985/15
985/16 993/2 995/2 995/9
999/21 1000/8 1000/15 1001/3
1003/16 1004/3 1005/4 1005/15
1005/20 1005/24 1007/4 1008/20
1008/21 1009/25 1012/6 1012/7
1012/18 1012/23 1016/17
1016/20 1019/24 1020/5 1020/6
1022/8 1022/11 1022/12 1023/4
1023/24 1032/4 1032/5 1033/11
1033/23 1037/11
**used [15]** 973/11 981/8 982/4
1001/13 1005/6 1006/2 1006/5
1007/19 1008/21 1010/5 1014/14
1016/3 1027/17 1035/13 1038/16
**useful [4]** 987/24 989/4 989/16
1035/16
**uses [3]** 984/20 985/1 1001/6
**using [22]** 972/1 981/9 981/13
982/10 984/21 994/10 998/21
1001/9 1010/8 1017/7 1020/22
1021/15 1021/17 1022/16
1022/18 1023/1 1023/7 1024/11
1031/20 1032/6 1035/18 1038/7
**usually [1]** 972/25

**V**

**valid [1]** 1017/11
**valuable [2]** 1023/18 1024/2
**value [5]** 993/10 994/25 998/2
1023/6 1023/15
**variables [1]** 1010/3
**variation [1]** 1037/21
**varies [1]** 1036/16
**variety [3]** 1023/16 1024/1
1029/5
**various [1]** 974/17
**vast [5]** 979/21 1010/11
1014/12 1040/8 1040/10
**ventures [1]** 1021/1
**version [2]** 1005/6 1017/7
**versus [10]** 977/14 978/20
991/4 991/5 995/19 997/11
1002/3 1005/2 1033/13 1033/17
**very [17]** 975/1 983/1 990/12
991/22 995/10 995/23 1011/12
1011/12 1011/17 1015/15 1017/7

**V**

**very... [6]**   1022/9 1022/18
1023/21 1037/4 1040/13 1040/14
**via [1]**   993/24
**Virginia [1]**   982/24
**visited [1]**   982/22

**W**

**wake [1]**   988/17
**want [11]**   986/8 997/22 1005/2
1017/1 1019/11 1023/2 1025/5
1025/15 1032/2 1032/11 1036/18
**wanted [8]**   978/4 985/11 1006/3
1006/5 1010/19 1020/2 1032/4
1032/5
**warehouses [2]**   1022/24 1022/24
**was [58]**   971/12 976/25 978/11
979/10 979/21 982/7 985/16
985/16 986/15 986/17 988/16
990/24 991/5 991/13 993/15
993/17 996/4 996/8 999/1
1000/10 1001/13 1002/22 1006/5
1007/5 1007/6 1009/4 1009/5
1009/8 1009/9 1009/11 1009/13
1009/13 1009/18 1010/4 1010/6
1010/13 1010/17 1010/24
1010/25 1011/1 1013/6 1013/22
1016/4 1020/2 1020/8 1021/24
1031/3 1031/20 1031/20 1035/1
1035/12 1035/13 1035/14
1036/23 1038/11 1038/20
1038/21 1039/1
**Washington [12]**   967/5 967/19
967/23 968/3 968/7 968/16
968/20 968/24 969/2 969/10
969/13 969/19
**way [26]**   980/16 997/13 1005/2
1017/6 1017/16 1018/1 1018/20
1019/1 1019/6 1025/19 1027/5
1029/23 1030/2 1032/12 1032/12
1033/18 1033/25 1034/5 1034/15
1035/1 1035/14 1036/21 1037/7
1037/14 1038/3 1041/2
**ways [8]**   1023/25 1029/5
1032/14 1033/6 1033/10 1035/9
1041/2 1041/2
**we [53]**   971/5 971/25 973/7
973/19 974/9 974/13 976/16
976/21 978/9 980/25 985/5
987/16 987/17 988/4 990/22
991/3 991/22 992/10 992/18
994/10 995/18 997/21 1001/6
1002/13 1002/17 1003/25 1004/2
1006/13 1006/16 1011/8 1013/9
1013/10 1018/18 1021/13
1021/23 1024/3 1025/6 1025/8
1025/11 1025/12 1025/15
1028/1 1029/18 1030/5 1030/14
1031/18 1032/4 1032/9 1034/2
1034/2 1034/3 1036/18 1041/10
**we'd [3]**   971/7 974/12 976/16
**we'll [8]**   973/24 975/18 979/5
995/17 1029/9 1035/21 1036/18
1041/11
**we're [22]**   974/9 974/11 975/7
983/16 988/15 992/12 992/13
994/14 999/8 1006/17 1007/20
1011/14 1014/4 1014/8 1015/6
1019/13 1022/4 1025/14 1037/18
1037/19 1038/17 1041/8
**we've [6]**   976/15 996/15

**week [2]**   991/18 993/19
**weeks [1]**   993/20
**WEISSMAN [1]**   967/18
**well [27]**   978/10 982/23 982/24
990/23 992/6 994/9 996/15
1002/24 1006/21 1008/5 1010/22
1010/25 1010/25 1013/2 1014/8
1017/19 1018/21 1021/24
1022/10 1028/20 1031/11
1032/22 1034/25 1036/9 1039/17
1039/25 1041/10
**went [7]**   974/1 974/3 1005/12
1013/7 1029/11 1029/13 1036/20
**were [25]**   971/23 972/1 973/13
978/3 978/4 978/25 984/1
994/19 995/6 1000/2 1001/6
1004/18 1006/13 1008/13
1009/20 1010/12 1010/18
1010/22 1021/13 1026/8 1032/5
1038/15 1038/15 1038/16 1040/1
**what [127]**
**what's [21]**   972/11 972/13
977/4 978/15 980/19 980/20
981/21 984/4 984/6 985/13
986/1 991/2 999/9 1002/15
1006/17 1006/19 1009/22 1010/1
1017/5 1022/15 1031/24
**when [44]**   974/9 975/7 981/7
981/15 982/10 982/22 983/22
987/23 992/12 992/21 995/14
995/15 995/21 996/12 997/10
999/11 999/15 1001/20 1001/21
1001/22 1004/6 1004/6 1004/7
1005/14 1007/9 1008/7 1008/7
1008/12 1008/24 1009/2 1010/1
1019/13 1019/24 1020/15
1021/18 1022/13 1023/10
1026/20 1028/6 1028/11 1028/12
1033/25 1039/5 1040/11
**where [25]**   975/9 975/9 975/15
979/1 979/12 984/5 984/15
985/13 985/15 989/14 994/12
994/13 997/4 1005/21 1006/13
1014/25 1021/19 1023/22 1025/1
1025/22 1032/17 1032/20
1034/19 1037/15 1040/12
**whereas [2]**   983/2 991/4
**whether [25]**   971/24 972/7
972/18 972/20 972/23 974/15
979/6 982/15 983/5 983/19
986/14 986/25 987/11 989/8
991/20 995/11 996/1 996/13
998/10 999/7 1008/4 1015/22
1030/25 1037/11 1039/22
**which [65]**   972/5 972/10 972/12
972/14 972/25 973/7 973/13
976/25 976/25 977/8 978/1
978/11 978/18 979/5 979/10
979/23 983/8 983/25 984/13
984/18 984/24 990/15 990/24
993/4 993/8 993/11 995/14
997/7 997/8 1001/13 1004/13
1005/7 1005/10 1005/16 1007/5
1007/20 1008/22 1009/5 1009/6
1009/10 1009/22 1011/3 1013/10
1014/15 1016/8 1017/2 1017/12
1017/20 1019/1 1021/9 1021/24
1021/24 1025/25 1028/24
1030/22 1031/3 1032/24 1033/1
1034/21 1035/15 1036/15
1036/22 1038/12 1038/14

**which,is [1]**   1036/10
**while [1]**   985/15
**who [77]**
**who's [5]**   985/9 1013/20
1015/13 1028/1 1028/8
**whole [2]**   1000/19 1040/10
**whom [4]**   1014/8 1014/25
1025/17 1026/4
**whose [1]**   1039/23
**why [10]**   974/11 981/20 981/21
985/20 995/3 1008/2 1016/20
1030/1 1035/4 1041/10
**wide [1]**   1029/25
**will [5]**   972/8 987/18 999/12
1011/13 1012/11
**willing [1]**   981/14
**win [1]**   1008/23
**win/loss [1]**   1008/23
**wins [1]**   1033/17
**within [18]**   974/6 974/7 975/5
975/19 979/23 981/11 981/24
984/5 990/20 991/8 1000/20
1002/12 1002/17 1003/6 1003/14
1005/18 1005/23 1007/17
**without [5]**   1000/13 1003/9
1022/3 1026/2 1039/21
**witness [2]**   970/2 971/12
**won't [3]**   1004/15 1006/22
1026/9
**word [2]**   1015/9 1035/13
**words [2]**   1011/17 1038/21
**work [2]**   978/19 979/6
**worked [2]**   999/21 1025/3
**working [1]**   1016/12
**worth [5]**   984/4 987/13 1011/7
1011/22 1018/14
**would [79]**
**wouldn't [3]**   978/6 990/7
1019/11
**write [1]**   1017/25
**written [1]**   1002/24
**wrong [1]**   1011/17

**Y**

**Yeah [3]**   975/24 991/22 1019/22
**yes [13]**   971/22 974/20 981/16
986/16 987/3 996/3 998/12
1016/19 1022/6 1022/17 1035/24
1036/2 1041/8
**yesterday [6]**   971/23 973/5
974/15 975/2 976/1 976/21
**yielded [1]**   1032/6
**York [1]**   969/6
**you [285]**
**you'd [7]**   982/8 982/9 1005/2
1005/25 1007/6 1007/6 1034/15
**you'll [5]**   1014/3 1029/2
1029/7 1029/12 1035/16
**you're [13]**   971/20 981/8 990/9
1014/11 1017/12 1018/16 1023/5
1023/8 1031/25 1037/22 1037/24
1038/4 1038/6
**you've [7]**   990/9 1001/12
1001/13 1006/15 1008/17
1009/25 1019/24
**your [48]**   971/6 971/23 974/15
975/21 976/14 976/16 976/24
976/25 977/1 978/8 978/9
978/12 980/20 981/21 982/14
983/13 986/7 986/17 987/5
989/21 990/15 990/21 990/22

**Y**

**your... [25]**  990/24 996/4
996/19 998/2 1000/14 1001/13
1001/13 1001/17 1006/15 1015/4
1016/4 1018/11 1019/18 1019/20
1021/11 1021/22 1021/23
1021/25 1025/8 1031/2 1031/4
1034/15 1036/5 1037/23 1039/16
**yourself [4]**  997/1 997/8 998/1
1000/11